AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington ▼

|  |  |
|---|---|
| COMMANDER EMILY SHILLING; COMMANDER BLAKE DREMANN; LIEUTENANT COMMANDER GEIRID MORGAN; SERGEANT FIRST CLASS JANE DOE; SERGEANT FIRST CLASS CATHRINE SCHMID; STAFF SERGEANT VIDEL LEINS; MATTHEW MEDINA; and GENDER JUSTICE LEAGUE, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:25-cv-00241-BHS |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al. | )<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Donald J. Trump
President of the United States
The White House
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

See attached Exhibit A

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: February 7, 2025            *Marsha Honda*
                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:25-cv-00241-BHS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## EXHIBIT A

**Counsel for Plaintiffs**

Sasha Buchert (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
815 16th St. NW, Suite 4140
Washington, DC 20006
Telephone: 202.804.6245
Facsimile: 855.535.2236
Email: SBuchert@lambdalegal.org

Jennifer C. Pizer (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc**.
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Telephone: 213.382.7600
Facsimile: 855.535.2236
Email: JPizer@lambdalegal.org

Camilla B. Taylor (*pro hac vice* forthcoming)
Kenneth Dale Upton, Jr. (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
3656 N Halsted St.
Chicago, IL 60613
Telephone: 312.663.4413
Facsimile: 855.535.2236
Email: CTaylor@lambdalegal.org
Email: KUpton@lambdalegal.org

Omar Gonzalez-Pagan (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc**.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585
Facsimile: 855.535.2236
Email: OGonzalez-Pagan@lambdalegal.org

Kell Olson (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
3849 E Broadway Blvd, #136
Tucson, AZ 85716
Telephone: 323.370.6915
Facsimile: 855.535.2236
Email: KOlson@lambdalegal.org

**Counsel for Plaintiffs**

Sarah Warbelow (*pro hac vice* forthcoming)
Cynthia Weaver (*pro hac vice* forthcoming)
Ami Patel (*pro hac vice* forthcoming)
**Human Rights Campaign Foundation**
1640 Rhode Island Ave. N.W.
Washington, DC 20036
Telephone: 202.527.3669
Facsimile: 202.347.5323
Email: Sarah.Warbelow@hrc.org
Email: Cynthia.Weaver@hrc.org
Email: Ami.Patel@hrc.org

**Counsel for Plaintiffs**

Matthew P. Gordon, WSBA No. 41128
Abdul Kallon, WSBA No. 60719
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: MGordon@perkinscoie.com
Email: AKallon@perkinscoie.com

Danielle Sivalingam (*pro hac vice* forthcoming)
**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
Email: DSivalingam@perkinscoie.com

Mary Grace Thurmon (*pro hac vice* forthcoming)
Bo Yan Moran (*pro hac vice* forthcoming)
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
Email: MThurmon@perkinscoie.com
Email: BMoran@perkinscoie.com

Gabriella Romanos Abihabib (*pro hac vice* forthcoming)
**Perkins Coie LLP**
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649
Email: GRomanos@perkinscoie.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Washington ☐▼

COMMANDER EMILY SHILLING; COMMANDER BLAKE
DREMANN; LIEUTENANT COMMANDER GEIRID
MORGAN; SERGEANT FIRST CLASS JANE DOE;
SERGEANT FIRST CLASS CATHRINE SCHMID; STAFF
SERGEANT VIDEL LEINS; MATTHEW MEDINA; and
GENDER JUSTICE LEAGUE,

*Plaintiff(s)*

v.

