THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMMANDER EMILY SHILLING; COMMANDER BLAKE DREMANN; LIEUTENANT COMMANDER GEIRID MORGAN; SERGEANT FIRST CLASS JANE DOE; SERGEANT FIRST CLASS CATHRINE SCHMID; STAFF SERGEANT VIDEL LEINS; MATTHEW MEDINA; and GENDER JUSTICE LEAGUE,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; UNITED STATES OF AMERICA; PETER HEGSETH, in his official capacity as Secretary of Defense; UNITED STATES DEPARTMENT OF DEFENSE; MARK AVERILL, in his official capacity as Acting Secretary of the Army; UNITED STATES DEPARTMENT OF THE ARMY; TERENCE EMMERT, in his official capacity as Acting Secretary of the Navy; UNITED STATES DEPARTMENT OF THE NAVY; GARY ASHWORTH, in his official capacity as Acting, | No. 2:25-cv-00241<br><br>PLAINTIFF GENDER JUSTICE LEAGUE'S AMENDED CORPORATE DISCLOSURE STATEMENT |

**CAPTION CONTINUED ON NEXT PAGE**

PLAINTIFF'S AMENDED CORPORATE DISCLOSURE STATEMENT
CASE NO. 2:25-CV-00241

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

Human Rights Campaign Foundation
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

Secretary of the Air Force; UNITED STATES DEPARTMENT OF THE AIR FORCE,

    *Defendants*.

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel of record for Plaintiff Gender Justice League, certifies that Gender Justice League, as of this date, does not have a parent corporation and that no publicly held corporation holds 10% or more of its stock.

February 11, 2025

By: *s/ Matthew P. Gordon*
Matthew P. Gordon, WSBA No. 41128
MGordon@perkinscoie.com

By: *s/Abdul Kallon*
Abdul Kallon, WSBA No. 60719
AKallon@perkinscoie.com

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000

Danielle Sivalingam (*pro hac vice* forthcoming)
Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
Email: DSivalingam@perkinscoie.com

Mary Grace Thurmon (*pro hac vice* forthcoming)
Bo Yan Moran (*pro hac vice* forthcoming)
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
Email: MThurmon@perkinscoie.com
Email: BMoran@perkinscoie.com

PLAINTIFF'S AMENDED CORPORATE DISCLOSURE STATEMENT
CASE NO. 2:25-CV-00241 - 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights Campaign Foundation**
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

|   |   |
|---|---|
| 1 |   |
| 2 | Gabriella Romanos Abihabib (*pro hac vice* forthcoming) |
| 3 | Perkins Coie LLP |
|   | 1155 Avenue of the Americas, 22nd Floor |
| 4 | New York, NY 10036-2711 |
|   | Telephone: 212.262.6900 |
| 5 | Facsimile: 212.977.1649 |
| 6 | Email: GRomanos@perkinscoie.com |
| 7 | Attorneys for Plaintiffs |
| 8 | Sasha Buchert (*pro hac vice*) |
|   | Lambda Legal Defense and Education Fund, Inc. |
| 9 | 815 16th St. NW, Suite 4140 |
|   | Washington, DC 20006 |
| 10 | Telephone: 202.804.6245 |
| 11 | Facsimile: 855.535.2236 |
|   | Email: SBuchert@lambdalegal.org |
| 12 |   |
| 13 | Jennifer C. Pizer (*pro hac vice*) |
|   | Lambda Legal Defense and Education Fund, Inc. |
| 14 | 800 South Figueroa Street, Suite 1260 |
|   | Los Angeles, CA 90017 |
| 15 | Telephone: 213.382.7600 |
| 16 | Facsimile: 855.535.2236 |
|   | Email: JPizer@lambdalegal.org |
| 17 | Camilla B. Taylor (*pro hac vice*) |
| 18 | Kenneth Dale Upton, Jr. (*pro hac vice*) |
|   | Lambda Legal Defense and Education Fund, Inc. |
| 19 | 3656 N Halsted St. |
|   | Chicago, IL 60613 |
| 20 | Telephone: 312.663.4413 |
| 21 | Facsimile: 855.535.2236 |
|   | Email: CTaylor@lambdalegal.org |
| 22 | Email: KUpton@lambdalegal.org |
| 23 | Omar Gonzalez-Pagan (*pro hac vice*) |
|   | Lambda Legal Defense and Education Fund, Inc. |
| 24 | 120 Wall Street, 19th Floor |
|   | New York, NY. 10005-3919 |
| 25 | Telephone: 212.809.8585 |
| 26 | Facsimile: 855.535.2236 |
|   | Email: OGonzalez-Pagan@lambdalegal.org |

PLAINTIFF'S AMENDED CORPORATE DISCLOSURE STATEMENT
CASE NO. 2:25-CV-00241 - 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights Campaign Foundation**
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

Kell Olson (*pro hac vice*)
Lambda Legal Defense and Education Fund, Inc.
3849 E Broadway Blvd, #136
Tucson, AZ 85716
Telephone: 323.370.6915
Facsimile: 855.535.2236

Attorneys for Plaintiffs

Sarah Warbelow (*pro hac vice*)
Cynthia Weaver (*pro hac vice*)
Ami Patel (*pro hac vice*)
Human Rights Campaign Foundation
1640 Rhode Island Ave. N.W.
Washington, DC 20036
Telephone: 202.527.3669
Facsimile: 202.347.5323
Email: Sarah.Warbelow@hrc.org
Email: Cynthia.Weaver@hrc.org
Email: Ami.Patel@hrc.org

Attorneys for Plaintiffs

PLAINTIFF'S AMENDED CORPORATE DISCLOSURE STATEMENT
CASE NO. 2:25-CV-00241 - 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights Campaign Foundation**
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669