THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMMANDER EMILY SHILLING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; et al., <br><br> Defendants. | No. 2:25-cv-241-BHS <br><br> STIPULATED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEFS <br><br> NOTE ON MOTION CALENDAR: FEBRUARY 18, 2025 |

The Parties, by and through their undersigned counsel, hereby respectfully request an order permitting them to file overlength briefs regarding Plaintiffs' forthcoming Motion for Preliminary Injunction. This stipulated motion is brought pursuant to Local Rules W.D. Wash. LCR 7(f) and is noted for same day consideration pursuant to Local Rules W.D. Wash. LCR 7(d)(1).

Pursuant to the Local Civil Rules, "motions for preliminary injunction… and briefs in opposition shall not exceed 8,400 words, [and] [r]eply briefs shall not exceed 4,200 words." Local Rules W.D. Wash. LCR 7(e)(3). The Rules provide that page limit and word count requirements may only be exceeded by court order or rule. *See* Local Rules W.D. Wash. LCR 7(e), (f).

The Parties request leave to file overlength preliminary injunction briefing as follows:

- 10,000 words for the Motion;

STIPULATED MOTION TO FILE OVERLENGTH BRIEFS
CASE NO. 2:25-CV-241-BHS

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

Human Rights Campaign Foundation
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

- 10,000 words for the Opposition Brief;
- 5,000 words for the Reply Brief.

The Parties agree that an order increasing the word count is necessary due to the complexity of the matters raised in Plaintiffs' Complaint, which involves eight plaintiffs, ten defendants, four causes of action, and raises multiple issues of constitutional law.

It is so stipulated, by and between the Parties.

Pursuant to Local Rules W.D. Wash. LCR 7(e)(6), I certify that this memorandum contains 192 words, in compliance with the Local Civil Rules.

DATED this 18th day of February 2025.

STIPULATION TO FILE
OVERLENGTH BRIEFS - 2
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

*Stipulated and Agreed by:*

| | |
|---|---|
| By: s/ Matthew P. Gordon<br>Matthew P. Gordon, WSBA No. 41128<br>Abdul Kallon, WSBA No. 60719<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>E-mail: MGordon@perkinscoie.com<br>E-mail: AKallon@perkinscoie.com<br><br>Danielle Sivalingam (*pro hac vice*)<br>**Perkins Coie LLP**<br>505 Howard Street, Suite 1000<br>San Francisco, CA 94105-3204<br>Telephone: 415.344.7000<br>Facsimile: 415.344.7050<br>E-mail: DSivalingam@perkinscoie.com<br><br>Mary Grace Thurmon (*pro hac vice*)<br>Bo Yan Moran (*pro hac vice*)<br>**Perkins Coie LLP**<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone: 650.838.4300<br>Facsimile: 650.838.4350<br>E-mail: MThurmon@perkinscoie.com<br>E-mail: BMoran@perkinscoie.com<br><br>Gabriella Romanos Abihabib (*pro hac vice*)<br>**Perkins Coie LLP**<br>1155 Avenue of the Americas, 22nd Floor<br>New York, NY 10036-2711<br>Telephone: 212.262.6900<br>Facsimile: 212.977.1649<br>E-mail: GRomanos@perkinscoie.com<br><br>*Attorneys for Plaintiffs*<br><br>Sasha Buchert (*pro hac vice*)<br>**Lambda Legal Defense and Education Fund, Inc.**<br>815 16th St. NW, Suite 4140<br>Washington, DC 20006<br>Telephone: 202.804.6245<br>Facsimile: 855.535.2236<br>E-mail: SBuchert@lambdalegal.org | By: s/ John Robinson<br><br>BRETT A. SHUMATE<br>Acting Assistant Attorney General<br><br>ALEXANDER K. HAAS<br>Director, Federal Programs Branch<br><br>JEAN LIN<br>Special Litigation Counsel<br><br>JASON C. LYNCH<br>JOHN ROBINSON<br>ELIZABETH B. LAYENDECKER<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>Telephone: 202.616.8489<br>Facsimile: 202.514.1359<br>Jean.Lin@usdoj.gov<br>Jason.Lynch@usdoj.gov<br>John.J.Robinson@usdoj.gov<br>Elizabeth.B.Layendecker@usdoj.gov<br><br>*Attorneys for Defendants* |

STIPULATION TO FILE OVERLENGTH BRIEFS - 3
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

| | |
|---|---|
| 1 | Jennifer C. Pizer (*pro hac vice*) |
| 2 | **Lambda Legal Defense and Education Fund, Inc.** |
| 3 | 800 South Figueroa Street, Suite 1260<br>Los Angeles, CA 90017 |
| 4 | Telephone: 213.382.7600<br>Facsimile: 855.535.2236 |
| 5 | E-mail: JPizer@lambdalegal.org |
| 6 | Camilla B. Taylor (*pro hac vice*)<br>Kenneth Dale Upton, Jr. (*pro hac vice*) |
| 7 | **Lambda Legal Defense and Education Fund, Inc.** |
| 8 | 3656 N Halsted St.<br>Chicago, IL 60613 |
| 9 | Telephone: 312.663.4413<br>Facsimile: 855.535.2236 |
| 10 | E-mail: CTaylor@lambdalegal.org<br>E-mail: KUpton@lambdalegal.org |
| 11 | Omar Gonzalez-Pagan (*pro hac vice*) |
| 12 | **Lambda Legal Defense and Education Fund, Inc.** |
| 13 | 120 Wall Street, 19th Floor<br>New York, NY. 10005-3919 |
| 14 | Telephone: 212.809.8585<br>Facsimile: 855.535.2236 |
| 15 | E-mail: OGonzalez-Pagan@lambdalegal.org |
| 16 | Kell Olson (*pro hac vice*) |
| 17 | **Lambda Legal Defense and Education Fund, Inc.** |
| 18 | 3849 E Broadway Blvd, #136<br>Tucson, AZ 85716 |
| 19 | Telephone: 323.370.6915<br>Facsimile: 855.535.2236 |
| 20 | E-mail: KOlson@lambdalegal.org |
| 21 | *Attorneys for Plaintiffs* |
| 22 | Sarah Warbelow (*pro hac vice*)<br>Cynthia Weaver (*pro hac vice*)<br>Ami Patel (*pro hac vice*) |
| 23 | **Human Rights Campaign Foundation** |
| 24 | 1640 Rhode Island Ave. N.W.<br>Washington, DC 20036 |
| 25 | Telephone: 202.527.3669<br>Facsimile: 202.347.5323 |
| 26 | E-mail: Sarah.Warbelow@hrc.org |

STIPULATION TO FILE OVERLENGTH BRIEFS - 4
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

E-mail: Cynthia.Weaver@hrc.org
E-mail: Ami.Patel@hrc.org

*Attorneys for Plaintiffs*

STIPULATION TO FILE
OVERLENGTH BRIEFS - 5
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762