THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMMANDER EMILY SHILLING; et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | No. 2:25-cv-241-BHS <br><br> [PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEFS |

**THIS MATTER** comes before the Court on the Parties' Stipulated Motion for Leave to File Overlength Briefs, the Court having considered the pleadings and papers filed, and all other matters properly before the court,

**IT IS HEREBY ORDERED** that the Parties' Stipulated Motion for Leave to File Overlength Briefs is GRANTED and Plaintiffs may file a Motion for Preliminary Injunction not to exceed 10,000 words, Defendants may file an Opposition Brief not to exceed 10,000 words, and Plaintiffs may file a Reply Brief not to exceed 5,000 words.

DATED this ____ day of February, 2025.

_____
Honorable Judge Benjamin H. Settle
United States District Court Judge

[PROPOSED] ORDER GRANTING STIPULATION
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

1  *Presented by:*

2  By: s/ Matthew P. Gordon                              By: s/ John Robinson
       Matthew P. Gordon, WSBA No. 41128
3      Abdul Kallon, WSBA No. 60719                          BRETT A. SHUMATE
       **Perkins Coie LLP**                                  Acting Assistant Attorney General
4      1201 Third Avenue, Suite 4900
       Seattle, Washington 98101-3099                        ALEXANDER K. HAAS
5      Telephone: 206.359.8000                               Director, Federal Programs Branch
       Facsimile: 206.359.9000
6      E-mail: MGordon@perkinscoie.com                       JEAN LIN
       E-mail: AKallon@perkinscoie.com                       Special Litigation Counsel
7
       Danielle Sivalingam (*pro hac vice*)                  JASON C. LYNCH
8      **Perkins Coie LLP**                                  JOHN ROBINSON
       505 Howard Street, Suite 1000                         ELIZABETH B. LAYENDECKER
9      San Francisco, CA 94105-3204                          Trial Attorneys
       Telephone: 415.344.7000                               United States Department of Justice
10     Facsimile: 415.344.7050                               Civil Division, Federal Programs Branch
       E-mail: DSivalingam@perkinscoie.com                   1100 L Street NW
11                                                           Washington, DC 20005
       Mary Grace Thurmon (*pro hac vice*)                   Telephone: 202.616.8489
12     Bo Yan Moran (*pro hac vice*)                         Facsimile: 202.514.1359
       **Perkins Coie LLP**                                  Jean.Lin@usdoj.gov
13     3150 Porter Drive                                     Jason.Lynch@usdoj.gov
       Palo Alto, CA 94304-1212                              John.J.Robinson@usdoj.gov
14     Telephone: 650.838.4300                               Elizabeth.B.Layendecker@usdoj.gov
       Facsimile: 650.838.4350
15     E-mail: MThurmon@perkinscoie.com
       E-mail: BMoran@perkinscoie.com                        *Attorneys for Defendants*
16
       Gabriella Romanos Abihabib (*pro hac vice*)
17     **Perkins Coie LLP**
18     1155 Avenue of the Americas, 22nd Floor
       New York, NY 10036-2711
19     Telephone: 212.262.6900
20     Facsimile: 212.977.1649
       E-mail: GRomanos@perkinscoie.com
21
       *Attorneys for Plaintiffs*
22
       Sasha Buchert (*pro hac vice*)
23     **Lambda Legal Defense and Education Fund, Inc.**
24     815 16th St. NW, Suite 4140
       Washington, DC 20006
25     Telephone: 202.804.6245
       Facsimile: 855.535.2236
26     E-mail: SBuchert@lambdalegal.org

[PROPOSED] ORDER GRANTING STIPULATION - 2
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

1  Jennifer C. Pizer (*pro hac vice*)
   **Lambda Legal Defense and**
2  **Education Fund, Inc.**
   800 South Figueroa Street, Suite 1260
3  Los Angeles, CA 90017
   Telephone: 213.382.7600
4  Facsimile: 855.535.2236
   E-mail: JPizer@lambdalegal.org
5
   Camilla B. Taylor (*pro hac vice*)
6  Kenneth Dale Upton, Jr. (*pro hac vice*)
   **Lambda Legal Defense and**
7  **Education Fund, Inc.**
   3656 N Halsted St.
8  Chicago, IL 60613
   Telephone: 312.663.4413
9  Facsimile: 855.535.2236
   E-mail: CTaylor@lambdalegal.org
10 E-mail: KUpton@lambdalegal.org

11 Omar Gonzalez-Pagan (*pro hac vice*)
   **Lambda Legal Defense and**
12 **Education Fund, Inc.**
   120 Wall Street, 19th Floor
13 New York, NY. 10005-3919
   Telephone: 212.809.8585
14 Facsimile: 855.535.2236
   E-mail: OGonzalez-
15 Pagan@lambdalegal.org

16 Kell Olson (*pro hac vice*)
   **Lambda Legal Defense and**
17 **Education Fund, Inc.**
   3849 E Broadway Blvd, #136
18 Tucson, AZ 85716
   Telephone: 323.370.6915
19 Facsimile: 855.535.2236
   E-mail: KOlson@lambdalegal.org
20
   *Attorneys for Plaintiffs*
21
   Sarah Warbelow (*pro hac vice*)
22 Cynthia Weaver (*pro hac vice*)
   Ami Patel (*pro hac vice*)
23 **Human Rights Campaign**
   **Foundation**
24 1640 Rhode Island Ave. N.W.
   Washington, DC 20036
25 Telephone: 202.527.3669
   Facsimile: 202.347.5323
26 E-mail: Sarah.Warbelow@hrc.org

[PROPOSED] ORDER
GRANTING STIPULATION - 3
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and**
**Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign**
**Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

1  E-mail: Cynthia.Weaver@hrc.org
2  E-mail: Ami.Patel@hrc.org

*Attorneys for Plaintiffs*

[PROPOSED] ORDER
GRANTING STIPULATION - 4
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and
Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign
Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762