THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMMANDER EMILY SHILLING; et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | No. 2:25-cv-241-BHS <br><br> ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEFS |

**THIS MATTER** comes before the Court on the Parties' Stipulated Motion for Leave to File Overlength Briefs, the Court having considered the pleadings and papers filed, and all other matters properly before the court,

**IT IS HEREBY ORDERED** that the Parties' Stipulated Motion for Leave to File Overlength Briefs is GRANTED and Plaintiffs may file a Motion for Preliminary Injunction not to exceed 10,000 words, Defendants may file an Opposition Brief not to exceed 10,000 words, and Plaintiffs may file a Reply Brief not to exceed 5,000 words.

DATED this 19th day of February, 2025.

_____
Honorable Judge Benjamin H. Settle
United States District Court Judge

ORDER GRANTING STIPULATION
CASE NO. 2:25-CV-241-BHS

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

Human Rights Campaign Foundation
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

*Presented by:*

By:  s/ Matthew P. Gordon
    Matthew P. Gordon, WSBA No. 41128
    Abdul Kallon, WSBA No. 60719
    **Perkins Coie LLP**
    1201 Third Avenue, Suite 4900
    Seattle, Washington 98101-3099
    Telephone: 206.359.8000
    Facsimile: 206.359.9000
    E-mail: MGordon@perkinscoie.com
    E-mail: AKallon@perkinscoie.com

    Danielle Sivalingam (*pro hac vice*)
    **Perkins Coie LLP**
    505 Howard Street, Suite 1000
    San Francisco, CA 94105-3204
    Telephone: 415.344.7000
    Facsimile: 415.344.7050
    E-mail: DSivalingam@perkinscoie.com

    Mary Grace Thurmon (*pro hac vice*)
    Bo Yan Moran (*pro hac vice*)
    **Perkins Coie LLP**
    3150 Porter Drive
    Palo Alto, CA 94304-1212
    Telephone: 650.838.4300
    Facsimile: 650.838.4350
    E-mail: MThurmon@perkinscoie.com
    E-mail: BMoran@perkinscoie.com

    Gabriella Romanos Abihabib (*pro hac vice*)
    **Perkins Coie LLP**
    1155 Avenue of the Americas, 22nd Floor
    New York, NY 10036-2711
    Telephone: 212.262.6900
    Facsimile: 212.977.1649
    E-mail: GRomanos@perkinscoie.com

    *Attorneys for Plaintiffs*

    Sasha Buchert (*pro hac vice*)
    **Lambda Legal Defense and Education Fund, Inc.**
    815 16th St. NW, Suite 4140
    Washington, DC 20006
    Telephone: 202.804.6245
    Facsimile: 855.535.2236
    E-mail: SBuchert@lambdalegal.org

By:  s/ John Robinson

BRETT A. SHUMATE
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel

JASON C. LYNCH
JOHN ROBINSON
ELIZABETH B. LAYENDECKER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: 202.616.8489
Facsimile: 202.514.1359
Jean.Lin@usdoj.gov
Jason.Lynch@usdoj.gov
John.J.Robinson@usdoj.gov
Elizabeth.B.Layendecker@usdoj.gov

*Attorneys for Defendants*

ORDER GRANTING STIPULATION - 2
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

| | |
|---|---|
| 1 | Jennifer C. Pizer (*pro hac vice*) |
| 2 | **Lambda Legal Defense and Education Fund, Inc.** |
| | 800 South Figueroa Street, Suite 1260 |
| 3 | Los Angeles, CA 90017 |
| | Telephone: 213.382.7600 |
| 4 | Facsimile: 855.535.2236 |
| | E-mail: JPizer@lambdalegal.org |
| 5 | |
| | Camilla B. Taylor (*pro hac vice*) |
| 6 | Kenneth Dale Upton, Jr. (*pro hac vice*) |
| | **Lambda Legal Defense and** |
| 7 | **Education Fund, Inc.** |
| | 3656 N Halsted St. |
| 8 | Chicago, IL 60613 |
| | Telephone: 312.663.4413 |
| 9 | Facsimile: 855.535.2236 |
| | E-mail: CTaylor@lambdalegal.org |
| 10 | E-mail: KUpton@lambdalegal.org |
| 11 | Omar Gonzalez-Pagan (*pro hac vice*) |
| | **Lambda Legal Defense and** |
| 12 | **Education Fund, Inc.** |
| | 120 Wall Street, 19th Floor |
| 13 | New York, NY. 10005-3919 |
| | Telephone: 212.809.8585 |
| 14 | Facsimile: 855.535.2236 |
| | E-mail: OGonzalez- |
| 15 | Pagan@lambdalegal.org |
| 16 | Kell Olson (*pro hac vice*) |
| | **Lambda Legal Defense and** |
| 17 | **Education Fund, Inc.** |
| | 3849 E Broadway Blvd, #136 |
| 18 | Tucson, AZ 85716 |
| | Telephone: 323.370.6915 |
| 19 | Facsimile: 855.535.2236 |
| | E-mail: KOlson@lambdalegal.org |
| 20 | |
| | *Attorneys for Plaintiffs* |
| 21 | |
| | Sarah Warbelow (*pro hac vice*) |
| 22 | Cynthia Weaver (*pro hac vice*) |
| | Ami Patel (*pro hac vice*) |
| 23 | **Human Rights Campaign Foundation** |
| 24 | 1640 Rhode Island Ave. N.W. |
| | Washington, DC 20036 |
| 25 | Telephone: 202.527.3669 |
| | Facsimile: 202.347.5323 |
| 26 | E-mail: Sarah.Warbelow@hrc.org |

ORDER GRANTING
STIPULATION - 3
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

E-mail: Cynthia.Weaver@hrc.org
E-mail: Ami.Patel@hrc.org

*Attorneys for Plaintiffs*

ORDER GRANTING
STIPULATION - 4
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762