THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMMANDER EMILY SHILLING, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>   Defendants. | No. 2:25-cv-241-BHS<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

Having considered the Plaintiffs' Motion for a Preliminary Injunction, the memorandum in support, and the entire record herein, and having otherwise been fully advised, the Court finds there is good cause to **GRANT** the motion and hereby **ORDERS** as follows:

The Court may issue a preliminary injunction when a plaintiff establishes that "he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). The Court finds that Plaintiffs have carried their burden to satisfy each of those factors and that immediate relief is appropriate.

Therefore, it is hereby **ORDERED** that Plaintiffs' request for a Preliminary Injunction is **GRANTED**.

It is **FURTHER ORDERED** that Defendants Peter Hegseth, in his official capacity as Secretary of Defense; United States Department of Defense; Mark Averill, in his official capacity as Acting Secretary of the Army; United States Department of the Army; Terence Emmert, in his official capacity as Acting Secretary of the Navy; United States Department of the Navy; Gary Ashworth, in his official capacity as Acting Secretary of the Air Force; United States Department of the Air Force; and their subagencies, agents, employees, representatives, successors, and any other person or entity subject to their control or acting directly or indirectly in concert with them, are enjoined from implementing, administering, or enforcing Executive Order No. 14183 and related guidance and directives, including by enjoining any separation, discharge, adverse action, retaliation, or denial of promotion, reenlistment, continuation of service, accession, appointment, or medically indicated transition-related health care on a timely basis, solely on the basis that an individual is transgender or has a history of gender dysphoria;

It is **FURTHER ORDERED** that Plaintiffs Emily Shilling, Blake Dremann, Geirid Morgan, Cathrine Schmid, Jane Doe, Videl Leins, and transgender active-duty members of Plaintiff Gender Justice League may not be separated or discharged from the military, denied reenlistment, demoted, denied promotion, denied medically indicated transition-related health care

[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION - 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

on a timely basis, or otherwise receive adverse treatment, differential terms of service, or disruption of their status quo, solely on the basis that they are transgender or have a history of gender dysphoria;

It is **FURTHER ORDERED** that provided that he otherwise meets applicable standards for accession, Plaintiff Matthew Medina may not be denied the opportunity to accede to military service on the basis of transgender status, including a history of gender dysphoria, and once enlisted, may not be denied promotion, reenlistment, denied medically indicated transition-related health care on a timely basis, or any other equal terms of service on the basis that he is transgender; and

It is **FURTHER ORDERED** that provided that they otherwise meet applicable standards for accession, transgender members of Plaintiff Gender Justice League who are not active-duty members of the armed forces, but have taken concrete steps to join the armed forces, may not be denied the opportunity to accede to military service on the basis of transgender status, including a history of gender dysphoria, and once enlisted, may not be denied promotion, reenlistment, denied medically indicated transition-related health care on a timely basis, or any other equal terms of service on the basis that they are transgender.

DATED this ___ day of _____, 2025.

_____
Honorable Judge Benjamin H. Settle
United States District Court Judge

[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION - 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

DATED: February 19, 2025

*Presented by:*

By:  s/ *Matthew P. Gordon*
Matthew P. Gordon, WSBA No. 41128
MGordon@perkinscoie.com

By:  *s/Abdul Kallon*
Abdul Kallon, WSBA No. 60719
AKallon@perkinscoie.com

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Danielle Sivalingam (*pro hac vice*)
Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
Email: DSivalingam@perkinscoie.com

Mary Grace Thurmon (*pro hac vice*)
Bo Yan Moran (*pro hac vice*)
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
Email: MThurmon@perkinscoie.com
Email: BMoran@perkinscoie.com

Gabriella Romanos Abihabib (*pro hac vice*)
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649
Email: GRomanos@perkinscoie.com

[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION - 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

Attorneys for Plaintiffs

Sasha Buchert (*pro hac vice*)
Lambda Legal Defense and Education Fund, Inc.
815 16th St. NW, Suite 4140
Washington, DC 20006
Telephone: 202.804.6245
Facsimile: 855.535.2236
Email: SBuchert@lambdalegal.org

Jennifer C. Pizer (*pro hac vice*)
Lambda Legal Defense and Education Fund, Inc.
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Telephone: 213.382.7600
Facsimile: 855.535.2236
Email: JPizer@lambdalegal.org

Camilla B. Taylor (*pro hac vice*)
Kenneth Dale Upton, Jr. (*pro hac vice*)
Lambda Legal Defense and Education Fund, Inc.
3656 N Halsted St.
Chicago, IL 60613
Telephone: 312.663.4413
Facsimile: 855.535.2236
Email: CTaylor@lambdalegal.org
Email: KUpton@lambdalegal.org

Omar Gonzalez-Pagan (*pro hac vice*)
Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585
Facsimile: 855.535.2236
Email: OGonzalez-Pagan@lambdalegal.org

Kell Olson (*pro hac vice*)
Lambda Legal Defense and Education Fund, Inc.
3849 E Broadway Blvd, #136
Tucson, AZ 85716
Telephone: 323.370.6915
Facsimile: 855.535.2236
Email: KOlson@lambdalegal.org

Attorneys for Plaintiffs

[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION - 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

|   |   |
|---|---|
| 1 | Sarah Warbelow (*pro hac vice*) |
| 2 | Cynthia Weaver (*pro hac vice*) |
|   | Ami Patel (*pro hac vice*) |
| 3 | Human Rights Campaign Foundation |
|   | 1640 Rhode Island Ave. N.W. |
| 4 | Washington, DC 20036 |
|   | Telephone: 202.527.3669 |
| 5 | Facsimile: 202.347.5323 |
|   | Email: Sarah.Warbelow@hrc.org |
| 6 | Email: Cynthia.Weaver@hrc.org |
| 7 | Email: Ami.Patel@hrc.org |
| 8 | Attorneys for Plaintiffs |

[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION - 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

**CERTIFICATE OF SERVICE**

On February 19, 2025, I caused to be served upon the below named counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the foregoing document.

| | |
|---|---|
| Jean Lin<br>Jason C. Lynch<br>John Robinson<br>Elizabeth B. Layendecker<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>Telephone: 202.616.8489<br>Facsimile: 202.514.1359<br><br>Jean.Lin@usdoj.gov<br>Jason.Lynch@usdoj.gov<br>John.J.Robinson@usdoj.gov<br>Elizabeth.B.Layendecker@usdoj.gov | ___ Via the Clerk's eFiling Application<br>___ Via hand delivery<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>_X_ Via Email |

Dated: this 19th day of February, 2025.

By:  s/ *Matthew P. Gordon*
Matthew P. Gordon, WSBA No. 41128
MGordon@perkinscoie.com

CERTIFICATE OF SERVICE
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762