The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

SHILLING, et al.,

    *Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

    *Defendants*.

Case No. 2:25-cv-241

**DECLARATION OF BLAKE DREMANN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Blake M. Dremann, declare as follows:

1. My name is Blake Mordecai Dremann. I am a plaintiff in the above-captioned action. I have actual knowledge of the matters stated in this declaration.

2. I am a 43-year-old man, and I live in Ordot-Chalan Pago, Guam

3. I am a Commander in the U.S. Navy and am currently stationed onboard USS Frank Cable (AS-40); a forward deployed submarine tender in Agana, Guam.

4. I entered in the U.S. Navy in December 2005 and received a commission in March 2006. I have been serving for more than 19 years.

5. I joined the Navy with intention of eventually becoming a chaplain. But I needed to serve to earn the GI Bill to go to seminary. I was so adamant about that path, I was taking

DECLARATION OF BLAKE DREMANN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 1
[2:25-CV-00241-BHS]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights Campaign Foundation**
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

seminary classes online while onboard my first ship to include two semesters of Biblical Hebrew.  I was also influenced by my grandmother who was in the Women's Army Air Corps during WWII as a truck driver, and my grandfather who was a Yeoman during WWII.

6.  My Navy Designator is 3100 Supply Corps Officer.  We are the Navy's accountants, material managers, and contracting officers. In my current role, I am the Supply Officer onboard USS Frank Cable (AS-40) a submarine tender in Agana, Guam.  I supervise over 35 enlisted Sailors and 5 Junior Officers in the second largest department onboard.  This is a milestone job.  Administration board and selection from June 2023 and is considered equivalent to O5 command.

7.  Before my current role I was the Supply Officer at Fleet Readiness Center East on Marine Corps Air Station Cherry Point, North Carolina; the largest heavy depot operation in the U.S. Navy.  I led a department of over 280 civilian employees in all facets of logistics and material management, production and tool control, and acquisition activities.

8.  I am transgender. I was assigned female at birth I have known since I was five years old.  I have lived openly as man separate from the Navy since 2011 and openly in the Navy since 2015 after Secretary Carter announced a moratorium on transgender discharges in June 2015.

9.  I have taken legal steps to transition.  I changed my first and middle name in August 2015 in Virginia.  I changed my passport and social security gender marker in July 2016.  In close consultation with the Joint Staff Directorate, I submitted all documentation required to update my gender marker in the military in November 2016.  My birth certificate is still original due to the complexity of updating it in Missouri.

10.  I came out in the military as transgender in 2015.  I was stationed at the Pentagon as an intern on the Joint Staff Logistics Directorate J4.  My Air Force Colonel and my Navy

DECLARATION OF BLAKE DREMANN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 2
[2:25-CV-00241-BHS]

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

Human Rights Campaign Foundation
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

Captain were supportive. All military and civilian staff I encountered on the Joint Staff were supportive and began using my chosen name as a "call sign" until it was changed legally. I experienced no overt discrimination or purposeful misgendering. It is important to note, I never announced anything to anyone. LT Dremann stayed LT Dremann and most people had already assumed I was male, but it was also not a secret and I had many open discussion with many General Officers and Flag Officers and my co-workers. I have also expressed my gender identity by coming out to my chain of command and my fellow service members, taking steps to transition, and living openly as a male in military life. I want to continue to be able engage in speech and conduct disclosing my transgender status and expressing my gender identity.

11. Being able to serve openly as a transgender individual has made me a stronger asset to the military. I am able to function as a more productive, healthy member of the military, and I am able to forge stronger relationships with others in my command. Being transgender has not affected my ability to do my job in any way. Prior to my transition, I completed 5 patrols on USS Denver (LPD 9), a deployment to Afghanistan with the 101st Airborne, and 5 Strategic Deterrent Patrols onboard USS Maine (SSBN 741). Since taking steps for medical transition, I have remained deployable and am currently forward deployed, preparing for a summer deployment (my 12th deployment). My personal awards include 2 Defense Meritorious Service Medals, 2 Meritorious Medals, Joint Service Commendation Medal, Navy and Marine Corps Commendation Medal, Joint Service Achievement Medal, 4 Navy and Marine Corps Achievement Medals. I am Submarine, Aviation, and Surface Supply Warfare Qualified and a member of the Defense Acquisition Corps. In 2015, for my work on submarines, I was awarded the Vice Admiral Robert F. Batchelder Award, the Navy League's award for junior officers who gave significant contributions to the operational readiness of the fleet. I have a high probability of being selected for Navy Captain in 2026.

DECLARATION OF BLAKE DREMANN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 3
[2:25-CV-00241-BHS]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights Campaign Foundation**
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

12. Since the Executive Order banning my service was released, I have felt worried about my future in the Navy. I am stressed about my retirement eligibility. I am stressed about being pulled prior to going on deployment, leaving my department with a hole at the top of it. While being able to openly transition has made me a better person, make no mistake, sustained superior performance and merit is exactly why I am still in the Navy. This is no different than under Don't Ask Don't Tell, forcing people to live a lie for other people's comfort is no way to get the best and the brightest and it stifles GREAT talent.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: February 12, 2025

*/s/ B. M. Dremann*

Blake M. Dremann

DECLARATION OF BLAKE DREMANN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 4
[2:25-CV-00241-BHS]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights Campaign Foundation**
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669