UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SHILLING, et al.,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>　　　　*Defendants*. | Case No. 2:25-cv-241<br><br>**DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Jane Doe,[1] declare as follows:

1.　I am a 37-year-old woman, and I live in Olympia, WA.

2.　I am a Sergeant First Class in the U.S. Army and am currently stationed at Joint Base Lewis McChord, WA.

3.　I enlisted in the U.S. Army in 2007. I have been serving for more than 17 years.

4.　I chose the military as a career path for the opportunities. The military was a path toward a better life and out of an economically depressed State. I stayed in and advanced up the ranks because of the people standing next to me, the Soldiers I serve with are a constant inspiration and I am forever honored to serve with them. The Army has always been a diverse melting pot of cultures and personalities, a distillation of the American people. I have met some

---

[1] Jane Doe is a pseudonym. I am submitting this declaration under a pseudonym to protect my privacy and to protect my family and me from harassment and violence.

DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 1
[2:25-cv-00241-BHS]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights Campaign Foundation**
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

of my closest friends and continue to keep in touch long after moving duty stations. I am proud to serve my nation and wear the uniform. I am especially proud to be an example as a senior Non-Commissioned Officer, it is a privilege to mentor junior Soldiers and to watch them reach their highest potential.

5. I began my military career as an Automated Test Systems Operator/Maintainer at Fort Cavazos, TX where I deployed twice to Iraq; in 2009 and 2011. My primary role during both deployments was Convoy Security engaging in frequent missions outside the safety of our Forward Operating Bases and into Iraq.

6. My current military occupation specialty is Satellite Communications Operator-Maintainer with an Additional Skill Identifier 1C, Satellite Controller. I'm currently serving in the role of Platoon Sergeant. Before my current role, I served as an Information Technology Supervisor in Camp Arifjan, Kuwait. My positions have required a Top Secret clearance, which I have maintained since 2014.

7. I am transgender. I have always known that something felt different, but growing up in a small farming town, I was not exposed to anything queer beyond slurs and hate. In 2020 I finally started to find the words to express my identity, but with the last ban I kept it inside. It slowly ate at my mental health until I came out to my wife in September 2021. Shortly after, I received my gender dysphoria diagnosis and started living authentically. The difference has been immensely positive, I am a vastly more present and productive person, spouse, parent, and Soldier.

8. In consultation with health care professionals, I have taken clinically appropriate steps to transition. I also have ongoing transition-related health care needs. All medical plans have been signed off by my Brigade Commander, who can, if mission requires, deny one's medical transition steps until circumstances are conducive and time is available.

9. I have taken legal steps to transition. in April 2023 I applied for my passport with a Female gender marker. I have changed my gender marker with the Social Security Administration and have a Washington license reflecting female.

10. I submitted for my gender marker change in the Defense Enrollment Eligibility

DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 2
[2:25-CV-00241-BHS]

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

Human Rights Campaign Foundation
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

Reporting System, which was accepted by the military in February 2024, and since then I have been living and working fully according to female standards in dress, grooming, and physical fitness.

11. At the time I came out in the military as transgender in 2021, my command team was immediately supportive of my transition and I have never once had an issue with superiors, peers, or subordinates. Since coming out, I have been selected for positions of increased responsibility and trust, completed a nine-month assignment to Kuwait, and have been promoted into senior leadership. I am currently preparing for two international missions this year, where I will assume key leadership positions.

12. I have received awards and decorations for my service including three Army Commendation medals, eight Army Achievement Medals, Army Good Conduct Medal five times, a National Defense Service Medal, Iraqi Campaign Medals with two campaign stars, a Global War on Terrorism Expeditionary Medal, Global War on Terrorism Service Medal, Armed Forces Service Medal, Humanitarian Service Medal, three Army NCO Professional Development Ribbons, The Army Service Ribbon, The Army Overseas Service Ribbon, The Army Senior Space Badge, The Combat Action Badge, A Marksmanship Qualification Badge- Expert with Carbine.

13. Being able to serve openly as a transgender individual has made me a stronger asset to the military. I function as a productive, healthy member of the military, and I am able to forge stronger relationships with others in my unit. I feel I am more able to execute mission requirements than I would be able to, without medical interventions and living as my most authentic self. Honesty is the single biggest piece in building a cohesive team and if you are unable to be honest with yourself, how can you do so with anyone else? I have noticed an increase in honest and productive conversations between myself and others in my current and previous units, bringing cohesion and morale up, and fostering stronger ties.

14. I have engaged in speech and conduct disclosing my transgender status, including by coming out to my chain of command and my fellow service members as needed. I have also expressed my gender identity by taking steps to transition and living openly as a woman in

DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 3
[2:25-CV-00241-BHS]

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

Human Rights Campaign Foundation
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

military life. I want to continue to be able to engage in speech and conduct disclosing my transgender status, as needed, and expressing my gender identity.

15. Since Executive Order No. 14183 (the Executive Order) was signed, I have felt terrified for my, and my family's future and safety. The prejudicial language of the Executive Order paints me and my transgender siblings in arms as dishonest, dishonorable, bad for unit morale and cohesion, and a host of other things not conducive to service.

16. I am the primary provider for my household. My family and I were recently relocated by the military to a high cost-of-living area, my salary is about 2/3 of my household income. My family's medical benefits are provided by tri-care and tied to my service. If I were to get separated, it would be disastrous to our financial stability. I plan to pass my GI Bill benefits to my child, to set them up for the greatest chance at success by drastically reducing his education costs. I would lose that ability if I were to be separated. My necessary medical care would be interrupted. I am also on the high-3 retirement plan, if I am separated before 20 years of service I could very well likely lose all pension related and post retirement medical benefits that would be afforded to me.

17. The Executive Order puts my career directly at risk. In addition to the directions to change medical standards for military service, the specifically hostile wording may already be eroding unit cohesion and increasing the likelihood of violence against the transgender military community.

18. Further, the hostile language leads me to fear that they may attempt to separate under dishonorable/other-than-honorable conditions, which would further endanger my future by stripping me of all benefits afforded to a veteran and greatly compromising future employment prospects. Comparison of gender dysphoria to other service exclusive conditions leads me to believe that my security clearance may be in jeopardy, loss of which would compromise further mission readiness and future employment prospects.

DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 4
[2:25-CV-00241-BHS]

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

Human Rights Campaign Foundation
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: February 15, 2025

Jane Doe
Jane Doe (Feb 16, 2025 16:21 PST)

Jane Doe

DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 5
[2:25-cv-00241-BHS]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights Campaign Foundation**
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669