The Honorable Benjamin H. Settle

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

SHILLING, et al.,

          *Plaintiffs,*

    v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

          *Defendants.*

Case No. 2:25-cv-241

**DECLARATION OF DANIELLE ASKINI AUBAIN AS EXECUTIVE DIRECTOR OF GENDER JUSTICE LEAGUE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Danielle Askini Aubain, declare as follows:

1.    Gender Justice League ("GJL") is a non-profit organization with its principal place of business in Seattle, Washington.  GJL is a civil and human rights organization that advocates on behalf of transgender individuals in Washington State.  GJL's mission is to create a community for transgender people to live their lives safely and true to themselves, and free from discrimination.  GJL works to empower transgender people to combat discrimination, prejudice, and violence they face in their daily lives by providing education on the civil and human rights afforded all people on the basis of sexual orientation and gender identity.

2.    GJL is a membership based organization whose members include transgender

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense
and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights
Campaign Foundation**
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

individuals who wish to serve in the United States military, such as Matthew Medina, who is also a plaintiff in the present case, and those who currently serve in the military, such as Cathrine Schmid and Videl Leins, who likewise are plaintiffs in the present case. GJL sues on behalf of its members who are currently negatively affected by the ban on open service by transgender individuals in the military.

3.    GJL has members who are actively serving in the military who have relied upon the approval of their transition plans in deciding if and when to come out and to take medical steps to transition.

4.    GJL has members who are seeking to enlist in the military but who are afraid to be open about their transgender status.

5.    GJL has strong interests in opposing structural and unlawful discrimination targeted at transgender individuals and in protecting the right of all people, including transgender individuals, to serve openly in the military and pursue that career free from discrimination and other violations of their constitutional rights. These interests are inherent to GJL's mission and vision expressed above.

6.    I, Danielle Askini Aubain, serve as the Executive Director for GJL.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: February 12, 2025

*Danielle Askini Aubain*
Danielle Askini Aubain (Feb 14, 2025 15:03 PST)
Danielle Askini Aubain

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense
and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights
Campaign Foundation**
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669