# EXHIBIT 15



**DEPARTMENT OF THE AIR FORCE**
WASHINGTON DC

OFFICE OF THE ASSISTANT SECRETARY

February 4, 2025

MEMORANDUM FOR ALL MAJCOM-FOA-DRU-FLDCOM-COCOM/CC
                                  Distribution C

FROM: SAF/MR
          1660 Air Force Pentagon
          Washington, DC 20330-1665

SUBJECT: Implementation of Executive Order 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government

References: (a) Executive Order 14168, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, 20 January 2025
(b) Secretary of Defense Memorandum, "*Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, 31 January 25

    In compliance with References (a) and (b) and subsequent to the 27 January 2025 SAF/AM action replacing current DAFH33-337 T*ongue and Quill* with AFH33-337 *Tongue and Quill* (2015 version) this memorandum directs all MAJCOMS, FLDCOMs, FOAs, and DRUs to execute the following actions **<u>immediately:</u>**

    a. Cease the use of "preferred pronouns" (he/him, she/her, or they/them) to identify one's gender identity in professional communications (email signature blocks, memoranda, letters, papers, social media, official websites and any DAF official correspondence).
    b. Review all agency programs, contracts, and grants, and terminate any that promote or inculcate gender ideology.
    c. DAF executed a centralized review of "gender ideology" positions resulting in zero personnel identified. In order to validate compliance, conduct a review to ensure any "gender ideology" personnel are identified and placed on paid administrative leave.
    d. Take down all outward facing media (websites, social media accounts, etc.) that inculcate or promote gender ideology.
    e. Withdraw any final or pending documents, directives, orders, regulations, materials, forms, communications, statements, and plans that inculcate or promote gender ideology.
    f. Cancel any trainings that inculcate or promote gender ideology or have done so in the past.

g. Disband or cancel any employee resource groups (e.g. Athena programs) or special emphasis programs that utilize duty time or DAF resources - that inculcate or promote gender ideology or have done so in the past.
h. Review all forms that require entry of an individual's sex and ensure that all list male or female only and not gender identity. Remove requests for "gender" and substitute requests for "sex."
i. Ensure that all policies and documents, including forms, use the term "sex" and not "gender."
j. Ensure that intimate spaces designated for women, girls, or females (or for men, boys, or males) are designated by biological sex and not gender identity.

This memorandum implements References (a) and (b) with regard to DAF action. Separate guidance implementing Executive Order (EO) 14183, *Prioritizing Military Excellence and Readiness*, dated 27 January 2025, is forthcoming, within the timelines prescribed by EO 14183. Please forward any questions regarding EO 14183 or the status of individual members.

Submit a list of actions taken to comply with the requirements above no later than 1700 EST 6 February 2025 to my point of contact in SAF/MR, Ms. Jennifer Knowles, jennifer.knowles@us.af.mil.

DEFILIPPI.GWENDOLYN.RUTH.1123618960
Digitally signed by DEFILIPPI.GWENDOLYN.RUTH.1123618960
Date: 2025.02.04 15:14:37 -05'00'

GWENDOLYN R. DeFILIPPI, SES, DAF
Acting Assistant Secretary of the Air Force for Manpower and Reserve Affairs

Attachment:
1. Secretary of Defense Memorandum, "*Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*," 31 January 2025

cc:
AF/A1
USSF/S1
NGB/A1
AF/RE
MAJCOM/A1
FLDCOM/S1