# EXHIBIT 18

UNCLASSIFIED//

> **CORRECTED COPY 2** HQDA EXORD 150-25 IMPLEMENTATION OF EXECUTIVE ORDERS RELATED TO TRANSGENDER MILITARY SERVICE
>
> Originator: DA WASHINGTON DC
>
> DTG: **DRAFT** Precedence: Priority
>
> To: ARLINGTON NATIONAL CEMETERY ARLINGTON VA, ARNG NGB COMOPS ARLINGTON VA, ARNG NGB J3 JOC WASHINGTON DC, ARNGRC ARLINGTON VA, ARNGRC WATCH ARLINGTON VA, CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX, CDR ARMY FUTURES COMMAND AUSTIN TX, CDR ATEC ABERDEEN PROVING GROUND MD, CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT LIBERTY NC, CDR FORSCOM DCS G3 CURRENT OPS FT LIBERTY NC, CDR FORSCOM DCS G3 WATCH OFFICER FT LIBERTY NC, CDR MDW J3 FT MCNAIR DC, CDR MDW JFHQ-NCR FT MCNAIR DC, CDR NETCOM 9THSC FT HUACHUCA AZ, CDR TRADOC CG FT EUSTIS VA, CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA, CDR USAR NORTH FT SAM HOUSTON TX, CDR USARCENT SHAW AFB SC, CDR USASOC COMMAND CENTER FT LIBERTY NC, CDR USASOC FT LIBERTY NC, CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC, CDRAMC REDSTONE ARSENAL AL, CDRAMC REDSTONE ARSENAL AL, CDRFORSCOM FT LIBERTY NC, CDRHRC G3 DCSOPS FT KNOX KY, CDRINSCOM FT BELVOIR VA, CDRINSCOMIOC FT BELVOIR VA, CDRMDW WASHINGTON DC, CDRUSACE WASHINGTON DC, CDRUSACIDC FT BELVOIR VA, CDRUSACYBER FT EISENHOWER GA, CDRUSACYBER G3 FT EISENHOWER GA, CDRUSACYBER G33 FT EISENHOWER GA, CDRUSAEIGHT G3 CUROPS SEOUL KOR, CDRUSAEIGHT SEOUL KOR, CDRUSAFRICA VICENZA IT, CDRUSAMEDCOM FT SAM HOUSTON TX, CDRUSARC G33 READ FT LIBERTY NC, CDRUSARCYBER WATCH OFFICER FT EISENHOWER GA, CDRUSARPAC CG FT SHAFTER HI, CDRUSARPAC FT SHAFTER HI, COMDT USAWC CARLISLE BARRACKS PA, HQ IMCOM FT SAM HOUSTON TX, HQ INSCOM IOC FT BELVOIR VA, HQ SDDC CMD GROUP SCOTT AFB IL, HQ SDDC OPS MSG CNTR SCOTT AFB IL, HQ USARSO FT SAM HOUSTON TX, HQ USARSO G3 FT SAM HOUSTON TX, HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC, HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC, HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC, HQDA ARMY STAFF WASHINGTON DC, HQDA ASAALT ASC HQ WASHINGTON DC, HQDA EXEC OFFICE WASHINGTON DC, HQDA IMCOM OPS DIV WASHINGTON DC, HQDA SEC ARMY WASHINGTON DC, HQDA SURG GEN WASHINGTON DC, MEDCOM HQ EOC FT SAM HOUSTON TX, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NGB WASHINGTON DC, SMDC ARSTRAT CG ARLINGTON VA, SMDC ARSTRAT G3 ARLINGTON VA, SUPERINTENDENT USMA WEST POINT NY, SURGEON GEN FALLS CHURCH VA, USAR AROC FT LIBERTY NC, USAR CMD GRP FT LIBERTY NC, USAR DCS G33 OPERATIONS FT LIBERTY NC, USARCENT G3 FWD, USARPAC COMMAND CENTER FT SHAFTER HI, CDR USAREUR WIESBADEN GE
>
> CC: HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC, HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC, HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC

UNCLASSIFIED//

SUBJECT: (U) **CORRECTED COPY 2** HQDA EXORD 150-25 IMPLEMENTATION OF EXECUTIVE ORDERS RELATED TO TRANSGENDER MILITARY SERVICE//

(U) REFERENCES.  NONE.

NARR// (U) THIS IS **CORRECTED COPY 2** HQDA EXORD 150-25 IMPLEMENTATION OF EXECUTIVE ORDERS RELATED TO TRANSGENDER MILITARY SERVICE.  THIS CORRECTED COPY PROVIDES A CORRECTED CLASSIFICATION OF THIS MESSAGE//

1.  (U) SITUATION.  IN ANTICIPATION OF UPDATED DOD POLICY, THIS MESSAGE PRESCRIBES INITIAL GUIDANCE ON IMPLEMENTATION OF RELEVANT EXECUTIVE ORDER REQUIREMENTS RELATED TO TRANSGENDER MILITARY SERVICE.

