# EXHIBIT 22

OUT NEWS

# References to transgender and queer removed from Stonewall National Monument's web page

The Stonewall Inn and the Stonewall Inn Gives Back Initiative called it a "direct attack on transgender people."

**Protesters gather at Stonewall Inn after transgender wording removed from federal website**
02:19

00:01 / 02:19

Get more news LIVE on NBC NEWS NOW

Feb. 14, 2025, 10:22 AM EST / Updated Feb. 14, 2025, 6:34 PM EST

By Minyvonne Burke

References to transgender and queer people were erased from the Stonewall National Monument's web page, marking one of the latest moves of the current administration after President Donald Trump said the government would recognize male and female as the only biological sexes.

The page used to say "LGBTQ+," according to an archived version of the National Park Service's website. It now only says "LGB."

ADVERTISING



Stacy Lentz, co-owner of the Stonewall Inn and the chief executive of the nonprofit Stonewall Inn Gives Back Initiative, said the Trump administration was trying to "erase trans people from history and from existing."

"There is no Pride without Trans folks leading that fight! Trying to erase them from the Birthplace of the modern LGBTQ+ rights movement will not happen! We need to show up and speak out for our trans and nonbinary siblings who are under attack," Lentz wrote in an Instagram post announcing the protest.



A National Park Service sign marks the Stonewall National Monument outside the Stonewall Inn in New York in 2024. Pamela Smith / AP file

In a joint statement, the Stonewall Inn and the Stonewall Inn Gives Back Initiative said it was "outraged."

"This blatant act of erasure not only distorts the truth of our history, but it also dishonors the immense contributions of transgender individuals - especially transgender women of color - who were at the forefront of the Stonewall Riots and the broader fight for LGBTQ+ rights," the statement read.

"Let us be clear: Stonewall is transgender history. Marsha P. Johnson, Sylvia Rivera, and countless other trans and gender-nonconforming individuals fought bravely, and often at great personal risk to push against oppressive systems," it continued. "Their courage, sacrifice, and leadership were central to the resistance we now celebrate as the foundation of the modern LGBTQ+ rights movement."

The statement said removing the word transgender is an attempt to marginalize the people who fought for change in the community. They called it a "direct attack on transgender people" and demanded the word be added back to the website.

Senate Minority Leader Chuck Schumer called for the Park Service to immediately reverse the change.

"This move to try to erase transgender people from the Stonewall National Monument is cruel, pathetic, and historically inaccurate," Schumer, D-N.Y., said in a statement obtained by NBC New York. "Transgender New Yorkers played a critical role in the events at Stonewall and in the movement for equality that it inspired."

        Minyvonne Burke
Minyvonne Burke is a senior breaking news reporter for NBC News.