The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COMMANDER EMILY SHILLING, et al., *Plaintiffs*, v. DONALD J. TRUMP, in his official capacity as President of the United States, et al., *Defendants*. | Case No. 2:25-cv-00241-BHS **DECLARATION OF ASHISH S. VAZIRANI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Ashish S. Vazirani, declare as follows:

1. I am over 18 years of age, of sound mind, and in all respects competent to testify.

2. I have actual knowledge of the matters stated herein. If called to testify in this matter, I would testify truthfully and competently as to my knowledge and experience and as to the matters stated herein.

3. I performed the duties of and served as the Acting Under Secretary of Defense for Personnel and Readiness from September 8, 2023 to January 20, 2025. In this role, I served as the principal staff assistant and advisor to the Secretary of Defense for force readiness, force management, health affairs, National Guard and Reserve component affairs, education and training, and military and civilian personnel requirements and management, which includes

DECLARATION OF ASHISH S. VAZIRANI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 1 [2:25-CV-00241-BHS]

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

Human Rights Campaign Foundation
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

equal opportunity, morale, welfare, recreation, and quality of life matters. Prior to assuming this position and beginning on July 18, 2022, I served as the Deputy Under Secretary of Defense for Personnel and Readiness, meaning I was the primary assistant of the then-serving Under Secretary. As a Department of Defense official and United States Navy veteran, I can attest to the importance of non-discriminatory policies in bolstering military preparedness and to the positive impacts of including qualified individuals in military service with different backgrounds.

## PROFESSIONAL BACKGROUND

4. I attended Vanderbilt University on a Navy Reserve Officer Training Corps scholarship and obtained a Bachelor of Engineering in Mechanical Engineering in 1986. I later obtained a Master of Engineering from the McCormick School of Engineering at Northwestern University in 1995 and a Master of Business Administration from the Kellogg School of Management at Northwestern University in 1995.

5. After completing my bachelor's degree, I was commissioned as an officer in the United States Navy and served on active duty in the Submarine Force from 1986 to 1993. Following graduate school, I worked as a management consultant focused on sales and marketing issues in the health care and technology industries.

6. In 2017, I joined the Armed Services YMCA ("ASYMCA"), where I led development and programming and ensured implementation and measurement of programs to support junior enlisted families. In 2019, I went on to serve as the Executive Director and CEO of the National Military Family Association ("NMFA") where I provided direction and strategic and operational oversight for all aspects of NMFA's advocacy and programing to support military families.

7. From 2018 to 2021, I also served as a Member of the National Academies of Sciences, Engineering, and Medicine's Committee on the Well-Being of Military Families.

8. From March 2022 to July 2022, prior to my positions within the Office of the Secretary of Defense, I served in the Department of the Navy as the principal advisor on issues pertaining to sexual assault, sexual harassment, and suicide prevention and response within the

DECLARATION OF ASHISH S. VAZIRANI
IN SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION - 2
[2:25-CV-00241-BHS]

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and
Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

Human Rights
Campaign Foundation
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

Office of the Assistant Secretary of the Navy for Manpower and Reserve Affairs.

9. On July 12, 2022, I was confirmed by the U.S. Senate to be the Deputy Under Secretary of Defense for Personnel and Readiness and was sworn in on July 18, 2022. I resigned from this role on January 20, 2025.

**IMPACT OF THE AUSTIN POLICY**

10. On January 25, 2021, President Joseph R. Biden overturned the first Trump administration's restrictive ban with Executive Order No. 14004 ("EO 14004"), entitled *Enabling All Qualified Americans To Serve Their Country in Uniform*. Around four months later, on April 30, 2021, the Department of Defense ("DoD") implemented EO 14004 through DoD Instruction 1300.28, entitled *In-Service Transition for Transgender Service Members* ("DoDI 1300.28") (the "Austin Policy").

11. As Deputy Under Secretary, and then Acting Under Secretary of Defense for Personnel and Readiness, my responsibilities included implementation and oversight of the Austin Policy permitting service by transgender troops, including evaluating any proposed new Military Department and Military Service regulations, policies, and guidance related to military service by transgender persons and persons with gender dysphoria, and revisions to such existing regulations, policies, and guidance, to ensure consistency with the Austin Policy. In implementing the Austin Policy, I observed the benefits of merit-based policies for America's military capabilities.

