# EXHIBIT B

**BIBLIOGRAPHY**

Ainsworth, T. & Spiegel, J. (2010) Quality of life of individuals with and without facial feminization surgery or gender reassignment surgery. *Quality of Life Research,* 19(7), 1019–24.

American Medical Association. (2008). *Resolution 122 (A-08), Removing Financial Barriers to Care for Transgender Patients.*

American Medical Association and GLMA (2019). *Issue Brief: Health Insurance coverage for gender-affirming care of transgender patients*, https//www.ama-assn.org/system/files/2019-03/transgender-coverage-issue-brief-pdf.

American Psychiatric Association (1980). *Diagnostic and Statistical Manual of Mental Disorders (DSM-III).* Washington, D.C.: American Psychiatric Publishing.

American Psychiatric Association (1987). *Diagnostic and Statistical Manual of Mental Disorders (DSM-III-R).* Washington, D.C.: American Psychiatric Publishing.

American Psychiatric Association (1994). *Diagnostic and Statistical Manual of Mental Disorders (DSM-IV).* Washington, D.C.: American Psychiatric Publishing.

American Psychiatric Association (2013). *Diagnostic and Statistical Manual of Mental Disorders (DSM-5).* Washington, D.C.: American Psychiatric Publishing.

American Psychiatric Association, *Gender Dysphoria* (2013), http://www.dsm5.org/documents/gender%20dysphoria%20fact%20sheet.pdf.

American Psychiatric Association (2018). *Position Statement on Access to Care for Transgender and Gender Diverse Individuals,* https://www.psychiatry.org/File%20Library/About-APA/Organization-Documents-Policies/Policies/Position-2018-Access-to-Care-for-Transgender-and-Gender-Diverse-Individuals.pdf.

Bao, A.M. & Swabb, D.F. (2011). Sexual differentiation of the human brain: Relation to gender identity, sexual orientation and neuro-psychiatric disorders, *Frontiers in Neurology,* 32(2), 214–26.

Byne W. (2016). Regulations restrict practice of conversion therapy. *LGBT Health*, 3(2):97-99.

Bauer, G.,  Scheim, A., Pyne, J. *et al.* (2015). Intervenable factors associated with suicide risk in transgender persons: a respondent driven sampling study in Ontario, Canada. *BMC Public Health*, 15:525.

Beck, A. *et al.* (1990). Relationship between hopelessness and ultimate suicide: A replication with psychiatric outpatients. *American Journal of Psychiatry*, 147(2).

*Bennet, K., Qi, J, Kim, H., Hamill, J. et al. (2018). Comparison of* 2-year complication rates among common techniques for post-mastectomy breast reconstruction. *JAMA Surgery.*

Bentz, E.K., Hefler, L.A., Kaufman, U. *et al.* (2008). A polymorphism of the CYP17 gene related to sex steroid metabolism is associated with female-to-male but not male-to-female transsexualism. *Fertility and Sterility,* 90(1), 56–59.

Berli, J., Kudnson, G., Fraser, L., Tangpricha, V., Ettner, R., *et al.* (2017). Gender Confirmation Surgery: what surgeons need to know when providing care for transgender individuals. *JAMA Surgery,* 152(4)*,* 394–400.

Bockting, W. (2013). Transgender identity development. In Tolman & Diamond (Eeds.), *American Psychological Association's Handbook of Sexuality and Psychology.* Washington, D.C.: American Psychological Association.

Bockting, W. (2014). The impact of stigma on transgender identity development and mental health. In Kreukels, Steensma, and De Vries (Eds.), *Gender dysphoria and disorders of sex development: Progress in care and knowledge.* New York: Springer.

Brown, G. (2010) Auto-castration and auto-penectomy as surgical self-treatment in incarcerated persons with Gender Identity Disorder. *International Journal of Transgenderism,* 12: 31-39.

Brown, G. & McDuffie, E. (2009) Health care policies addressing transgender inmates in prison systems in the US. *Journal of Correctional Health,* 15(4):280-91.

