# EXHIBIT C

**TABLE 1**

| *Transmen* [1] | | |
|---|---|---|
| **Cerebral compartments** | | |
|     **Gray matter** | **Feminine** | |
|     **White matter** | **Feminine** | |
|     **Intracraneal volume** | **Feminine** | |
|     **Cerebrospinal fluid** | **Feminine** | |
| **Cortical thickness** | | |
|     **Global** | **Feminine** | **Right** |
|     **Parieto-temporal** | **Feminine** | **Right & left** |
|     **Parietal** | **Feminine** | **Right** |
| **Subcortical structures** | | |
|     **Putamen** | **Masculine** | **Right** |
| **White matter microstructure** | | |
|     **Longitudinal superior** | **Masculine** | **Right & left** |
|     **Forceps minor** | **Masculine** | **Right** |
|     **Corticospinal tract** | **Masculine** | **Right** |
| | **Defeminized** | |
| *Transwomen* [2] | | |
| **Cerebral compartments** | | |
|     **Gray matter** | **Masculine** | |
|     **White matter** | **Masculine** | |
|     **Intracraneal volume** | **Masculine** | |
|     **Cerebrospinal fluid** | **Masculine** | |
| **Cortical thickness** | | |
|     **Global** | **Feminine** | **Right** |
|     **Orbitofrontal** | **Feminine** | **Right** |
|     **Insular** | **Feminine** | **Right** |
|     **Cuneus** | **Feminine** | **Right** |
| **White matter microstructure** | | |
|     **Longitudinal superior** | | **Right** |
|     **Fronto-occipital inferior** | **Demasculinized** | |
|     **Forceps minor** | **Masculine** | **Right** |
|     **Cingulum** | **Demasculinized** | **Right** |
|     **Corticospinal tract** | **Demasculinized** | **Right** |
| | **Demasculinized** | |

[1]  **Data transformed from Rametti *et al*. (2011b); Zubiarre-Elorza *et al*. (2013).**

[2]  **Data transformed from Rametti *et al*. (2011a); Zubiarre-Elorza *et al*. (2013).**