The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SHILLING, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> *Defendants*. | Case No. 2:25-cv-241 <br><br> **DECLARATION OF CATHRINE SCHMID IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Cathrine Schmid, declare as follows:

1. My name is Cathrine Joy Schmid, and I also use the nickname "Katie." I am a plaintiff in the above-captioned action. I have actual knowledge of the matters stated in this declaration.

2. I am a 40-year-old woman, and I live in Baltimore, Maryland with my wife.

3. I am a member of Gender Justice League.

4. I am a Sergeant First Class in the U.S. Army, and am currently stationed at Fort George G. Meade, Maryland.

5. I enlisted in the U.S. Army in 2005. I have been serving for more than twenty

DECLARATION OF CATHRINE SCHMID IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 1
[2:25-cv-00241-BHS]

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

Human Rights Campaign Foundation
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

1 years.

6. I was exposed to military life at an early age. My father served in the military when I was a child. I have always been a patriotic American with a desire to serve others, and was drawn to opportunities presented by serving in the Army. As my career matured, I became only more devoted to these ideals, to the Army, to my unit, to my mission, and to my fellow Soldiers. I am proud to put on my uniform each day and serve my country.

7. My military occupational specialty is 35N (Signals Intelligence Analyst) within the Army, and I bear the Special Qualification Identifier of Q (Equal Opportunity Advisor), and the Additional Skill Indicators of 1B (Sexual Harassment/Assault Response & Prevention Level I) and 3Y (Army Space Cadre). I currently perform duties as Brigade Equal Opportunity Advisor for the 704th Military Intelligence Brigade.

8. Before my current role, I performed duties as a Multi-Domain Intelligence Non-Commissioned Officer In Charge, Senior Technical Intelligence Sergeant, Platoon Sergeant, Signals Intelligence Sergeant, Squad Leader, Multifunction Team Leader, Brigade Land and Ammunition NCO, Brigade Current Operations NCO, Signals Intelligence Analyst, All-Source Analysis System Master Analyst, Human Intelligence Collector, and Counterintelligence Agent.

9. I am transgender. I was assigned the sex of male at birth. I knew from the age of five or six that I am female.

10. I began to come to terms with my gender identity approximately eleven years ago. In 2013, in between missions while deployed to Baghdad, Iraq, I came to terms with my own identity. Following my return to my home station in the US, I started to see a mental health professional who diagnosed me with gender dysphoria.

11. I began living openly as a woman in 2014.

12. In consultation with health care professionals, I have taken clinically appropriate

DECLARATION OF CATHRINE SCHMID IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 2
[2:25-CV-00241-BHS]

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

Human Rights Campaign Foundation
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

steps to transition, in accordance with accepted standards of care and Army policy. I completed my medical transition plan in August of 2018, and the Army considered my diagnosis of Gender Dysphoria resolved in October of 2018. I require minimal ongoing medical care related to my transition, involving only commonly accessible oral estrogen tablets.

13. I have taken legal steps to transition. In June 2015, I legally changed my legal first and middle name to Cathrine Joy. At that time, I also changed my gender marker to female on my driver's license, passport, and social security records. In October 2016, I received Army approval to change my DEERS marker to Female in DOD records.

14. I have worked with my chain of command throughout and since my transition, and I have relied upon their approvals in deciding how to proceed with my transition in the workplace. Both my chain of command and my fellow enlisted personnel have expressed their support to me throughout that process.

15. For the past eight years, I have been addressed by female pronouns and have used female facilities while at work, without any incident or disruption to my duties or the duties of any other service member.

16. I have engaged in speech and conduct disclosing my transgender status and expressing my gender identity, including by coming out to my chain of command and my fellow service members, taking steps to transition, and living openly as a woman in military life. I want to continue to be able to engage in speech and conduct disclosing my transgender status and expressing my womanhood.

17. The fact that I am transgender has not prevented me from performing my duties, nor has my transgender status prevented others from performing theirs. I provide expert, professional, and valuable services for the Army in the field of military intelligence and as a trusted leader of US Army Soldiers. My performance of those duties strengthen our nation's

DECLARATION OF CATHRINE SCHMID IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 3
[2:25-CV-00241-BHS]

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

Human Rights Campaign Foundation
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

military readiness.

