THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COMMANDER EMILY SHILLING, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>  Defendants. | NO. 2:25-cv-00241-BHS<br><br>**NOTICE OF APPEARANCE**<br><br>**[CLERK'S ACTION REQUIRED]** |

PLEASE TAKE NOTICE that Ryan Tack-Hooper of Terrell Marshall Law Group PLLC hereby appears for Amicus Curiae Constitutional Accountability Center and requests that copies of all papers and pleadings, except process, be served on him at Terrell Marshall Law Group PLLC, 936 North 34th Street, Suite 300, Seattle, Washington 98103.

RESPECTFULLY SUBMITTED AND DATED this 20th day of February, 2025.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Ryan Tack-Hooper, WSBA #56423
    Ryan Tack-Hooper, WSBA #56423
    936 N. 34th Street, Suite 300
    Seattle, Washington 98103
    Telephone: (206) 816-6603
    Email: rtack-hooper@terrellmarshall.com

NOTICE OF APPEARANCE - 1
Case No. 2:25-cv-241-BHS

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

|   |   |
|---|---|
| 1 | |
| 2 | Elizabeth B. Wydra (*pro hac vice* forthcoming) |
|   | Brianne J. Gorod (*pro hac vice* forthcoming) |
| 3 | David H. Gans (*pro hac vice* forthcoming) |
|   | Praveen Fernandes (*pro hac vice* forthcoming) |
| 4 | Ana M. Builes (*pro hac vice* forthcoming) |

Elizabeth B. Wydra (*pro hac vice* forthcoming)
Brianne J. Gorod (*pro hac vice* forthcoming)
David H. Gans (*pro hac vice* forthcoming)
Praveen Fernandes (*pro hac vice* forthcoming)
Ana M. Builes (*pro hac vice* forthcoming)
CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th Street, N.W., Suite 501
Washington, D.C. 20036
Telephone: (202) 296-6889
Email: brianne@theusconstitution.org

*Attorneys for Amicus Curiae*
*Constitutional Accountability Center*

NOTICE OF APPEARANCE - 2
Case No. 2:25-cv-241-BHS

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com