AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| COMMANDER EMILY SHILLING; et al., ) <br> *Plaintiff* ) <br> v. ) <br> DONALD J. TRUMP; et al., ) <br> *Defendant* ) | Case No. 2:25-cv-241-BHS |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AMICI STATES: WA, VT, AZ, CA, CO, CT, DE, HI, IL, ME, MD, MA, MI, MN, NV, NJ, NY, NC, OR, RI, WI .

Date: 02/26/2025

*Attorney's signature*

Cassandra Baker, WSBA # 60498
*Printed name and bar number*

Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
*Address*

cassandra.baker@atg.wa.gov
*E-mail address*

(206) 464-7744
*Telephone number*

(206) 464-6451
*FAX number*