The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| COMMANDER EMILY SHILLING; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*,<br><br>Defendants. | No. 2:25-cv-00241-BHS<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* BY THE STATES OF WASHINGTON, VERMONT, ARIZONA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, HAWAII, ILLINOIS, MAINE, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, NEVADA, NEW JERSEY, NEW YORK, NORTH CAROLINA, OREGON, RHODE ISLAND, AND WISCONSIN IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

The unopposed motion of Amici States Washington, Vermont, Arizona, California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New York, North Carolina, Oregon, Rhode Island,

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICI STATES IN SUPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION
NO  2:25-CV-00241-BHS

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1  and Wisconsin for leave to file an amicus curiae brief in support of Plaintiffs' Motion for

2  Preliminary Injunction is GRANTED.

3  **SO ORDERED.**

5  DATED this _____ day of February, 2025.

_____
BENJAMIN H. SETTLE
United States District Judge

[PROPOSED] ORDER GRANTING
UNOPPOSED MOTION FOR LEAVE
TO FILE BRIEF OF AMICI STATES IN
SUPORT OF PLAINTIFFS' MOTION
FOR A PRELIMINARY INJUNCTION
NO  2:25-CV-00241-BHS

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744