The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| COMMANDER EMILY SHILLING; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*,<br><br>Defendants. | No. 2:25-cv-00241-BHS<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* BY THE STATES OF WASHINGTON, VERMONT, ARIZONA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, HAWAII, ILLINOIS, MAINE, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, NEVADA, NEW JERSEY, NEW YORK, NORTH CAROLINA, OREGON, RHODE ISLAND, AND WISCONSIN IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

The unopposed motion of Amici States Washington, Vermont, Arizona, California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New York, North Carolina, Oregon, Rhode Island,

ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICI STATES IN SUPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION
NO 2:25-CV-00241-BHS

1

and Wisconsin for leave to file an amicus curiae brief in support of Plaintiffs' Motion for Preliminary Injunction is **GRANTED**.

**IT IS SO ORDERED.**

DATED this 27th day of February, 2025.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICI STATES IN SUPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION NO 2:25-CV-00241-BHS

2