THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMMANDER EMILY SHILLING, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>　　　　Defendants. | No. 2:25-cv-241-BHS<br><br>STIPULATED MOTION TO FILE AMENDED COMPLAINT AND SUPPLEMENTAL PRELIMINARY INJUNCTION BRIEFING; AMEND BRIEFING SCHEDULE; AND SET PRELIMINARY INJUNCTION MOTION FOR A HEARING<br><br>NOTE ON MOTION CALENDAR: March 3, 2025 |

By way of this Stipulated Motion, Plaintiffs and Defendants (collectively, "Parties"), by and through their undersigned counsel, respectfully request an order (1) granting Plaintiffs leave to file an Amended Complaint[1] and Supplement to their Motion for Preliminary Injunction on or before March 4, 2025; and (2) granting Defendants until March 14, 2025 to file their Opposition to Plaintiffs' Motion for Preliminary Injunction and the Supplement thereto. Plaintiffs further request that the Court set a hearing on Plaintiffs' Motion for Preliminary Injunction sufficiently in advance of March 27, 2025, such that the Court may issue its order on or before that date. Defendants defer to the Court as to whether to hold a hearing . This Stipulated Motion is noted for same day consideration pursuant to W.D. Wash. LCR 7(d)(1).

---

[1] At this juncture, Plaintiffs are entitled to amend as a matter of course under Federal Rule of Civil Procedure 15(a)(1) because no responsive pleading or motion has been filed in relation to the original complaint.

STIPULATED MOTION TO FILE AMENDED COMPLAINT
CASE NO. 2:25-CV-241-BHS

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

Human Rights Campaign Foundation
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

1  Plaintiffs filed their Complaint [Dkt. No. 1] on February 6, 2025. On February 19, 2025,
2  Plaintiffs filed their Motion for Preliminary Injunction [Dkt. No. 23] (the "Motion"). The Motion
3  is currently noted for consideration on March 19, 2025. Under the default schedule established
4  by this Court's Local Rules for civil cases, Defendants' Opposition Brief is currently due on or
5  before March 12, 2025, and Plaintiffs' Reply Brief is due on or before March 19, 2025. For
6  reasons explained below, good cause exists to grant the Parties' requested relief regarding
7  amending the briefing scheduling and hearing date related to the Motion.

8  *First*, good cause exists for Plaintiffs to file an Amended Complaint and Supplement to
9  their Motion for Preliminary Injunction. On February 26, 2025, the Department of Defense (the
10 "DoD") issued guidance entitled "Additional Guidance on Prioritizing Military Excellence and
11 Readiness" (the "Guidance," attached hereto as **Exhibit A**). The Guidance explains how the
12 DoD will implement the Executive Order centrally at issue in this case, Executive Order 14183,
13 "Prioritizing Military Excellence and Readiness" (the "E.O."). Among other things, the
14 Guidance states that "[w]ithin 30 days" the DoD will "identify Service members who have a
15 current diagnosis or history of, or exhibit symptoms consistent with, gender dysphoria." Exhibit
16 A § 3.4(e). The Guidance further states that "[w]ithin 30 days of identification pursuant to
17 section 3.4(e)," the Secretaries of the Military Departments will "begin separation actions, in
18 accordance with section 4.4 of this attachment." *Id*. § 3.4(f). On February 28, 2025, the DoD
19 issued clarifying guidance stating that "DoD personnel shall take no action to identify Service
20 members pursuant to the [Guidance] until March 26, 2025" and that the DoD "will provide
21 additional guidance prior to March 26, 2025, concerning identification processes and
22 procedures." **Exhibit B** at 1.

23 Because the Guidance is directly related to the E.O., the Parties agree that Plaintiffs will
24 amend their Complaint and Supplement their Preliminary Injunction Motion to address it.
25 Plaintiffs will file both submissions no later than March 4, 2025.
26

STIPULATED MOTION TO FILE AMENDED COMPLAINT - 2
CASE NO. 2:25-CV-241-BHS

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

Human Rights Campaign Foundation
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

*Second*, the Parties further agree that Defendants shall have up to and including March 14, 2025, to file their Opposition to Plaintiffs' Motion for Preliminary Injunction, which will address Plaintiffs' original Motion and the Supplement. Good cause exists to amend the deadline for the Opposition Brief by two days such that Defendants may have time to address Plaintiffs' additional briefing, and due to the press of Defendants' case load. This extension of time will not affect the deadline for Plaintiffs' Reply Brief in Support of their Motion for Preliminary Injunction, which remains due on or before March 19, 2025.

Therefore, the Parties propose and stipulate to the following schedule regarding Plaintiffs' Complaint and Motion for Preliminary Injunction:

1. Plaintiffs will file an Amended Complaint and a Supplemental Brief in Support of the Motion for Preliminary Injunction on or before March 4, 2025;

2. Defendants will file their Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction on or before March 14, 2025;

3. Plaintiffs will file a Reply Brief in Support of their Motion for Preliminary Injunction on or before March 19, 2025.

Plaintiffs respectfully request that this Court set a hearing on the Motion for Preliminary Injunction sufficiently in advance of March 26, 2025, such that the Court may issue its order on or before that date, giving the Court an opportunity to maintain the status quo. Defendants defer to the Court as to whether to hold a hearing .

There have been no prior extensions requested by the Parties. The Parties agree that neither party will suffer any prejudice if the Court grants the relief requested herein.

It is so stipulated, by and between the Parties.

Pursuant to W.D. Wash. LCR 7(e)(6), I certify that this memorandum contains 775 words, in compliance with the Local Civil Rules.

