THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMMANDER EMILY SHILLING; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al., et al.,<br><br>Defendants. | No. 2:25-cv-241-BHS<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO FILE AMENDED COMPLAINT AND SUPPLEMENTAL PRELIMINARY INJUNCTION BRIEFING; AMEND BRIEFING SCHEDULE; AND SET PRELIMINARY INJUNCTION MOTION FOR A HEARING |

**THIS MATTER** comes before the Court on the Parties' Stipulated Motion to File Amended Complaint and Supplemental Preliminary Injunction Briefing; Amend Briefing Schedule; and Set Preliminary Injunction Motion for a Hearing (the "**Stipulated Motion**"). The Court, having considered the pleadings and papers filed, and all other matters properly before the Court, and good cause appearing, **HEREBY ORDERS** that the Parties' Stipulated Motion is **GRANTED** as follows:

1. Plaintiffs will file an Amended Complaint and a Supplemental Brief in Support of the Motion for Preliminary Injunction on or before March 4, 2025;

2. Defendants will file their Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction on or before March 14, 2025;

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO FILE AMENDED
CASE NO. 2:25-CV-241-BHS

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

Human Rights Campaign Foundation
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

1  3.  Plaintiffs will file a Reply Brief in Support of their Motion for Preliminary Injunction on or before March 19, 2025;

2  4.  Pursuant to Plaintiffs' request, the Court will hold a hearing on Plaintiffs' Motion for Preliminary Injunction sufficiently in advance of March 26, 2025, such that the Court has time to consider this matter and issue an order.

DATED this 3rd day of March, 2025.

_____
Honorable Judge Benjamin H. Settle
United States District Court Judge

*Presented by:*

| | |
|---|---|
| By: s/ *Matthew P. Gordon*<br>Matthew P. Gordon, WSBA No. 41128<br>Abdul Kallon, WSBA No. 60719<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>E-mail: MGordon@perkinscoie.com<br>E-mail: AKallon@perkinscoie.com<br><br>Danielle Sivalingam (*pro hac vice*)<br>**Perkins Coie LLP**<br>505 Howard Street, Suite 1000<br>San Francisco, CA 94105-3204<br>Telephone: 415.344.7000<br>Facsimile: 415.344.7050<br>E-mail: DSivalingam@perkinscoie.com<br><br>Mary Grace Thurmon (*pro hac vice*)<br>Bo Yan Moran (*pro hac vice*)<br>**Perkins Coie LLP**<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone: 650.838.4300<br>Facsimile: 650.838.4350<br>E-mail: MThurmon@perkinscoie.com<br>E-mail: BMoran@perkinscoie.com | By: s/ *John Robinson*<br>YAAKOV M. ROTH<br>Acting Assistant Attorney General<br><br>ALEXANDER K. HAAS<br>Director, Federal Programs Branch<br><br>JEAN LIN<br>Special Litigation Counsel<br><br>JASON C. LYNCH<br>JOHN ROBINSON<br>ELIZABETH B. LAYENDECKER<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>Telephone: 202.616.8489<br>Facsimile: 202.514.1359<br>Jean.Lin@usdoj.gov<br>Jason.Lynch@usdoj.gov<br>John.J.Robinson@usdoj.gov<br>Elizabeth.B.Layendecker@usdoj.gov<br><br>*Attorneys for Defendants* |

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO FILE AMENDED CASE NO. 2:25-CV-241-BHS - 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

| | |
|---|---|
| 1 | Gabriella Romanos Abihabib (*pro hac vice*) |
| 2 | **Perkins Coie LLP** |
| 3 | 1155 Avenue of the Americas, 22nd Floor |
|   | New York, NY 10036-2711 |
| 4 | Telephone: 212.262.6900 |
|   | Facsimile: 212.977.1649 |
| 5 | E-mail: GRomanos@perkinscoie.com |
| 6 | *Attorneys for Plaintiffs* |
| 7 | Sasha Buchert (*pro hac vice*) |
| 8 | **Lambda Legal Defense and Education Fund, Inc.** |
|   | 815 16th St. NW, Suite 4140 |
| 9 | Washington, DC 20006 |
|   | Telephone: 202.804.6245 |
| 10 | Facsimile: 855.535.2236 |
|    | E-mail: SBuchert@lambdalegal.org |
| 11 | Jennifer C. Pizer (*pro hac vice*) |
| 12 | **Lambda Legal Defense and Education Fund, Inc.** |
|    | 800 South Figueroa Street, Suite 1260 |
| 13 | Los Angeles, CA 90017 |
|    | Telephone: 213.382.7600 |
| 14 | Facsimile: 855.535.2236 |
|    | E-mail: JPizer@lambdalegal.org |
| 15 | |
| 16 | Camilla B. Taylor (*pro hac vice*) |
|    | Kenneth Dale Upton, Jr. (*pro hac vice*) |
| 17 | **Lambda Legal Defense and Education Fund, Inc.** |
|    | 3656 N Halsted St. |
| 18 | Chicago, IL 60613 |
|    | Telephone: 312.663.4413 |
| 19 | Facsimile: 855.535.2236 |
|    | E-mail: CTaylor@lambdalegal.org |
| 20 | E-mail: KUpton@lambdalegal.org |
| 21 | Omar Gonzalez-Pagan (*pro hac vice*) |
| 22 | **Lambda Legal Defense and Education Fund, Inc.** |
|    | 120 Wall Street, 19th Floor |
| 23 | New York, NY. 10005-3919 |
|    | Telephone: 212.809.8585 |
| 24 | Facsimile: 855.535.2236 |
|    | E-mail: OGonzalez- |
| 25 | Pagan@lambdalegal.org |
| 26 | |

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO FILE AMENDED
CASE NO. 2:25-CV-241-BHS - 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

| | |
|---|---|
| 1 | Kell Olson (*pro hac vice*) |
| 2 | **Lambda Legal Defense and Education Fund, Inc.** |
| | 3849 E Broadway Blvd, #136 |
| 3 | Tucson, AZ 85716 |
| | Telephone: 323.370.6915 |
| 4 | Facsimile: 855.535.2236 |
| | E-mail: KOlson@lambdalegal.org |
| 5 | |
| | *Attorneys for Plaintiffs* |
| 6 | |
| | Sarah Warbelow (*pro hac vice*) |
| 7 | Cynthia Weaver (*pro hac vice*) |
| | Ami Patel (*pro hac vice*) |
| 8 | **Human Rights Campaign Foundation** |
| 9 | 1640 Rhode Island Ave. N.W. |
| | Washington, DC 20036 |
| 10 | Telephone: 202.527.3669 |
| | Facsimile: 202.347.5323 |
| 11 | E-mail: Sarah.Warbelow@hrc.org |
| | E-mail: Cynthia.Weaver@hrc.org |
| 12 | E-mail: Ami.Patel@hrc.org |
| 13 | *Attorneys for Plaintiffs* |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO FILE AMENDED
CASE NO. 2:25-CV-241-BHS - 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762