

**DEPARTMENT OF THE NAVY**
NAVY RECRUITING COMMAND
5722 INTEGRITY DR.
MILLINGTON, TN 38054-5057

28 Jan 25

DECISION GUIDANCE MEMORANDUM #N00-30

Subj:  Processing of Applicants Identifying as Transgender

1. Purpose. This memorandum provides guidance on the processing of applicants who identify as transgender, in light of the Executive Order titled "Prioritizing Military Excellence and Readiness," signed by the President on January 27, 2025.

2. Background

   a. The recent Executive Order mandates a revision of Department of Defense (DoD) policies concerning the enlistment and service of transgender individuals. As we await detailed guidance from the DoD, it is imperative to align our recruiting practices with this current directive.

3. Guidance

   a. Delayed Entry Program (DEP): Effective immediately, any Future Sailors currently in the DEP who are identified as transgender will have their ship dates postponed pending further DoD guidance. Recruiters should ensure that the chain of command is aware of any transgender Future Sailors currently in DEP.

   b. New Applicants: Applicants who self-identify as transgender are not eligible to process for enlistment at this time.

   c. For new applicants, handle all inquiries from transgender individuals with professionalism and respect. Use the following statement when addressing their interest in enlisting:

*"Thank you for your interest in serving in the United States Navy. Due to recent policy changes, we are unable to process your application at this time. We appreciate your understanding and encourage you to stay connected with your local recruiting office for future updates."*

   d. If there is doubt as to a candidate's status based on their statements, processing should continue such that the issue is resolved at Military Entrance Processing Station rather than risking a potential conflict between a Recruiter and an applicant.

   e. For further clarification or questions regarding this guidance, please contact your chain of command.

   f. Additional information and updates will be disseminated upon further guidance from the Department of Defense and Department of the Navy.

J. P. WATERS