THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMMANDER EMILY SHILLING; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*, <br><br> *Defendants*. | No. 2:25-cv-00241 BHS <br><br> **SUPPLEMENTAL DECLARATION OF MATTHEW P. GORDON IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Matthew P. Gordon, hereby declare as follows:

1. I am an attorney with the law firm Perkins Coie LLP and counsel for Plaintiffs in the above-captioned matter. I make this declaration based on personal knowledge about which I am competent to testify.

2. I submit this declaration to provide the Court true and correct copies of certain supplemental documents submitted in support of Plaintiffs' Motion for Preliminary Injunction.

3. Attached as **Exhibit 25** is a true and correct copy the Office of the Under Secretary of Defense Memorandum for Senior Pentagon Leadership Commanders of the Combatant Commands Defense Agency and DOD Field Activity Directors, with the subject "Additional Guidance on Prioritizing Military Excellence and Readiness," dated February 26, 2025, and retrieved from the Defense.gov at:

SUPPL. DECLARATION OF MATTHEW P. GORDON ISO SUPPL. MOT. FOR PRELIM. INJ. – 1
CASE NO. 2:25-CV-241

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

1  https://www.defense.gov/Portals/1/Spotlight/2025/Guidance_For_Federal_Policies/Prioritizing_
2  Military_Excellence_and_Readiness_P&R_Guidance.pdf.

3      4.    Attached as **Exhibit 26** is a true and correct screenshot of a social media post by
4  DOD Rapid Response retrieved from X.com at:
5  https://x.com/DODResponse/status/1895158972060971169.

6      EXECUTED this 4th day of March, 2025, at Seattle, Washington.

                                            *s/ Matthew P. Gordon*
                                            Matthew P. Gordon

SUPPL. DECLARATION OF MATTHEW P. GORDON ISO SUPPL. MOT. FOR PRELIM. INJ. – 2
CASE NO. 2:25-CV-00241

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762