# EXHIBIT 26

← **Post**                                    Reply    ⇄



**DOD Rapid Response** ✔ ◉                              ···
@DODResponse

Transgender troops are disqualified from service without an exemption.

>  **CBS News** ✔ @CBSNews · 3h
>
> The U.S. will begin removing transgender troops from the military within 30 days unless they obtain a waiver on a case-by-case basis, the Pentagon said in a Wednesday memo.  cbsn.ws/4id6UNQ

12:08 PM · Feb 27, 2025 · **200.8K** Views