The Honorable Benjamin H. Settle

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| SHILLING, et al., | Case No. 2:25-cv-241 |
| *Plaintiffs*, | |
| v. | **DECLARATION OF REGAN MORGAN IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF** |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| *Defendants*. | |

I, Staff Sergeant (SSG) Regan A. Morgan, declare as follows:

1.      I am a thirty-one-year-old Staff Sergeant in the United States Army. I have served in the U.S. Army for nearly 14 years.

2.      In May 2021, I assumed my current role in the 5th Special Forces Group (Airborne) at Fort Campbell.

3.      I am a Special Forces Medical Sergeant with the military occupational specialty (MOS) 18D.

4.      I currently serve in Alpha Company, 2nd Battalion, 5th Special Forces Group. I was promoted to Staff Sergeant in November 2020, shortly before joining the 5th Special Forces Group.

5.      I am presently deployed outside the United States in an active combat zone. I was

scheduled to remain in the active combat zone until approximately August 2025.

6.      In 2019, I completed the Special Operations Combat Medics Course at Fort Bragg, North Carolina. I subsequently graduated from the Special Forces Qualification Course (also called "Q" course) in 2020, also at Fort Bragg, earning my Green Beret.

7.      I have continued to enhance my skills by completing the Military Freefall Parachutist Course (2021), Special Forces Advanced Urban Combat Course (2021), and the Special Operations Target Interdiction Course Level 2 (2022).

8.      Over the course of my career, I have held several leadership roles, including: Team Leader in the National Guard (2015–2016); State Trainer for the Military Funeral Program (2016–2017); and, for the past two years, Company Senior Medical Sergeant.

9.      To the best of my recollection—I'm currently without access to my service record as I am at a remote location with no computer access—I have received multiple awards, ribbons, and commendations, including the Army Commendation Medal, Army Achievement Medal, Army Overseas Service Ribbon, Global War on Terrorism (GWOT) Expeditionary Medal, Global War on Terrorism (GWOT) Service Medal, NCO Professional Development Ribbon (2 awards), The Army Good Conduct Medal (2 awards), and Operation Inherent Resolve Campaign Star, among other awards.

10.     I am transgender and have been diagnosed with gender dysphoria.

11.     I recognized I was transgender around 2018.

12.     In 2019, I first sought guidance for gender dysphoria from behavioral health professionals at Fort Campbell, and I was diagnosed with gender dysphoria by a behavioral health provider in 2020.

13.     During 2020 and through 2022, I attended a support group for soldiers with gender dysphoria on Fort Campbell, and through that experience, I was able to create a community of other trans service members that allowed me to grow more confident as a leader and soldier.

14.     In Summer 2022, I submitted a packet requesting command approval for my

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and
Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

Human Rights
Campaign Foundation
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

gender-affirming care at Fort Campbell. By Fall 2022, I began medically transitioning as approved by Col. Lindeman.

15.     Throughout treatment for gender dysphoria, I have successfully maintained my operational readiness and deployability as a Special Forces Medical Sergeant, and my gender dysphoria has neither impacted my ability to serve in a combat role nor interfered with my deployments.

16.     Since starting hormone therapy, I have had no issues performing my duties in combat zones.

17.     In the combat zone where I currently serve, I am still able to receive gender affirming care. I am able to transport and store my medication and administer a weekly injection, which takes less than ten minutes a week.

18.     Ongoing access to gender affirming care has improved my mental health, bolstered my self-confidence, enhanced my effectiveness as a leader on my team, and has not impacted my ability to perform my duties.

19.     My current combat zone deployment was scheduled to continue through August 2025, but I discovered on or about the morning of March 2, 2025, that a flight had been booked in my name for emergency leave—which I did not request.

20.     After learning about the flight booking, I spoke to my leadership and was informed by Sergeant Major Klein, my senior enlisted leader in 2nd Battalion, 5th Special Forces Group, that I would be placed on emergency leave for five days from March 5, 2025 to March 10, 2025 and then begin "out-processing" out of the Army no later than March 26, 2025. I was told my separation date—the date I would be forced out of the Army—would be no later than April 26, 2025.

21.     I was asked to sign a counseling form to this effect, which I have included as EXHIBIT A.

22.     I have since been removed from my forward operating base in a combat zone and routed through different locations in the Central Command area of operations and am awaiting

DECLARATION OF MORGAN IN SUPPORT
OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION - 3
[2:25-CV-00241-BHS]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and
Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights
Campaign Foundation**
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

transport to Baltimore, Maryland, and then to Fort Campbell for out-processing from the Army.

23.    I did not request to be discharged from the Army, and I did not initiate the process of discharge. I did not request to be removed from my combat zone deployment. Being discharged in this manner would profoundly disrupt my life. I have not completed my civilian degree and have focused primarily on my Army career. I rely on my military income and healthcare, and losing both would cause severe financial and personal hardship.

24.    My unit also stands to lose a highly qualified Special Forces Medic, leaving them with only one medic on the team. Such a reduction severely impacts the readiness and mission capability of our Special Forces unit, which is meant to operate with two medics. It would be extremely difficult to replace me without impacting other soldiers' deployment rotations and the overall effectiveness of the team.

25.    I have about six to nine years remaining before reaching retirement eligibility, depending on how my National Guard service is counted. If not for this policy-based action, I would continue to proudly serve in the United States Armed Forces for the rest of my career. I find the work immensely rewarding and have built a community among my fellow soldiers.

26.    The ban on transgender service has forced an abrupt and involuntary end to a career I love, tarnishing my record of honorable service and jeopardizing my future. My wish is simply to remain in the Army, continue deploying with my unit, and fulfill my responsibilities to my country and fellow soldiers.


I declare under the penalty of perjury that the foregoing is true and correct.


DATED: March 4, 2025


Regan A. Morgan (Mar 4, 2025 21:21 GMT+3)

Staff Sergeant (SSG) Regan A. Morgan

DECLARATION OF MORGAN IN SUPPORT
OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION - 4
[2:25-CV-00241-BHS]

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and
Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

Human Rights
Campaign Foundation
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669