AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| COMMANDER EMILY SHILLING, et al.<br>*Plaintiff*<br>v.<br>DONALD J. TRUMP, et al.<br>*Defendant* | )<br>)<br>) Case No. 2:25-cv-241-BHS<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants.

Date: 03/05/2025

/s/ John Robinson
*Attorney's signature*

John Robinson (DC 1044072)
*Printed name and bar number*

1100 L Street NW
Washington, DC 20005
*Address*

john.j.robinson@usdoj.gov
*E-mail address*

(202) 616-8489
*Telephone number*

*FAX number*