THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMMANDER EMILY SHILLING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | No. 2:25-cv-241-BHS<br><br>NOTICE PURSUANT TO THE COURT'S ORDER |

The Court's March 5, 2025 Minute Order requires Defendants to notify Plaintiffs and the Court if the Department of Defense or its subsidiaries "issues any policy or guidance implementing the challenged Executive Orders in the military."

At this time, Defendants are aware of the following such documents (new item(s) in **bold**):

| 28 Jan 2025 | Dep't of the Navy, Navy Recruiting Command, *Decision Guidance Memorandum #N00-30: Processing of Applicants Identifying as Transgender.*[1] |
|---|---|
| 31 Jan 2025 | Secretary of Defense, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government.*[2] |
| 04 Feb 2025 | Dep't of the Air Force, Office of the Assistant Secretary, *Implementation of Executive Order 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government.*[3] |

---

[1] ECF No. 58-1

[2] ECF No. 58-2

[3] *See* https://www.af.mil/News/Article-Display/Article/4054626/daf-releases-memorandum-on-implementation-of-executive-order-14168-defending-wo/

NOTICE PURSUANT TO THE
COURT'S ORDER
CASE NO. 2:25-CV-241-BHS

U.S. DEPARTMENT OF
JUSTICE
1100 L Street NW
Washington, DC 20530

| | |
|---|---|
| 04 Feb 2025 | Dep't of the Army, Office of the Assistant Secretary for Manpower and Reserve Affairs: *Implementing Guidance for Executive Order Defending Women.*[4] |
| 07 Feb 2025 | Secretary of Defense, *Prioritizing Military Excellence and Readiness.*[5] |
| 07 Feb 2025 | Dep't of the Army, *Implementation of Executive Orders Related to Transgender Military Service* ("EXORD 150-25").[6] |
| 14 Feb 2025 | Dep't of the Army, Fragmentary Order ("FRAGO") 1, amending EXORD 150-25 (above).[7] |
| 26 Feb 2025 | Office of the Under Secretary of Defense, *Additional Guidance on Prioritizing Military Excellence and Readiness.*[8] |
| 28 Feb 2025 | Office of the Under Secretary of Defense, *Clarifying Guidance on Prioritizing Military Excellence and Readiness.*[9] |
| 01 Mar 2025 | Dep't of the Air Force, Acting Assistant Sec'y for Manpower & Readiness, *Additional Guidance for Executive Order 14183, 'Prioritizing Military Excellence and Readiness.'*[10] |
| **04 March 2025** | **Office of the Undersecretary of Defense, *Clarifying Guidance on Prioritizing Military Excellence and Readiness: Retention and Accession Waivers.*[11]** |

DATE: March 5, 2025

                         s/ John Robinson
                         YAAKOV M. ROTH
                         Acting Assistant Attorney General

                         ALEXANDER K. HAAS
                         Director, Federal Programs Branch

                         JEAN LIN
                         Special Litigation Counsel

                         JASON C. LYNCH
                         JOHN ROBINSON
                         ELIZABETH B. LAYENDECKER
                         Trial Attorneys
                         United States Department of Justice
                         Civil Division, Federal Programs Branch
                         1100 L Street NW
                         Washington, DC 20005

---

[4] ECF No. 58-3
[5] ECF No. 58-4
[6] ECF No. 58-5
[7] ECF No. 58-6
[8] ECF No. 58-7
[9] ECF No. 58-8
[10] ECF No. 58-9
[11] Attached as Exhibit 1.

NOTICE PURSUANT TO THE
COURT'S ORDER
CASE NO. 2:25-CV-241-BHS

U.S. DEPARTMENT OF JUSTICE
1100 L Street NW
Washington, DC 20530

Telephone: 202.616.8489
john.j.robinson@usdoj.gov

*Attorneys for Defendants*

NOTICE PURSUANT TO THE
COURT'S ORDER
CASE NO. 2:25-CV-241-BHS

U.S. DEPARTMENT OF
JUSTICE
1100 L Street NW
Washington, DC 20530