THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMMANDER EMILY SHILLING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | No. 2:25-cv-241-BHS <br><br> NOTICE RE CROSS-EXAMINING WITNESSES |

In response to the Court's March 6, 2025 Minute Order, Plaintiffs notify the Court that they do not intend to cross examine the sole declarant that Defendants have identified. Plaintiffs reserve the right to cross examine any witnesses added by Defendants between now and the hearing.

DATED this 7th day of March, 2025.

Respectfully submitted,

By:  s/ *Matthew P. Gordon*
Matthew P. Gordon, WSBA No. 41128
Abdul Kallon, WSBA No. 60719
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

NOTICE PURSUANT TO THE COURT'S ORDER
CASE NO. 2:25-CV-241-BHS

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

Human Rights Campaign Foundation
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

| | |
|---|---|
| 1 | E-mail: MGordon@perkinscoie.com<br>E-mail: AKallon@perkinscoie.com |
| 2 | |
| 3 | Danielle Sivalingam (*pro hac vice*)<br>**Perkins Coie LLP** |
| 4 | 505 Howard Street, Suite 1000<br>San Francisco, CA 94105-3204 |
| 5 | Telephone: 415.344.7000<br>Facsimile: 415.344.7050 |
| 6 | E-mail: DSivalingam@perkinscoie.com |
| 7 | Mary Grace Thurmon (*pro hac vice*)<br>Bo Yan Moran (*pro hac vice*) |
| 8 | **Perkins Coie LLP**<br>3150 Porter Drive |
| 9 | Palo Alto, CA 94304-1212<br>Telephone: 650.838.4300 |
| 10 | Facsimile: 650.838.4350<br>E-mail: MThurmon@perkinscoie.com |
| 11 | E-mail: BMoran@perkinscoie.com |
| 12 | Gabriella Romanos Abihabib (*pro hac vice*) |
| 13 | **Perkins Coie LLP**<br>1155 Avenue of the Americas, 22nd Floor |
| 14 | New York, NY 10036-2711<br>Telephone: 212.262.6900 |
| 15 | Facsimile: 212.977.1649<br>E-mail: GRomanos@perkinscoie.com |
| 16 | |
| 17 | *Attorneys for Plaintiffs* |
| 18 | Sasha Buchert (*pro hac vice*)<br>**Lambda Legal Defense and Education Fund, Inc.** |
| 19 | 815 16th St. NW, Suite 4140<br>Washington, DC 20006 |
| 20 | Telephone: 202.804.6245<br>Facsimile: 855.535.2236 |
| 21 | E-mail: SBuchert@lambdalegal.org |
| 22 | Jennifer C. Pizer (*pro hac vice*)<br>**Lambda Legal Defense and Education Fund, Inc.** |
| 23 | 800 South Figueroa Street, Suite 1260<br>Los Angeles, CA 90017 |
| 24 | Telephone: 213.382.7600<br>Facsimile: 855.535.2236 |
| 25 | E-mail: JPizer@lambdalegal.org |
| 26 | Camilla B. Taylor (*pro hac vice*) |

NOTICE PURSUANT TO THE
COURT'S ORDER - 2
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

| | |
|---|---|
| 1 | Kenneth Dale Upton, Jr. (*pro hac vice*) |
| 2 | **Lambda Legal Defense and Education Fund, Inc.** |
| 3 | 3656 N Halsted St.<br>Chicago, IL 60613 |
| | Telephone: 312.663.4413 |
| 4 | Facsimile: 855.535.2236 |
| 5 | E-mail: CTaylor@lambdalegal.org<br>E-mail: KUpton@lambdalegal.org |
| 6 | Omar Gonzalez-Pagan (*pro hac vice*) |
| 7 | **Lambda Legal Defense and Education Fund, Inc.** |
| 8 | 120 Wall Street, 19th Floor<br>New York, NY. 10005-3919 |
| 9 | Telephone: 212.809.8585<br>Facsimile: 855.535.2236 |
| 10 | E-mail: OGonzalez-Pagan@lambdalegal.org |
| 11 | Kell Olson (*pro hac vice*) |
| 12 | **Lambda Legal Defense and Education Fund, Inc.** |
| 13 | 3849 E Broadway Blvd, #136<br>Tucson, AZ 85716 |
| 14 | Telephone: 323.370.6915<br>Facsimile: 855.535.2236 |
| 15 | E-mail: KOlson@lambdalegal.org |
| 16 | *Attorneys for Plaintiffs* |
| 17 | Sarah Warbelow (*pro hac vice*)<br>Cynthia Weaver (*pro hac vice*) |
| 18 | Ami Patel (*pro hac vice*)<br>**Human Rights Campaign Foundation** |
| 19 | 1640 Rhode Island Ave. N.W.<br>Washington, DC 20036 |
| 20 | Telephone: 202.527.3669<br>Facsimile: 202.347.5323 |
| 21 | E-mail: Sarah.Warbelow@hrc.org<br>E-mail: Cynthia.Weaver@hrc.org |
| 22 | E-mail: Ami.Patel@hrc.org |
| 23 | *Attorneys for Plaintiffs* |
| 24 | |
| 25 | |
| 26 | |

NOTICE PURSUANT TO THE COURT'S ORDER - 3
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762