AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| Emily Shilling, et. al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-cv-241-BHS |
| Donald J. Trump, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date:   03/12/2025

*Attorney's signature*

Jason C. Lynch (D.C. Bar No. 1016319)
*Printed name and bar number*

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11214
Washington, DC 20005
*Address*

Jason.Lynch@usdoj.gov
*E-mail address*

(202) 514-1359
*Telephone number*

(202) 616-8460
*FAX number*