THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMMANDER EMILY SHILLING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | No. 2:25-cv-241-BHS <br><br> RESPONSE TO THE COURT'S ORDER |

The Court's March 12, 2025 Minute Order requires Defendants "to submit a copy of the Acting Assistant Secretary of Defense for Manpower and Reserve Affairs' Action Memo, dated February 26, 2025, with the subject Implementing Guidance for Prioritizing Military Excellence and Readiness Executive Order (EO), (hereinafter action memo), as well as the entirety of any studies or data that the action memo cites, including:

- Accession Medical Standards Analysis and Research Activity (AMSARA) Report, Analysis of Medical Administrative Data on Transgender Service Members, July 14, 2021.
- Office of the Assistant Secretary of Defense for Health Affairs Literature Review: Level of Evidence for Gender-Affirming Treatments."

Accordingly, Defendants hereby attach the following:

| Exhibit 1 | Timothy Dill (performing the duties of the Assistant Secretary of Defense for Manpower & Reserve Affairs), Action Memo: *Implementing Guidance for Prioritizing Military Excellence and Readiness Executive Order (EO)* (Feb. 26, 2025) (the "Action Memo"). |
|---|---|
| Exhibit 2 | Action Memo Tab 11 – Sec'y of Defense, *Military Service by Transgender Individuals* (Feb. 22, 2018). |
| Exhibit 3 | Action Memo Tab 12 – Accession Medical Standards Analysis and Research Activity (AMSARA), *Analysis of Psychological Stability as a Factor in Determining Medical Accession Standards for Transgender Individuals* (July 14, 2021). |
| Exhibit 4 | Action Memo Tab 13 - Office of the Assistant Secretary of Defense for Health Affairs, *Literature Review: Level of Evidence for Gender-Affirming Treatments* |

DATE: March 12, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel

/s/ Jason C. Lynch
JASON C. LYNCH
JOHN ROBINSON
ELIZABETH B. LAYENDECKER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: 202.616.8489
john.j.robinson@usdoj.gov

*Attorneys for Defendants*

RESPONSE TO THE COURT'S
ORDER
CASE NO. 2:25-CV-241-BHS

U.S. DEPARTMENT OF
JUSTICE
1100 L Street NW
Washington, DC 20530