THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMMANDER EMILY SHILLING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | No. 2:25-cv-241-BHS<br><br>DEFENDANTS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF<br><br>NOTE ON MOTION CALENDAR:<br>March 13, 2025 |

Defendants respectfully request the Court's leave to file an overlength Opposition to Plaintiffs' Motion for Preliminary Injunction pursuant to Local Rules W.D. Wash. LCR 7(f), and the request is noted for same day consideration pursuant to LCR 7(d)(1). On February 19, 2025, the Court granted the parties' joint stipulated request to file overlength briefs, allowing 10,000 words for both Plaintiffs' motion and Defendants' opposition, and 5,000 words for Plaintiffs' Reply. ECF No. 22. The Court subsequently granted the Parties' joint stipulated request to amend the briefing schedule, allowing Plaintiffs to file a supplemental brief in support of their motion. ECF No. 56. Plaintiffs' initial motion and supplemental brief are cumulatively 12,786 words. *See Pls. Mot. for Prelim. Inj.*, ECF No. 23; *Suppl. Brief*, ECF No. 60. Accordingly, Defendants request that the word limit for their opposition be increased to 13,000 words. Good cause exists for this request because Defendants require the additional space to respond to the arguments made by

DEFENDANTS' MOTION TO
FILE OVERLENGTH BRIEF
CASE NO. 2:25-CV-241-BHS

U.S. DEPARTMENT OF
JUSTICE
1100 L Street NW
Washington, DC 20530

Plaintiffs in both their initial motion and supplemental brief, and the oversized brief will assist the Court in resolving the many issues raised in this case.

Defendants' counsel have conferred with Plaintiffs' counsel, who indicated that Plaintiffs do not oppose this request.

Pursuant to Local Rules W.D. Wash. LCR 7(e)(6), I certify that this memorandum contains 202 words, in compliance with the Local Civil Rules.

DATE:  March 13, 2025  Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel

/s/ John Robinson
JOHN ROBINSON
JASON C. LYNCH
ELIZABETH B. LAYENDECKER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: 202.616.8489
john.j.robinson@usdoj.gov

*Attorneys for Defendants*

DEFENDANTS' MOTION TO
FILE OVERLENGTH BRIEF
CASE NO. 2:25-CV-241-BHS

U.S. DEPARTMENT OF
JUSTICE
1100 L Street NW
Washington, DC 20530