DONALD J. TRUMP, in his official capacity as President of the
United States, et al.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  2:25-cv-00241-BHS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

United States of America
Via Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

See attached Exhibit A

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    February 7, 2025

*Marsha Honda*

*Signature of Clerk   Deputy*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      2:25-cv-00241-BHS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□  I returned the summons unexecuted because _____ ; or

□  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                                    *Server's signature*

                                                              _____
                                                                    *Printed name and title*

                                                              _____
                                                                    *Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT A

**Counsel for Plaintiffs**

Sasha Buchert (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
815 16th St. NW, Suite 4140
Washington, DC 20006
Telephone: 202.804.6245
Facsimile: 855.535.2236
Email: SBuchert@lambdalegal.org

Jennifer C. Pizer (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Telephone: 213.382.7600
Facsimile: 855.535.2236
Email: JPizer@lambdalegal.org

Camilla B. Taylor (*pro hac vice* forthcoming)
Kenneth Dale Upton, Jr. (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
3656 N Halsted St.
Chicago, IL 60613
Telephone: 312.663.4413
Facsimile: 855.535.2236
Email: CTaylor@lambdalegal.org
Email: KUpton@lambdalegal.org

Omar Gonzalez-Pagan (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585
Facsimile: 855.535.2236
Email: OGonzalez-Pagan@lambdalegal.org

Kell Olson (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
3849 E Broadway Blvd, #136
Tucson, AZ 85716
Telephone: 323.370.6915
Facsimile: 855.535.2236
Email: KOlson@lambdalegal.org

**Counsel for Plaintiffs**

Sarah Warbelow (*pro hac vice* forthcoming)
Cynthia Weaver (*pro hac vice* forthcoming)
Ami Patel (*pro hac vice* forthcoming)
**Human Rights Campaign Foundation**
1640 Rhode Island Ave. N.W.
Washington, DC 20036
Telephone: 202.527.3669
Facsimile: 202.347.5323
Email: Sarah.Warbelow@hrc.org
Email: Cynthia.Weaver@hrc.org
Email: Ami.Patel@hrc.org

**Counsel for Plaintiffs**

Matthew P. Gordon, WSBA No. 41128
Abdul Kallon, WSBA No. 60719
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: MGordon@perkinscoie.com
Email: AKallon@perkinscoie.com

Danielle Sivalingam (*pro hac vice* forthcoming)
**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
Email: DSivalingam@perkinscoie.com

Mary Grace Thurmon (*pro hac vice* forthcoming)
Bo Yan Moran (*pro hac vice* forthcoming)
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
Email: MThurmon@perkinscoie.com
Email: BMoran@perkinscoie.com

Gabriella Romanos Abihabib (*pro hac vice* forthcoming)
**Perkins Coie LLP**
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649
Email: GRomanos@perkinscoie.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Western District of Washington ▼

| | |
|---|---|
| COMMANDER EMILY SHILLING; COMMANDER BLAKE DREMANN; LIEUTENANT COMMANDER GEIRID MORGAN; SERGEANT FIRST CLASS JANE DOE; SERGEANT FIRST CLASS CATHRINE SCHMID; STAFF SERGEANT VIDEL LEINS; MATTHEW MEDINA; and GENDER JUSTICE LEAGUE, | ) ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  2:25-cv-00241-BHS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Peter B. Hegseth
        United States Secretary of Defense
        1000 Defense Pentagon, Room 3E880
        Washington, D.C. 20301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        See attached Exhibit A

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  February 7, 2025

*Marsha Honda*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     2:25-cv-00241-BHS

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT A

**Counsel for Plaintiffs**

Sasha Buchert (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
815 16th St. NW, Suite 4140
Washington, DC 20006
Telephone: 202.804.6245
Facsimile: 855.535.2236
Email: SBuchert@lambdalegal.org

Jennifer C. Pizer (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc**.
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Telephone: 213.382.7600
Facsimile: 855.535.2236
Email: JPizer@lambdalegal.org

Camilla B. Taylor (*pro hac vice* forthcoming)
Kenneth Dale Upton, Jr. (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
3656 N Halsted St.
Chicago, IL 60613
Telephone: 312.663.4413
Facsimile: 855.535.2236
Email: CTaylor@lambdalegal.org
Email: KUpton@lambdalegal.org

Omar Gonzalez-Pagan (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc**.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585
Facsimile: 855.535.2236
Email: OGonzalez-Pagan@lambdalegal.org

Kell Olson (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
3849 E Broadway Blvd, #136
Tucson, AZ 85716
Telephone: 323.370.6915
Facsimile: 855.535.2236
Email: KOlson@lambdalegal.org