2.  (U) MISSION.  EFFECTIVE IMMEDIATELY, ALL ARMY ORGANIZATIONS WILL IMPLEMENT INITIAL GUIDANCE OF RELEVANT EXECUTIVE ORDER REQUIREMENTS RELATED TO TRANSGENDER MILITARY SERVICE.

3.  (U) EXECUTION.

3.A.  (U) INTENT.  NOT USED.

3.B.  (U) CONCEPT OF OPERATIONS.  NOT USED.

3.C.  (U) TASKS TO ARMY STAFF, SUBORDINATE UNITS AND REQUESTS FOR SUPPORT.

3.C.1.  (U) ARMY SECRETARIAT, ARMY STAFF, SUBORDINATE HQDA OFFICES/ORGANIZATIONS, COMMANDERS, ARMY COMMANDS (ACOM), ARMY SERVICE COMPONENT COMMANDS (ASCC), DIRECT REPORTING UNITS (DRU), AND DIRECTOR, ARMY NATIONAL GUARD (ARNG).

3.C.1.A.  (U) ENSURE IMPLEMENTATION OF INITIAL GUIDANCE AS FOLLOWS:

3.C.1.A.1.  (U) ALL SERVICEMEMBERS, WILL BE TREATED WITH DIGNITY AND RESPECT AT ALL TIMES. COMMANDERS MUST MAINTAIN GOOD ORDER AND DISCIPLINE AND THE SAFETY, DIGNITY, AND RESPECT OF ALL OF THEIR ASSIGNED PERSONNEL.

3.C.1.A.2.  (U) ENSURE THAT INTIMATE SPACES, INCLUDING BUT NOT LIMITED TO LATRINES, CHANGING FACILITIES, SLEEPING QUARTERS, AND BATHING FACILITIES DESIGNATED FOR WOMEN, GIRLS, OR FEMALES (OR FOR MEN, BOYS, OR MALES) ARE DESIGNATED BY BIOLOGICAL SEX AND NOT GENDER IDENTITY.  BIOLOGICAL SEX IS DEFINED AS A BIOLOGICAL TRAIT DETERMINED BY CHROMOSOMAL PATTERN.

3.C.1.A.3.  (U) MAINTAIN CURRENT LIVING CONDITIONS, PENDING IMPLEMENTATION GUIDANCE.  IAW WITH CURRENT EXECUTIVE ORDERS AND EXISTING POLICIES, REGULATIONS, AND DIRECTIVES, COMMANDERS MUST BPT MODIFY SLEEPING, CHANGING, AND BATHING AREAS UPON RECEIPT OF IMPLEMENTATION GUIDANCE.

3.C.1.A.4.  (U) AT THIS TIME, DO NOT INITIATE ANY MEDICAL BOARD OR ADVERSE PERSONNEL ACTION SOLELY RELATED TO TRANSGENDER STATUS. POLICY AND IMPLEMENTATION GUIDANCE RELATED TO CURRENT EXECUTIVE ORDERS WILL BE PUBLISHED WHEN AVAILABLE.

3.C.1.A.5.  (U) UNTIL FURTHER GUIDANCE IS ISSUED AND CONSISTENT WITH THE PROTECTIONS OF HIPPA AND THE PRIVACY ACT, DO NOT ACCESS OR UTILIZE MEDICAL AND PERSONNEL SYSTEMS OF RECORD SPECIFICALLY TO IDENTIFY TRANSGENDER SOLDIERS.

3.C.1.A.6.   (U) ANY SOLDIER CURRENTLY UNDER MEDICAL CARE FOR GENDER DYSPHORIA OR TRANSITION WILL CONTINUE TO RECEIVED MEDICAL TREATMENT CONSISTENT WITH THE STANDARD OF CARE.

3.D.  (U) COORDINATING INSTRUCTIONS.  NOT USED.

4.  (U) SUSTAINMENT.  NOT USED.

5.  (U) COMMAND AND SIGNAL.

5.A.  (U) HQDA POC THIS MESSAGE, SERVICE CENTRAL COORDINATION CELL (SCCC), AVAILABLE AT: usarmy.pentagon.hqda-dcs-g-1.mbx.sccc@army.mil

6.  (U) THE EXPIRATION DATE OF THIS MESSAGE IS 30 SEPTEMBER 2025, UNLESS FORMALLY RESCINDED, SUPERSEDED OR MODIFIED.


ATTACHMENTS: NONE.