12. **Investment in Highly Trained Service Members**. The Austin Policy enables our military to retain highly trained service members with specialized skills that have taken significant investment and time to develop, all the while applying the same standards to transgender service members that are applied to others, including standards relating to medical care. The military invests significant money and time (months to years, depending on occupational specialty) to develop a service member in a military specialty. For example, an aviation mechanic in the Army will spend 10 weeks in basic training followed by 24 weeks of advanced individual training. A military pilot will spend two to three years in pilot training

DECLARATION OF ASHISH S. VAZIRANI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 3
[2:25-CV-00241-BHS]

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

Human Rights Campaign Foundation
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

before reporting to their first operational unit. Investments in professional development continue throughout a service member's career. Applying the same standards to all service members ensures that the military services can realize the benefit of these investments over the long-term.

13. **Readiness**. I am aware of no evidence to suggest that the Austin Policy has negatively impacted readiness. This is consistent with the predictions of the RAND Corporation's 2016 report, entitled *Assessing the Implications of Allowing Transgender Personnel to Serve Openly* (the "RAND Report"). In my role, I had responsibility for the Military Health System ("MHS") and the provision of health services to the Joint Force, which includes 2.1 million active duty, reserve, and National Guard service members as well as their dependents, and retired military members and their dependents—a total of approximately 9.6 million Americans. Service members seeking transgender health care are required to go through a formal process that includes seeking a referral from their medical provider and undergoing review by command. A service member seeking transgender health care follows the same process as any other service member seeking health care including adhering to timelines and reporting procedures to ensure that readiness is not negatively impacted. Since the implementation of the Austin Policy, providing transgender health care did not require any significant changes to the DoD health care system, and any additional costs related to providing transgender health care have been negligible.

14. **Unit Cohesion**. Unit cohesion is crucial for military effectiveness, and the Austin Policy improves this by generating trust among unit members. The RAND Report also predicted that allowing transgender individuals to serve would not have a negative impact on unit cohesion. Cohesive teams are a significant component of the value proposition of military service as the military needs to recruit and retain individuals with an array of skills and capabilities necessary for mission execution. Everyone who wishes to serve and meets the eligibility requirements should have an equal opportunity to serve their country based on merit.

15. The military has successfully integrated individuals from a very wide array of backgrounds, and our ability to do so is a central foundation of our strength and effectiveness.

DECLARATION OF ASHISH S. VAZIRANI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 4
[2:25-CV-00241-BHS]

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

Human Rights Campaign Foundation
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

The military is an intensely meritocratic institution: what counts is a person's ability to meet standards and execute the mission. Transgender service members continue to prove that they meet standards, are serving honorably, ably, and, in many cases, with distinction throughout the military. I have not been made aware of any cases of reduced unit cohesion or readiness based on the service of a transgender service member.

16. **Merit-based Standards**. Personnel policies that allow transgender service members to be evaluated based on skill and merit, rather than transgender status, do not jeopardize the military's mission of protecting the United States, but strengthen it.

17. Since World War II, the United States has worked to recruit different people into our military so that it is a greater reflection of the people the military serves. This started with the desegregation of the military in 1948 under President Truman's Executive Order 9981 that officially ended racial segregation of the military. This effort continued with greater integration of women, including allowing women to serve in combat roles.

18. The DoD has recognized the significance of having merit-based standards applied on equal terms of service within its organization as an important aspect of its ability to successfully meet its mission. For example, the National Defense Strategy ("NDS") is produced by the Office of the Secretary of Defense and serves as the DoD's key strategic guidance. It lays out the DoD's vision and path forward into the next decade and describes how it will focus its efforts and manage the various threats in our swiftly changing world. An important pillar of the 2022 NDS is our effort to build an enduring advantage for our current and future Joint Force (defined as the Army, Marine Corps, Navy, Air Force, and Space Force) by, among other efforts, making investments in the extraordinary people who work for the DoD, including its military personnel. That pillar includes broadening our recruitment pool to attract individuals with different backgrounds and skill sets to drive innovative solutions across the DoD. Department of Defense, *2022 National Defense Strategy of the United States of America*, (Oct. 27, 2022).