Chivers-Wilson, K. (2006) Sexual assault and posttraumatic stress disorders: A review of the biological, psychological and sociological factors and treatments. *Mc Gill Journal of Medicine*, (2):111-118.

Chung, W., De Vries, G., Swaab, D. (2002). Sexual differentiation of the bed nucleus of the stria terminalis in humans may extend into adulthood. *Journal of Neuroscience,* 22(3)*,* 1027–33.

Cohen-Kettenis, PT. and Gooren, LJ. (1993). The influence of hormone treatment on psychological functioning of transsexuals. *Journal of Psychology and Human Sexuality,* 1993(4), 55–67.

Colborn, T. Dumanoski, D. & Meyers, W. (1997). *Our Stolen Future.* New York: Penguin.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J. ... Zucker, K. (2011). WPATH Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *International Journal of Transgenderism,* 13, 165–232.

Coleman, E., Radix, A., Bouman, W., Brown, G., deVries, A.L., Deutsch, M., Ettner, R., et. al. Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. *International Journal of Transgender Health*, 23:sup1S1-S259.

Colizzi, M. , Costa, R., & Todarello, O. (2014). Transsexual patients' psychiatric comorbidity and positive effect on cross-sex hormonal treatment on mental health: results from a longitudinal study. *Psychoneuroendocrinology*, 39: 65-73.

Cooper, K., Russell, A., Mandy, W., Butler, C. (2020). The phenomenology of gender dysphoria in adults: A systematic review and meta-synthesis. *Clinical Psychology Review*, 80:101875.

Devor, A. (2004). Witnessing and mirroring: A fourteen stage model of transsexual identity formation. *Journal of Gay and Lesbian Psychotherapy,* 8(1-2), 41–67.

De Cuypere, G., T'Sjoen, G., Beerten, R., Selvaggi, G., *et al.* (2005). Sexual and physical health after sex reassignment surgery. *Archives of Sexual Behavior,* 34(6), 679–90.

Diamond, M. (2013). Transsexuality among twins: identity concordance, transition, rearing, and orientation. *International Journal of Transgenderism,* 14(1)*,* 24–38.

Diamond, L., Pardo, S., Butterworth, M. (2011). Transgender experience and identity. In Schwartz *et al.* (Eds.), *Handbook of Identity Theory and Research.* New York: Springer.

Edgerton, M.T., and Meyer, J. K. (1973). Surgical and psychiatric aspects of transsexualism. In Horton, C. (Ed.), *Surgery of the External Genitalia* (pp. 117–61). Boston: Little, Brown.

Elders, M. J., Brown, G. R., Coleman, E., Kolditz, T. A., & Steinman, A. M. (2015). Medical Aspects of Transgender Military Service. *Armed Forces & Society*, 41(2), 199-220.

Endocrine Society (2020). *Transgender Health, an Endocrine Society position statement,* https://www.endocrine.org/advocacy/position-statements/transgender-health.

Erickson, E. (1956). The problem of ego identity. *Journal of the American Psychoanalytic Association*, 4(1), 56–121.

Ettner, R. (1999). *Gender Loving Care.* New York: Norton.

Ettner, R. (2007) The etiology of transsexualism. In Ettner, R., Monstrey, S. & Eyler, A. (Eds.) *Principles of Transgender Medicine and Surgery* (pp. 1-14). New York: Haworth.

Ettner, R., Ettner, F. & White, T. (2012). Secrecy and the pathophysiology of hypertension. *International Journal of Family Medicine*, 2012.

Ettner, R. Care of the elderly transgender patient. (2013). *Current Opinion in Endocrinology and Diabetes,* 20(6), 580-584.

Ettner, R. & Wylie, K. (2013) Psychological and social adjustment in older transsexual people. *Maturitas,* 74(3), 226–29.

Ettner, R. (2015). Etiopathogenetic hypothesis on transsexualism. In Trombetta, Luguori & Bertolotto (Eds.) *Management of Gender Identity Dysphoria: A Multidimensional Approach to Transsexualism* (pp. 47–54). Italy: Springer.