18. In fact, being able to serve openly as a transgender individual has made me a stronger asset to the military. I am able to function as a productive, healthy member of the military, and I am able to forge stronger relationships with others in my unit. Comradery is an absolute necessity in any unit, and mutual trust is the single most important factor in cohesiveness. By being open and transparent about my own experiences and background, I am able to foster mutual understanding with my fellow Soldiers, helping to build an environment where every Soldier can focus on the mission rather than spending mental energy concealing aspects of themselves. My journey has equipped me with unique insights into building resiliency, which is a skill I teach Junior Soldiers as part of my primary duties, and my visible commitment to the Army values of Integrity and Personal Courage has become an immutable characteristic of my leadership philosophy.

19. I have received numerous awards and decorations for my service, including the prestigious Sergeant Audie Murphy Award, an honor given only to those who have contributed significantly to the development of a professional Non-Commissioned Officer Corps and combat ready Army. My other awards and decorations include a Meritorious Service Medal, a Joint Service Commendation Medal, five Army Commendation Medals, two Joint Service Achievement Medals, six Army Achievement Medals, and the Basic Army Space Cadre badge. I earned the majority of those awards and decorations since coming out as transgender and commencing my transition. I have also been promoted since coming out as transgender to my chain of command.

20. Since the Executive Order banning my service was released, I have felt extreme distress and tremendous anguish. This order, and the associated orders regarding transgender individuals, are an abrupt change in Department of Defense policy, contain untrue and harmful

DECLARATION OF CATHRINE SCHMID IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 4
[2:25-cv-00241-BHS]

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

Human Rights Campaign Foundation
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

statements about my medical requirements and my ability to meet Army standards, and demean the value of my past 20 years of dedicated service to the military.

21. The executive orders also contain explicit statements that by virtue of being transgender I am living a falsehood, at conflict with "a Soldier's commitment to an honorable, truthful, and disciplined lifestyle" and that simply by interacting with my fellow Soldiers I am behaving in a way that is "not consistent with the humility and selflessness required of a service member." These accusations are false and are an affront to the dignity and respect due to a U.S. Army Soldier.

22. As I experience the direct harm of the policies that would ban me from service, I am also suffering the disheartening effects of seeing my own chain of command and fellow Soldiers, for whom I would lay down my life, being told that I—by my very existence—am a threat to them.

23. This Order also causes me great fear and anxiety as to my wife's health and wellbeing. As a disabled adult, she relies on care and treatment provided under the Army's Exceptional Family Member Program, and this threat to my career also threatens the continuity of her care.

24. Nevertheless, since this Order was issued I have remained steadfast in my duties. I still conduct physical training, I still provide advice and guidance to my Commander on the issues affecting the Soldiers in my unit, and I provide leadership and professional development to those junior to me. I continue to fulfill my duties because I stand firm in my responsibility to train, mentor, and lead the Soldiers of my unit, and ensure that our mission is accomplished.

25. A ban against open service would affect my ability to fulfill my remaining service requirements, or to maintain employment in the military at all, and has potentially threatened my future retirement benefits. Serving in the Army is my calling. I have served for more than twenty

DECLARATION OF CATHRINE SCHMID IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 5
[2:25-cv-00241-BHS]

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

Human Rights Campaign Foundation
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

years, and currently have a mandatory Service Remaining Requirement in my current duty position until 30 June 2026. My intent has long been, and remains, to finish my term of service in my current role as Equal Opportunity Advisor, and thereafter to apply for a two-year position as a First Sergeant within my current unit —a position which aligns with my dedication to leading Soldiers. Although I am eligible for retirement at the end of my current position, I do not plan to retire. This ban throws my future and livelihood into jeopardy.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: February 12, 2025


Cathrine Joy Schmid (Feb 12, 2025 18:20 EST)

CATHRINE SCHMID

DECLARATION OF CATHRINE SCHMID IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 6
[2:25-CV-00241-BHS]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights Campaign Foundation**
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669