STIPULATED MOTION TO FILE AMENDED COMPLAINT - 3
CASE NO. 2:25-CV-241-BHS

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

Human Rights Campaign Foundation
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

1  DATED this 3rd day of March, 2025.

2

3  *Stipulated and Agreed by:*

4  By:  s/ *Matthew P. Gordon*                By:  s/ *John Robinson*
       Matthew P. Gordon, WSBA No. 41128            YAAKOV M. ROTH
       Abdul Kallon, WSBA No. 60719                 Acting Assistant Attorney General
5      **Perkins Coie LLP**
       1201 Third Avenue, Suite 4900                ALEXANDER K. HAAS
6      Seattle, Washington 98101-3099               Director, Federal Programs Branch
       Telephone: 206.359.8000
7      Facsimile: 206.359.9000                      JEAN LIN
       E-mail: MGordon@perkinscoie.com              Special Litigation Counsel
8      E-mail: AKallon@perkinscoie.com
                                                    JASON C. LYNCH
9      Danielle Sivalingam (*pro hac vice*)         JOHN ROBINSON
       **Perkins Coie LLP**                         ELIZABETH B. LAYENDECKER
10     505 Howard Street, Suite 1000                Trial Attorneys
       San Francisco, CA 94105-3204                 United States Department of Justice
11     Telephone: 415.344.7000                      Civil Division, Federal Programs
       Facsimile: 415.344.7050                      Branch
12     E-mail: DSivalingam@perkinscoie.com          1100 L Street NW
                                                    Washington, DC 20005
13     Mary Grace Thurmon (*pro hac vice*)          Telephone: 202.616.8489
       Bo Yan Moran (*pro hac vice*)                Facsimile: 202.514.1359
14     **Perkins Coie LLP**                         Jean.Lin@usdoj.gov
       3150 Porter Drive                            Jason.Lynch@usdoj.gov
15     Palo Alto, CA 94304-1212                     John.J.Robinson@usdoj.gov
       Telephone: 650.838.4300                      Elizabeth.B.Layendecker@usdoj.gov
16     Facsimile: 650.838.4350
       E-mail: MThurmon@perkinscoie.com             *Attorneys for Defendants*
17     E-mail: BMoran@perkinscoie.com

18     Gabriella Romanos Abihabib (*pro hac vice*)
19     **Perkins Coie LLP**
       1155 Avenue of the Americas, 22nd
20     Floor
       New York, NY 10036-2711
21     Telephone: 212.262.6900
       Facsimile: 212.977.1649
22     E-mail: GRomanos@perkinscoie.com

23     *Attorneys for Plaintiffs*

24     Sasha Buchert (*pro hac vice*)
       **Lambda Legal Defense and**
25     **Education Fund, Inc.**
       815 16th St. NW, Suite 4140
26     Washington, DC 20006

STIPULATED MOTION TO FILE AMENDED COMPLAINT - 4
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

| | |
|---|---|
| 1 | Telephone: 202.804.6245 |
|  | Facsimile: 855.535.2236 |
| 2 | E-mail: SBuchert@lambdalegal.org |
|  | Jennifer C. Pizer (*pro hac vice*) |
| 3 | **Lambda Legal Defense and** |
|  | **Education Fund, Inc.** |
| 4 | 800 South Figueroa Street, Suite 1260 |
|  | Los Angeles, CA 90017 |
| 5 | Telephone: 213.382.7600 |
|  | Facsimile: 855.535.2236 |
| 6 | E-mail: JPizer@lambdalegal.org |
| 7 | Camilla B. Taylor (*pro hac vice*) |
|  | Kenneth Dale Upton, Jr. (*pro hac vice*) |
| 8 | **Lambda Legal Defense and** |
|  | **Education Fund, Inc.** |
| 9 | 3656 N Halsted St. |
|  | Chicago, IL 60613 |
| 10 | Telephone: 312.663.4413 |
|  | Facsimile: 855.535.2236 |
| 11 | E-mail: CTaylor@lambdalegal.org |
|  | E-mail: KUpton@lambdalegal.org |
| 12 | |
|  | Omar Gonzalez-Pagan (*pro hac vice*) |
| 13 | **Lambda Legal Defense and** |
|  | **Education Fund, Inc.** |
| 14 | 120 Wall Street, 19th Floor |
|  | New York, NY. 10005-3919 |
| 15 | Telephone: 212.809.8585 |
|  | Facsimile: 855.535.2236 |
| 16 | E-mail: OGonzalez-Pagan@lambdalegal.org |
| 17 | |
|  | Kell Olson (*pro hac vice*) |
| 18 | **Lambda Legal Defense and** |
|  | **Education Fund, Inc.** |
| 19 | 3849 E Broadway Blvd, #136 |
|  | Tucson, AZ 85716 |
| 20 | Telephone: 323.370.6915 |
|  | Facsimile: 855.535.2236 |
| 21 | E-mail: KOlson@lambdalegal.org |
| 22 | *Attorneys for Plaintiffs* |
| 23 | Sarah Warbelow (*pro hac vice*) |
|  | Cynthia Weaver (*pro hac vice*) |
| 24 | Ami Patel (*pro hac vice*) |
|  | **Human Rights Campaign** |
| 25 | **Foundation** |
|  | 1640 Rhode Island Ave. N.W. |
| 26 | Washington, DC 20036 |

STIPULATED MOTION TO FILE AMENDED COMPLAINT - 5
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

Telephone: 202.527.3669
Facsimile: 202.347.5323
E-mail: Sarah.Warbelow@hrc.org
E-mail: Cynthia.Weaver@hrc.org
E-mail: Ami.Patel@hrc.org

*Attorneys for Plaintiffs*

STIPULATED MOTION TO
FILE AMENDED COMPLAINT
- 6
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and
Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign
Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762