**Counsel for Plaintiffs**

Sarah Warbelow (*pro hac vice* forthcoming)
Cynthia Weaver (*pro hac vice* forthcoming)
Ami Patel (*pro hac vice* forthcoming)
**Human Rights Campaign Foundation**
1640 Rhode Island Ave. N.W.
Washington, DC 20036
Telephone: 202.527.3669
Facsimile: 202.347.5323
Email: Sarah.Warbelow@hrc.org
Email: Cynthia.Weaver@hrc.org
Email: Ami.Patel@hrc.org

**Counsel for Plaintiffs**

Matthew P. Gordon, WSBA No. 41128
Abdul Kallon, WSBA No. 60719
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: MGordon@perkinscoie.com
Email: AKallon@perkinscoie.com

Danielle Sivalingam (*pro hac vice* forthcoming)
**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
Email: DSivalingam@perkinscoie.com

Mary Grace Thurmon (*pro hac vice* forthcoming)
Bo Yan Moran (*pro hac vice* forthcoming)
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
Email: MThurmon@perkinscoie.com
Email: BMoran@perkinscoie.com

Gabriella Romanos Abihabib (*pro hac vice* forthcoming)
**Perkins Coie LLP**
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649
Email: GRomanos@perkinscoie.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington ▾

| | |
|---|---|
| COMMANDER EMILY SHILLING; COMMANDER BLAKE DREMANN; LIEUTENANT COMMANDER GEIRID MORGAN; SERGEANT FIRST CLASS JANE DOE; SERGEANT FIRST CLASS CATHRINE SCHMID; STAFF SERGEANT VIDEL LEINS; MATTHEW MEDINA; and GENDER JUSTICE LEAGUE, <br><br> *Plaintiff(s)* <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al. <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  2:25-cv-00241-BHS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

United States Department of Defense
Office of the General Counsel
1600 Defense Pentagon
Washington, DC 20301-1600

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

See attached Exhibit A

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   February 7, 2025                          _____
*Signature of Clerk or Deputy*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:25-cv-00241-BHS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

EXHIBIT A

**Counsel for Plaintiffs**

Sasha Buchert (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
815 16th St. NW, Suite 4140
Washington, DC 20006
Telephone: 202.804.6245
Facsimile: 855.535.2236
Email: SBuchert@lambdalegal.org

Jennifer C. Pizer (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc**.
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Telephone: 213.382.7600
Facsimile: 855.535.2236
Email: JPizer@lambdalegal.org

Camilla B. Taylor (*pro hac vice* forthcoming)
Kenneth Dale Upton, Jr. (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
3656 N Halsted St.
Chicago, IL 60613
Telephone: 312.663.4413
Facsimile: 855.535.2236
Email: CTaylor@lambdalegal.org
Email: KUpton@lambdalegal.org

Omar Gonzalez-Pagan (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc**.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585
Facsimile: 855.535.2236
Email: OGonzalez-Pagan@lambdalegal.org

Kell Olson (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
3849 E Broadway Blvd, #136
Tucson, AZ 85716
Telephone: 323.370.6915
Facsimile: 855.535.2236
Email: KOlson@lambdalegal.org

**Counsel for Plaintiffs**

Sarah Warbelow (*pro hac vice* forthcoming)
Cynthia Weaver (*pro hac vice* forthcoming)
Ami Patel (*pro hac vice* forthcoming)
**Human Rights Campaign Foundation**
1640 Rhode Island Ave. N.W.
Washington, DC 20036
Telephone: 202.527.3669
Facsimile: 202.347.5323
Email: Sarah.Warbelow@hrc.org
Email: Cynthia.Weaver@hrc.org
Email: Ami.Patel@hrc.org

**Counsel for Plaintiffs**

Matthew P. Gordon, WSBA No. 41128
Abdul Kallon, WSBA No. 60719
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: MGordon@perkinscoie.com
Email: AKallon@perkinscoie.com