19. **A Military Reflective of the Skilled American Population**. A military that reflects our society is important for operational and strategic reasons. At the operational level,

DECLARATION OF ASHISH S. VAZIRANI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 5
[2:25-CV-00241-BHS]

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

Human Rights Campaign Foundation
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

people with varying skills and aptitude lead to unit cohesion, as well as improved ability to assess and mitigate risk. Policies that allow service members to serve equally based on merit as part of a representative force and, importantly, see themselves as potential future leaders of that force, engenders a shared commitment, greater cohesion, trust, and confidence that enhances military effectiveness through increased job satisfaction and performance. Bringing together people with different experiences and perspectives into a common mission can increase the effectiveness, adaptiveness, and capability of the entire group to assess and mitigate risk.

20. To succeed in its mission to prevent and win wars, the DoD must problem solve and formulate solutions to the complex situations that we face today. This too requires a military with different backgrounds and environments, which provides a broader range of perspectives, experience, and knowledge that amplifies thought and drives solutions to the complex issues the armed forces encounter in warfighting and defending our national security.

21. It is critical that the DoD, and the military in particular, maintain public trust and its belief that the military institution serves the nation and its population. A military that is reflective of the population of the United States and operates based on merit and equal standards instills trust in the American public that the armed forces will faithfully execute their duty to protect all Americans.

**RECENT REVERSAL OF POLICY**

22. On January 20, 2025, President Trump issued an executive order reversing the Austin Policy and prohibiting transgender individuals from enlisting or continuing their service in the United States Armed Forces.

23. The executive order suggests that transgender service members are unfit for service solely because they are transgender and that their service is harmful to unit cohesion and reduces military readiness. The suggestion that a person's transgender status alone renders them dishonest or unfit for service is cruel and is unsupported by evidence. In fact, the past three years of experience under the Austin Policy indicates that transgender service members serve honorably, often with distinction, and meet the same standards as other service members.

DECLARATION OF ASHISH S. VAZIRANI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 6
[2:25-CV-00241-BHS]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights Campaign Foundation**
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

24. Given the absence of evidence that a problem exists requiring a policy change, the abrupt reversal of a policy that has been in place for over three years is highly unusual and contrary to the DoD's deliberative policy making process. DoD policies are typically formulated through a meticulous and structured process involving an extensive collection and analysis of pertinent facts and data, contributions from a variety of stakeholders and experts, and several drafts and revisions based on review and feedback.

25. Prohibiting transgender individuals from serving in the military degrades military readiness and is harmful to our national security for several reasons.

26. Prohibiting currently serving transgender service members who are meeting standards and succeeding on their merits from continuing in service can result in a reduction in military capability based on the loss of highly skilled service members trained and developed at significant cost to the American taxpayer. These skills take time and additional investment to replace, thereby reducing investment in other critical areas and resulting in a corresponding reduction in readiness in the near and longer term.

27. Removing currently serving transgender service members who are contributing to the mission and are meeting standards will cause a disruption to units by creating capability and capacity gaps. These gaps will create additional stress on the unit, reduce morale, and degrade unit cohesion and readiness.

28. The abrupt and arbitrary reversal of the Austin Policy sends a message that equal opportunity is not afforded to all who are qualified and meet standards and thus undermines the military's merit-based culture.

29. Excluding transgender individuals from accessing into the military can further reduce the pool of qualified candidates. Further, the abrupt reversal of the Austin Policy can negatively impact recruiting if the military is perceived to be discriminatory. Discriminatory practices can have a negative effect on individuals who may have an interest in serving in the military, as well as key influencers (e.g., parents, teachers, counselors, etc.) who may be guiding a candidate's decision.

DECLARATION OF ASHISH S. VAZIRANI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 7
[2:25-CV-00241-BHS]

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

Human Rights Campaign Foundation
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

30. Reversing policy in an abrupt and arbitrary manner can erode service members' trust in military leadership's ability to make sound policy and uphold consistent standards since the reversal was not based in fact, nor developed through a deliberate and thoughtful process.

31. The reversal of the Austin Policy risks reducing readiness, negatively impacting recruiting, and eroding trust in leadership.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: February 12, 2025

_____
Ashish S. Vazirani

DECLARATION OF ASHISH S. VAZIRANI
IN SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION - 8
[2:25-CV-00241-BHS]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights Campaign Foundation**
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669