Ettner, R. (2016). Surgical treatments for the transgender population. In Eckstrand, K. & Ehrenfeld, J. (Eds.) *Lesbian, Gay, Bisexual and Transgender Health Care.* (pp. 363–77). New York: Springer.

Ettner, R. & Guillamon, A. (2016). Theories of the etiology of transgenderism. In Ettner R., Monstrey, S. & Coleman E. (Eds.). *Principles of Transgender Medicine and Surgery* (pp. 3–15)*.* New York: Routledge.

Ettner, R., Monstrey, S., & Eyler, A. (Eds.) (2007). *Principles of Transgender Medicine and Surgery* (1st ed.)*.* New York: Routledge.

Ettner, R. Monstrey, S., & Coleman, E. (Eds.) (2017). *Principles of Transgender Medicine and Surgery* (2nd ed.). New York: Routledge.

Fernandez, R., Esteva, I., Gomez-Gil, E., Rumbo, T. *et al.* (2014b) The (CA) in polymorphism of ER*b* gene is associated with FtM transsexualism. *Journal of Sexual Medicine,* 11(3), 720–28.

Fernandez, R., Ramirez, K., Gomez-Gil, E. (2020)  Gender-affirming hormone therapy modifies the CpG methylation pattern of the ESR1 gene promoter after six months of treatment in transmen. *Journal of Sexu*al *Health,* 17(9):1795-1806.

Frost, D., Lehavot, K., & Meyer, I. (2015). Minority stress and physical health among sexual minority individuals. *Journal of Behavioral Medicine. Journal Behavioral Medicine,* 38(1), 1–8.

Galis, F., Ten Broek, C., Van Dongen, S., *et al.* (2010). Sexual dimorphism in the prenatal digit ratio (2D:4D). *Archives of Sexual Behavior,* 39(1), 57–62.

Garcia-Falgueras, A. & Swaab, D (2008). A sex difference in the hypothalamic

uncinate nucleus: relationship to gender identity. *Brain,* 131(12), 3132–46.

Garcia-Falgueras, A. & Swaab, D (2010). Sexual hormones and the brain: As essential alliance for sexual identity and sexual orientation. *Pediatric Neuroendocrinology,* 17, 22–35.

Garn, S., Bundi, A., Babler, W., *et al*. (1975). Early prenatal attainment of adult metacarpal-phalangeal rankings and proportions. *American Journal of Physical Anthropology,* 43, 327-32.

Giordano, S. (2018). Understanding  the emotion of shame in transgender individuals – some insight from Kafka. *Life Sciences, Society and Policy,* 14, 23.

Gijs, L., & Brewaeys, A. (2007). Surgical treatment of gender dysphoria in adults and adolescents: recent developments, effectiveness, and challenges. *Annual Review of Sex Research,* 18(1), 178–224.

Goffman, E. (1969). *The Presentation of Self in Everyday Life.* London: Allen Lane.

Gomez-Gil, E., Esteva, I., Almaraz, M,C. *et al.* (2010). Familiarity of gender identity disorder in non-twin siblings. *Archives of Sexual Behavior,* 39(2), 265–69.

Gomez-Gil, E., Zubiaurre-Elorza, L., Esteva, I., Guillamon, A. *et al.* (2012). Hormone-treated transsexuals report less social distress, anxiety and depression. *Psychoneuroendocrinology,* 37(5), 662–70.

Gooren, L.J. (2011). Care of transsexual persons. *New England Journal of Medicine,* 364, 1251–57.

Gorin-Lazard, A., Baumstark, K., Boyer, L., Maguigneau, A., *et al*. (2012). Is hormonal therapy associated with better quality of life in transsexuals? A cross-sectional study. *Journal of Sexual Medicine*, 9(2): 531-534.

 Green, A. *et al.* (2018).Self-reported conversion efforts and suicidality among US LGBTQ youths and young adults. *American Journal of Public Health*, 110: 1221-1227.

Green, R. (2000). Family co-occurrence of "gender dysphoria": Ten siblings or parent-child pairs. *Archives of Sexual Behavior,* 29(5), 499–507.