Danielle Sivalingam (*pro hac vice* forthcoming)
**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
Email: DSivalingam@perkinscoie.com

Mary Grace Thurmon (*pro hac vice* forthcoming)
Bo Yan Moran (*pro hac vice* forthcoming)
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
Email: MThurmon@perkinscoie.com
Email: BMoran@perkinscoie.com

Gabriella Romanos Abihabib (*pro hac vice* forthcoming)
**Perkins Coie LLP**
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649
Email: GRomanos@perkinscoie.com

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington ▢ ▾

COMMANDER EMILY SHILLING; COMMANDER BLAKE
DREMANN; LIEUTENANT COMMANDER GEIRID
MORGAN; SERGEANT FIRST CLASS JANE DOE;
SERGEANT FIRST CLASS CATHRINE SCHMID; STAFF
SERGEANT VIDEL LEINS; MATTHEW MEDINA; and
GENDER JUSTICE LEAGUE,

*Plaintiff(s)*

v.

DONALD J. TRUMP, in his official capacity as President of the
United States, et al.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 2:25-cv-00241-BHS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Mark Averill
Acting Secretary of the United States Army
101 Army Pentagon
Washington, D.C. 20310

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

See attached Exhibit A

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

*Marsha Honda*

Date: ___ February 7, 2025 ___

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:25-cv-00241-BHS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                                *Server's signature*

                                                          _____
                                                                *Printed name and title*

                                                          _____
                                                                *Server's address*

Additional information regarding attempted service, etc:

**EXHIBIT A**

**Counsel for Plaintiffs**

Sasha Buchert (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
815 16th St. NW, Suite 4140
Washington, DC 20006
Telephone: 202.804.6245
Facsimile: 855.535.2236
Email: SBuchert@lambdalegal.org

Jennifer C. Pizer (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc**.
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Telephone: 213.382.7600
Facsimile: 855.535.2236
Email: JPizer@lambdalegal.org

Camilla B. Taylor (*pro hac vice* forthcoming)
Kenneth Dale Upton, Jr. (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
3656 N Halsted St.
Chicago, IL 60613
Telephone: 312.663.4413
Facsimile: 855.535.2236
Email: CTaylor@lambdalegal.org
Email: KUpton@lambdalegal.org

Omar Gonzalez-Pagan (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc**.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585
Facsimile: 855.535.2236
Email: OGonzalez-Pagan@lambdalegal.org

Kell Olson (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
3849 E Broadway Blvd, #136
Tucson, AZ 85716
Telephone: 323.370.6915
Facsimile: 855.535.2236
Email: KOlson@lambdalegal.org

**Counsel for Plaintiffs**

Sarah Warbelow (*pro hac vice* forthcoming)
Cynthia Weaver (*pro hac vice* forthcoming)
Ami Patel (*pro hac vice* forthcoming)
**Human Rights Campaign Foundation**
1640 Rhode Island Ave. N.W.
Washington, DC 20036
Telephone: 202.527.3669
Facsimile: 202.347.5323
Email: Sarah.Warbelow@hrc.org
Email: Cynthia.Weaver@hrc.org
Email: Ami.Patel@hrc.org

**Counsel for Plaintiffs**

Matthew P. Gordon, WSBA No. 41128
Abdul Kallon, WSBA No. 60719
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: MGordon@perkinscoie.com
Email: AKallon@perkinscoie.com

Danielle Sivalingam (*pro hac vice* forthcoming)
**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
Email: DSivalingam@perkinscoie.com

Mary Grace Thurmon (*pro hac vice* forthcoming)
Bo Yan Moran (*pro hac vice* forthcoming)
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
Email: MThurmon@perkinscoie.com
Email: BMoran@perkinscoie.com

Gabriella Romanos Abihabib (*pro hac vice* forthcoming)
**Perkins Coie LLP**
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649
Email: GRomanos@perkinscoie.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington ☐ ▾

COMMANDER EMILY SHILLING; COMMANDER BLAKE
DREMANN; LIEUTENANT COMMANDER GEIRID
MORGAN; SERGEANT FIRST CLASS JANE DOE;
SERGEANT FIRST CLASS CATHRINE SCHMID; STAFF
SERGEANT VIDEL LEINS; MATTHEW MEDINA; and
GENDER JUSTICE LEAGUE,

*Plaintiff(s)*

v.