Greenberg, R. & Laurence, L. (1981). A comparison of MMPI results for psychiatric patients and male applicants for transsexual surgery. *Journal of Nervous and Mental Disease,* 169(5), 320–23.

Guillamon, A., Junque, C., & Gomez-Gil, E. (2016). A Review of the status of brain structure research in transsexualism. *Archives of Sexual Behavior,* 45(7), 1615–48.

Haas, A. *et al.* (2014). *Suicide Attempts among Transgender and Gender Non-Conforming Adults*, http://williamsinstitute.law.ucla.edu/wp-content/uploads/AFSP-Williams-Suicide-Report-Final.pdf.

Halim, M.L., & Ruble, D. (2010). Gender identity and stereotyping in early and middle childhood. In Chrisler, J.C. & McCreary, D.R. (Eds.), *Handbook of gender research in psychology* (Vol. 1, pp. 495–526). New York: Springer.

Hare, L., Bernard, P., Sanchez, F. *et al.* (2009). Androgen receptor length polymorphism associated with male-to-female transsexualism. *Biological Psychiatry,* 65(1)*,* 93–96.

Hatzenbuehler, M., Bellatorre, A., Lee, Y., *et al.* (2014). Structural stigma and all-cause mortality in sexual minority populations. *Social Science & Medicine*, 103; 333-41.

Henningsson, S., Westberg, L, Nilsson, S. *et al.* (2005). Sex steroid-related genes and male-to-female transsexualism. *Psychoneuroendocrinology,* 30(7), 657–64.

Hines, M. (2011). Gender development and the human brain. *Annual Review of Neuroscience* 34, 69-88.

Jarolím, L., Šedý, J., Schmidt, M., Ondřej, N., Foltán, R., & Kawaciuk, I. (2009). Gender reassignment surgery in male-to-female transsexualism: A retrospective 3-month follow-up study with anatomical remarks. *Journal of Sexual Medicine,* 6, 1635–44.

Keo-Meir, C. & Fitzgerald, K. Affirmative psychological testing and neurocognitive assessment with transgender adults. *Psychiatric Clinics of North America Journal*, 40(1): 2017

Kerlin, S. (2004). The presence of gender dysphoria, transsexualism, and disorders of sex differentiation in males prenatally exposed to diethylstilbestrol: initial evidence from a 5-year study. DES Sons International network. TransAdvocate.org.

Kruijver, F.P. *et al.* (2000), Male-to-female transsexual have female neuron numbers in a limbic nucleus. *Journal of Clinical Endocrinology & Metabolism,* 5(1)*,* 2034–41.

Landen, M. *et al.* (2001). Done is done – and gone is gone: Sex reassignment surgery is presently the best cure for transsexuals. *Lakartidningen*, 98(30-31), 3322–26.

Landen, M. et al. (2011). Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. *PloS One,* 6(2*)*: e16885.

Lawrence, A. (2003). Factors associated with satisfaction or regret following male-to-female sex reassignment surgery. *Archives of Sexual Behavior,* 32(4)*,* 299–315.

Lehmann, K. & Leavey, G. Accuracy of psychometric tools in the assessment of personality in adolescents and adults requesting gender-affirming treatments: A systematic review. *European Psychiatry*, January, 2020.

Lobato, M., Koff, W, Manenti, C., Seger, D. *et al.* (2006). A follow-up of sex reassignment surgery in transsexuals: A Brazilian cohort. *Archives of Sexual Behavior,* 35(6), 711–15.

Longo, M., Azanon, E. & Haggard, P. (2010). More than skin deep: Body representation beyond primary somatosensory cortex. *Neuropsychologia,* 48(3), 665–68.

Luders, E., Narr, K., Thompson, P., Rex, D. *et al.* (2006). Gender effects on cortical thickness and the influence of scaling. *Human Brain Mapping,* 27(4), 314–24.

Majid, D. S. A. *et al.* (2020). Neural systems for own-body processing align with gender identity rather than birth-assigned sex. *Cerebral Cortex,* 30, 2897–2909.