DONALD J. TRUMP, in his official capacity as President of the
United States, et al.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  2:25-cv-00241-BHS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    United States Department of the Army
Office of the Secretary of the Army
101 Army Pentagon
Washington, D.C. 20310

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

See attached Exhibit A

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

*Marsha Honda*

Date:    February 7, 2025                                                    _____
*Signature of Clerk or Deputy*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:25-cv-00241-BHS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                  *Server's signature*

                                                  _____
                                                  *Printed name and title*

                                                  _____
                                                  *Server's address*

Additional information regarding attempted service, etc:

EXHIBIT A

**Counsel for Plaintiffs**

Sasha Buchert (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
815 16th St. NW, Suite 4140
Washington, DC 20006
Telephone: 202.804.6245
Facsimile: 855.535.2236
Email: SBuchert@lambdalegal.org

Jennifer C. Pizer (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc**.
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Telephone: 213.382.7600
Facsimile: 855.535.2236
Email: JPizer@lambdalegal.org

Camilla B. Taylor (*pro hac vice* forthcoming)
Kenneth Dale Upton, Jr. (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
3656 N Halsted St.
Chicago, IL 60613
Telephone: 312.663.4413
Facsimile: 855.535.2236
Email: CTaylor@lambdalegal.org
Email: KUpton@lambdalegal.org

Omar Gonzalez-Pagan (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc**.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585
Facsimile: 855.535.2236
Email: OGonzalez-Pagan@lambdalegal.org

Kell Olson (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
3849 E Broadway Blvd, #136
Tucson, AZ 85716
Telephone: 323.370.6915
Facsimile: 855.535.2236
Email: KOlson@lambdalegal.org

**Counsel for Plaintiffs**

Sarah Warbelow (*pro hac vice* forthcoming)
Cynthia Weaver (*pro hac vice* forthcoming)
Ami Patel (*pro hac vice* forthcoming)
**Human Rights Campaign Foundation**
1640 Rhode Island Ave. N.W.
Washington, DC 20036
Telephone: 202.527.3669
Facsimile: 202.347.5323
Email: Sarah.Warbelow@hrc.org
Email: Cynthia.Weaver@hrc.org
Email: Ami.Patel@hrc.org

**Counsel for Plaintiffs**

Matthew P. Gordon, WSBA No. 41128
Abdul Kallon, WSBA No. 60719
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: MGordon@perkinscoie.com
Email: AKallon@perkinscoie.com

Danielle Sivalingam (*pro hac vice* forthcoming)
**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
Email: DSivalingam@perkinscoie.com

Mary Grace Thurmon (*pro hac vice* forthcoming)
Bo Yan Moran (*pro hac vice* forthcoming)
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
Email: MThurmon@perkinscoie.com
Email: BMoran@perkinscoie.com

Gabriella Romanos Abihabib (*pro hac vice* forthcoming)
**Perkins Coie LLP**
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649
Email: GRomanos@perkinscoie.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington ▾

| | |
|---|---|
| COMMANDER EMILY SHILLING; COMMANDER BLAKE DREMANN; LIEUTENANT COMMANDER GEIRID MORGAN; SERGEANT FIRST CLASS JANE DOE; SERGEANT FIRST CLASS CATHRINE SCHMID; STAFF SERGEANT VIDEL LEINS; MATTHEW MEDINA; and GENDER JUSTICE LEAGUE, <br><br> *Plaintiff(s)* <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al. <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:25-cv-00241-BHS<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Terence Emmert
Acting Secretary of the United States Navy
1000 Navy Pentagon
Washington, D.C. 20350

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

See attached Exhibit A

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   February 7, 2025                    *Marsha Honda*
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:25-cv-00241-BHS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                 *Server's signature*

                                              _____
                                                 *Printed name and title*


                                              _____
                                                 *Server's address*

Additional information regarding attempted service, etc:

EXHIBIT A

**Counsel for Plaintiffs**

Sasha Buchert (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
815 16th St. NW, Suite 4140
Washington, DC 20006
Telephone: 202.804.6245
Facsimile: 855.535.2236
Email: SBuchert@lambdalegal.org

Jennifer C. Pizer (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc**.
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Telephone: 213.382.7600
Facsimile: 855.535.2236
Email: JPizer@lambdalegal.org

Camilla B. Taylor (*pro hac vice* forthcoming)
Kenneth Dale Upton, Jr. (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
3656 N Halsted St.
Chicago, IL 60613
Telephone: 312.663.4413
Facsimile: 855.535.2236
Email: CTaylor@lambdalegal.org
Email: KUpton@lambdalegal.org

Omar Gonzalez-Pagan (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc**.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585
Facsimile: 855.535.2236
Email: OGonzalez-Pagan@lambdalegal.org

Kell Olson (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
3849 E Broadway Blvd, #136
Tucson, AZ 85716
Telephone: 323.370.6915
Facsimile: 855.535.2236
Email: KOlson@lambdalegal.org

**Counsel for Plaintiffs**

Sarah Warbelow (*pro hac vice* forthcoming)
Cynthia Weaver (*pro hac vice* forthcoming)
Ami Patel (*pro hac vice* forthcoming)
**Human Rights Campaign Foundation**
1640 Rhode Island Ave. N.W.
Washington, DC 20036
Telephone: 202.527.3669
Facsimile: 202.347.5323
Email: Sarah.Warbelow@hrc.org
Email: Cynthia.Weaver@hrc.org
Email: Ami.Patel@hrc.org

**Counsel for Plaintiffs**

Matthew P. Gordon, WSBA No. 41128
Abdul Kallon, WSBA No. 60719
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: MGordon@perkinscoie.com
Email: AKallon@perkinscoie.com

Danielle Sivalingam (*pro hac vice* forthcoming)
**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
Email: DSivalingam@perkinscoie.com

Mary Grace Thurmon (*pro hac vice* forthcoming)
Bo Yan Moran (*pro hac vice* forthcoming)
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
Email: MThurmon@perkinscoie.com
Email: BMoran@perkinscoie.com

Gabriella Romanos Abihabib (*pro hac vice* forthcoming)
**Perkins Coie LLP**
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649
Email: GRomanos@perkinscoie.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington ☐▾

| | |
|---|---|
| COMMANDER EMILY SHILLING; COMMANDER BLAKE DREMANN; LIEUTENANT COMMANDER GEIRID MORGAN; SERGEANT FIRST CLASS JANE DOE; SERGEANT FIRST CLASS CATHRINE SCHMID; STAFF SERGEANT VIDEL LEINS; MATTHEW MEDINA; and GENDER JUSTICE LEAGUE, | ) ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:25-cv-00241-BHS |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     United States Department of the Navy
1000 Navy Pentagon
Washington, D.C. 20350

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

See attached Exhibit A

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  February 7, 2025      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:25-cv-00241-BHS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT A

**Counsel for Plaintiffs**

Sasha Buchert (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
815 16th St. NW, Suite 4140
Washington, DC 20006
Telephone: 202.804.6245
Facsimile: 855.535.2236
Email: SBuchert@lambdalegal.org

Jennifer C. Pizer (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc**.
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Telephone: 213.382.7600
Facsimile: 855.535.2236
Email: JPizer@lambdalegal.org

Camilla B. Taylor (*pro hac vice* forthcoming)
Kenneth Dale Upton, Jr. (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
3656 N Halsted St.
Chicago, IL 60613
Telephone: 312.663.4413
Facsimile: 855.535.2236
Email: CTaylor@lambdalegal.org
Email: KUpton@lambdalegal.org

Omar Gonzalez-Pagan (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc**.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585
Facsimile: 855.535.2236
Email: OGonzalez-Pagan@lambdalegal.org