Manning, J., Fink, B. Neave. N. *et al.* (1998). The ratio of 2nd to 4th digit length, a predictor of sperm numbers and concentrations of testosterone, luteinizing hormone and oestrogen. *Human Reproduction,* 13, 3000-04.

Marique, O., Odabi, K., Martinez-Jorge, J., Ciudad, P., *et al.* (2018) Complications and patient-reported outcomes in male-to-female vaginoplasty-where we are today: A systematic review and meta-analysis. *Annals of Plastic Surgery* 80(6): 684-91.

Miranda, R., Scott, M., Hicks, R., Wilcox, H., Munfakh, J.L.H., & Shaffer, D. (2008). Suicide attempt characteristics, diagnoses, and future attempts: Comparing multiple attempters to single attempters and ideators. *Journal of the American Academy of Child and Adolescent Psychiatry,* 47(1), 32–40.

Mora, JJ., Guillamon, A., & Pasaro, E. (2014a). Association study of *ERb*, *AR*, and *CYP19A1* genes and MtF transsexualism. *Journal of Sexual Medicine,* 11(12), 2986–94.

Nuttbrock, L, Rosenblum, A. & Blumenstein, R. (2002). Transgender identity affirmation and mental health. *International Journal of Transgenderism,* 6(4).

Park, R., Liu, YT., Samuel, , A. *et al.* (2022). Long-term outcomes after gender-affirming surgery: 40-year follow-up study. *Annals of Plastic Surgery,* 89(4):431-436.

Phelps, V. (1952). Relative index finger as a sex-influenced trait in man. *American Journal of Human Genetics,* 4, 72-89.

Pfäfflin, F., & Junge, A. (1998). *Sex reassignment: Thirty years of international follow-up studies after sex reassignment surgery, a comprehensive review, 1961–1991* (Jacobson, R., & Meier, A., Trans.). Retrieved from http://www.symposion.com/ijt/pfaefflin/1000.htm (Original work published 1992).

Rehman, J., Lazar, S., Benet, A., Schaefer, L, & Melman, A. (1999). The reported sex and surgery satisfaction of 20 postoperative male-to female transsexual patients. *Archives of Sexual Behavior,* 28(1), 71–89.

Rametti, G., Carillo, B., Gomez-Gil, E., Junque, C. *et al.* (2011) White matter microstructure in female to male transsexuals before cross-sex hormonal treatment: A diffusion tensor imaging study. *Journal of Psychiatric Research,* 45(2), 199–204.

Rametti, G. *et al.* (2011). The microstructure of white matter in male to female transsexuals before cross-sex hormonal treatment: A DTI study, *Journal Psychiatric Research,* 45(7), 949–54.

RAND National Defense Research Institute, *Assessing the Implications of Allowing Transgender Personnel to Serve Openly*, Santa Monica, Calif.: RAND Corporation. Available at: https://www.rand.org/pubs/research_reports/RR1530.html.

Rodriguez, M. Granada, M. & Gonzalez, V. (2018). Gender incongruence is no longer a mental disorder, *Jorunal of Mental Health and Clinical Psychology*, 2(5):6-8.

Ruble, D., Taylor, L., Cyphers, L., Greulich, F., Lurye, L., Shrout, P. (2007). The role of gender constancy in early gender development. *Child Development* 78(4), 1121-1136.

Savic, I. & Arver, S. (2011). Sex dimorphism of the brain in male-to-female transsexuals. *Cerebral Cortex,* 23(11), 2855–62.

Schneider, H., Pickel, J., Stalla, G. (2006). Typical female 2nd-4th finger length (2D:4D) ratios in male-to-female transsexuals-possible implications for prenatal androgen exposure. *Psychoneuroendocrinology,* 31(2), 265–69.

Seelman, K. (2016). Transgender adults' access to college bathrooms and housing and the relationship to suicidality. *Social Work Faculty Publications*, 64.

Shaw, P., Kabani, N., Lerch, J. Eckstrand, K. *et al.* (2008). Neurodevelopmental trajectories of the human cerebral cortex. *Journal of Neuroscience,* 28(14), 3586–94.