Kell Olson (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
3849 E Broadway Blvd, #136
Tucson, AZ 85716
Telephone: 323.370.6915
Facsimile: 855.535.2236
Email: KOlson@lambdalegal.org

**Counsel for Plaintiffs**

Sarah Warbelow (*pro hac vice* forthcoming)
Cynthia Weaver (*pro hac vice* forthcoming)
Ami Patel (*pro hac vice* forthcoming)
**Human Rights Campaign Foundation**
1640 Rhode Island Ave. N.W.
Washington, DC 20036
Telephone: 202.527.3669
Facsimile: 202.347.5323
Email: Sarah.Warbelow@hrc.org
Email: Cynthia.Weaver@hrc.org
Email: Ami.Patel@hrc.org

**Counsel for Plaintiffs**

Matthew P. Gordon, WSBA No. 41128
Abdul Kallon, WSBA No. 60719
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: MGordon@perkinscoie.com
Email: AKallon@perkinscoie.com

Danielle Sivalingam (*pro hac vice* forthcoming)
**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
Email: DSivalingam@perkinscoie.com

Mary Grace Thurmon (*pro hac vice* forthcoming)
Bo Yan Moran (*pro hac vice* forthcoming)
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
Email: MThurmon@perkinscoie.com
Email: BMoran@perkinscoie.com

Gabriella Romanos Abihabib (*pro hac vice* forthcoming)
**Perkins Coie LLP**
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649
Email: GRomanos@perkinscoie.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington  ▼

COMMANDER EMILY SHILLING; COMMANDER BLAKE
DREMANN; LIEUTENANT COMMANDER GEIRID
MORGAN; SERGEANT FIRST CLASS JANE DOE;
SERGEANT FIRST CLASS CATHRINE SCHMID; STAFF
SERGEANT VIDEL LEINS; MATTHEW MEDINA; and
GENDER JUSTICE LEAGUE,

_____
*Plaintiff(s)*

v.

DONALD J. TRUMP, in his official capacity as President of the
United States, et al.

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  2:25-cv-00241-BHS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Gary Ashworth
Acting Secretary of the United States Air Force
1670 Air Force Pentagon
Washington, D.C. 20330

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

See attached Exhibit A

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

*Marsha Honda*

Date:  February 7, 2025    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:25-cv-00241-BHS                                                .

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                                      *Server's signature*

                                        _____
                                                      *Printed name and title*

                                        _____
                                                      *Server's address*

Additional information regarding attempted service, etc:

**EXHIBIT A**

**Counsel for Plaintiffs**

Sasha Buchert (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
815 16th St. NW, Suite 4140
Washington, DC 20006
Telephone: 202.804.6245
Facsimile: 855.535.2236
Email: SBuchert@lambdalegal.org

Jennifer C. Pizer (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc**.
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Telephone: 213.382.7600
Facsimile: 855.535.2236
Email: JPizer@lambdalegal.org

Camilla B. Taylor (*pro hac vice* forthcoming)
Kenneth Dale Upton, Jr. (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
3656 N Halsted St.
Chicago, IL 60613
Telephone: 312.663.4413
Facsimile: 855.535.2236
Email: CTaylor@lambdalegal.org
Email: KUpton@lambdalegal.org

Omar Gonzalez-Pagan (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc**.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585
Facsimile: 855.535.2236
Email: OGonzalez-Pagan@lambdalegal.org

Kell Olson (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
3849 E Broadway Blvd, #136
Tucson, AZ 85716
Telephone: 323.370.6915
Facsimile: 855.535.2236
Email: KOlson@lambdalegal.org

**Counsel for Plaintiffs**

Sarah Warbelow (*pro hac vice* forthcoming)
Cynthia Weaver (*pro hac vice* forthcoming)
Ami Patel (*pro hac vice* forthcoming)
**Human Rights Campaign Foundation**
1640 Rhode Island Ave. N.W.
Washington, DC 20036
Telephone: 202.527.3669
Facsimile: 202.347.5323
Email: Sarah.Warbelow@hrc.org
Email: Cynthia.Weaver@hrc.org
Email: Ami.Patel@hrc.org