Singh, A., Hays, D. & Watson, L.S. (2011). Strengths in the face of adversity: Resilience strategies of transgender individuals. *Journal of Counseling and Development,* 89(1), 20–27.

Smith, Y., van Goozen, S., Kuiper, A., & Cohen-Kettenis, P. (2005). Sex reassignment:

Outcomes and predictors of treatment for adolescents and adult transsexuals. *Psychological Medicine,* 35(1), 8999.

Steensma, T., Biemond, R., de Boer, F. & Cohen-Kettenis, P. (2011). Desisting and persisting gender dysphoria after childhood: a qualitative follow-up study. *Clinical Child Psychology and Psychiatry*, *16(4*), 499-516.

Steensma, T., McGuire, J., Kreukels, B., Beekman, A. & Cohen-Kettenis, P. (2013). Factors associated with desistance and persistence of childhood gender dysphoria: a quantitative follow-up study. *Journal of American Academy of Child and Adolescent Psychiatry*, 52(6), 582-590.

Steensma, T., van der Ende, J. Verhulst, F. & Cohen-Kettenis, P. (2013). Gender variance in childhood and sexual orientation in adulthood: A prospective study. *Journal of Sexual Medicine*, 10(11), 2723-2733.

Taziaux, M., Swaab, D., Bakker, J. (2012). Sex differences in the neurokin B system in the human infundibular nucleus. *Journal of Clinical Endocrinology and Metabolism*, 97(12), 2010–20.

Turban JL, Beckwith N, Reisner SL, Keuroghlian AS. (2020). Association between recalled exposure to gender identity conversion efforts and psychological distress and suicide attempts among transgender adults. *JAMA Psychiatry,* 7(1):68-76.

Uribe, C., Junque, C. Gomez-Gil, *et al.* (2020).Brain network interactions in transgender individuals with gender incongruence. *Neuroimage*, 1:(211).

Uribe, C., Junque, C., Gómez-Gil, E. *et al.* Brain connectivity dynamics in cisgender and transmen people with gender incongruence before gender affirmative hormone treatment. *Scientific Reports* 11**,** 21036 (2021). https://doi.org/10.1038/s41598-021-00508-y.

Verbeek, M., Hommes, M., Stutterheim, S. et al. (2020). Experiences with stigmatization among transgender individuals after transition: A qualitative study in the Netherlands. *International Journal of Transgender Health*, 21:2, 220-223.

Wiepjes C., Nota N., de Blok C, et al. (2018) The Amsterdam cohort of gender dysphoria study: Trends in prevalence, treatment, and regrets. *Journal of Sexual Medicine*, 15:582-90.

Weyers, S. *et al.* (2009). Long-term assessments of the physical, mental and sexual health among transsexual women. *Journal of Sexual Medicine*, 6(3), 752–-60.

World Health Organization. (1992). International Classification of Diseases (10th ed.).

World Professional Association for Transgender Health, Inc. (2008). WPATH

clarification on medical necessity of treatment, sex reassignment, and insurance coverage U.S.A.

Zhou, J., Hofman, M., Gooren, L. *et al.* (1995). A sex difference in the human brain and its relation to transsexuality. *Nature,* 378, 68–70.

Zubiaurre-Elorza, L., Junque, C., Gomez-Gil, E., Segovia, S., Carrillo, B., Rametti, G. & Guillamon, A.  (2013). Cortical thickness in untreated transsexuals. *Cerebral Cortex* 23, 2855-62.

Zubiaurre-Elorza, L., Junque, C., Gomez-Gil, E., Segovia, S., Carrillo, B., Rametti, G. & Guillamon, A.  (2013). Cortical thickness in untreated transsexuals. *Cerebral Cortex* 23*,* 2855-62.

Zubiaurre-Elorza, L., Junque, C., Gomez-Gil, E. & Guillamon, A. (2014). Effects of cross-sex hormone treatment on cortical thickness in transsexual individuals. *Journal of Sexual Medicine,* 11(5), 1248–61.