**Counsel for Plaintiffs**

Matthew P. Gordon, WSBA No. 41128
Abdul Kallon, WSBA No. 60719
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: MGordon@perkinscoie.com
Email: AKallon@perkinscoie.com

Danielle Sivalingam (*pro hac vice* forthcoming)
**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
Email: DSivalingam@perkinscoie.com

Mary Grace Thurmon (*pro hac vice* forthcoming)
Bo Yan Moran (*pro hac vice* forthcoming)
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
Email: MThurmon@perkinscoie.com
Email: BMoran@perkinscoie.com

Gabriella Romanos Abihabib (*pro hac vice* forthcoming)
**Perkins Coie LLP**
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649
Email: GRomanos@perkinscoie.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington [▼]

| | |
|---|---|
| COMMANDER EMILY SHILLING; COMMANDER BLAKE DREMANN; LIEUTENANT COMMANDER GEIRID MORGAN; SERGEANT FIRST CLASS JANE DOE; SERGEANT FIRST CLASS CATHRINE SCHMID; STAFF SERGEANT VIDEL LEINS; MATTHEW MEDINA; and GENDER JUSTICE LEAGUE, | ) ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No.  2:25-cv-00241-BHS |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al. | ) ) ) |
| *Defendant(s)* | ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     United States Department of the Air Force
1670 Air Force Pentagon
Washington, D.C. 20330

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

See attached Exhibit A

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: February 7, 2025

                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:25-cv-00241-BHS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                        *Server's signature*

                                                     _____
                                                        *Printed name and title*


                                                     _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT A

**Counsel for Plaintiffs**

Sasha Buchert (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
815 16th St. NW, Suite 4140
Washington, DC 20006
Telephone: 202.804.6245
Facsimile: 855.535.2236
Email: SBuchert@lambdalegal.org

Jennifer C. Pizer (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc**.
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Telephone: 213.382.7600
Facsimile: 855.535.2236
Email: JPizer@lambdalegal.org

Camilla B. Taylor (*pro hac vice* forthcoming)
Kenneth Dale Upton, Jr. (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
3656 N Halsted St.
Chicago, IL 60613
Telephone: 312.663.4413
Facsimile: 855.535.2236
Email: CTaylor@lambdalegal.org
Email: KUpton@lambdalegal.org

Omar Gonzalez-Pagan (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc**.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585
Facsimile: 855.535.2236
Email: OGonzalez-Pagan@lambdalegal.org

Kell Olson (*pro hac vice* forthcoming)
**Lambda Legal Defense and Education Fund, Inc.**
3849 E Broadway Blvd, #136
Tucson, AZ 85716
Telephone: 323.370.6915
Facsimile: 855.535.2236
Email: KOlson@lambdalegal.org

**Counsel for Plaintiffs**

Sarah Warbelow (*pro hac vice* forthcoming)
Cynthia Weaver (*pro hac vice* forthcoming)
Ami Patel (*pro hac vice* forthcoming)
**Human Rights Campaign Foundation**
1640 Rhode Island Ave. N.W.
Washington, DC 20036
Telephone: 202.527.3669
Facsimile: 202.347.5323
Email: Sarah.Warbelow@hrc.org
Email: Cynthia.Weaver@hrc.org
Email: Ami.Patel@hrc.org

**Counsel for Plaintiffs**

Matthew P. Gordon, WSBA No. 41128
Abdul Kallon, WSBA No. 60719
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: MGordon@perkinscoie.com
Email: AKallon@perkinscoie.com

Danielle Sivalingam (*pro hac vice* forthcoming)
**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
Email: DSivalingam@perkinscoie.com

Mary Grace Thurmon (*pro hac vice* forthcoming)
Bo Yan Moran (*pro hac vice* forthcoming)
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
Email: MThurmon@perkinscoie.com
Email: BMoran@perkinscoie.com

Gabriella Romanos Abihabib (*pro hac vice* forthcoming)
**Perkins Coie LLP**
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649
Email: GRomanos@perkinscoie.com