THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COMMANDER EMILY SHILLING, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

Defendants.

No. 2:25-cv-241-BHS

JOINT RESPONSE TO THE COURT'S ORDER

The Court's March 12, 2025, Minute Order requires the parties "to supplement the present docket with any Talbott submissions that have not yet been submitted here (and indicate the docket number in Talbott), regarding defendants' policies or actions taken in response to the challenged Executive Orders, and military budget data." Accordingly, the Parties hereby submit the following documents with their corresponding ECF Nos. from the docket in *Talbott v. Trump*, Case No. 1:25-cv-00240 (D.D.C.):

| | |
|---|---|
| Exhibit 1 | MEPS Email (ECF No. 14-4) |
| Exhibit 2 | December 2017 Health Data (ECF No. 38-4) |
| Exhibit 3 | Defendants' Response to Court Order (ECF No. 66) |
| Exhibit 4 | CRS Report (ECF No. 66-1) |
| Exhibit 5 | Department of Defense Instruction 6130.03 Vol. 2, Medical Standards for Military Service: Retention (ECF No. 72-67) |
| Exhibit 6 | Department of Defense Instruction 1332.14, Enlisted Administrative Separations (ECF No. 72-84) |

U.S. DEPARTMENT OF JUSTICE
1100 L Street NW
Washington, DC 20530

| | |
|---|---|
| Exhibit 7 | Department of Defense Instruction 1332.30, Commissioned Officer Administrative Separations (ECF No. 72-85) |
| Exhibit 8 | Department of Defense Instruction 1332.18, Disability Evaluation System (ECF No. 72-86) |
| Exhibit 9 | Prioritizing Military Excellence and Readiness: Frequently Asked Questions, Off. of the Under Sec'y of Def. for Pers. & Readiness (ECF No. 73-26) |
| Exhibit 10 | Department of Defense Public Affairs Office Guidance (ECF No. 79-1) |

DATE: March 13, 2025

s/ *Matthew P. Gordon*

Matthew P. Gordon, WSBA No. 41128
Abdul Kallon, WSBA No. 60719
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: MGordon@perkinscoie.com
E-mail: AKallon@perkinscoie.com

Danielle Sivalingam (*pro hac vice*)
**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
E-mail: DSivalingam@perkinscoie.com

Mary Grace Thurmon (*pro hac vice*)
Bo Yan Moran (*pro hac vice*)
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
E-mail: MThurmon@perkinscoie.com
E-mail: BMoran@perkinscoie.com

Gabriella Romanos Abihabib (*pro hac vice*)
**Perkins Coie LLP**
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649
E-mail: GRomanos@perkinscoie.com

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel

/s/ John Robinson
JOHN ROBINSON
JASON C. LYNCH
ELIZABETH B. LAYENDECKER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: 202.616.8489
john.j.robinson@usdoj.gov

*Attorneys for Defendants*

RESPONSE TO THE COURT'S ORDER
CASE NO. 2:25-CV-241-BHS

U.S. DEPARTMENT OF JUSTICE
1100 L Street NW
Washington, DC 20530

*Attorneys for Plaintiffs*

Sasha Buchert (*pro hac vice*)
**Lambda Legal Defense and Education Fund, Inc.**
815 16th St. NW, Suite 4140
Washington, DC 20006
Telephone: 202.804.6245
Facsimile: 855.535.2236
E-mail: SBuchert@lambdalegal.org

Jennifer C. Pizer (*pro hac vice*)
**Lambda Legal Defense and Education Fund, Inc.**
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Telephone: 213.382.7600
Facsimile: 855.535.2236
E-mail: JPizer@lambdalegal.org

Camilla B. Taylor (*pro hac vice*)
Kenneth Dale Upton, Jr. (*pro hac vice*)
**Lambda Legal Defense and Education Fund, Inc.**
3656 N Halsted St.
Chicago, IL 60613
Telephone: 312.663.4413
Facsimile: 855.535.2236
E-mail: CTaylor@lambdalegal.org
E-mail: KUpton@lambdalegal.org

Omar Gonzalez-Pagan (*pro hac vice*)
**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585
Facsimile: 855.535.2236
E-mail: OGonzalez-Pagan@lambdalegal.org

Kell Olson (*pro hac vice*)
**Lambda Legal Defense and Education Fund, Inc.**
3849 E Broadway Blvd, #136
Tucson, AZ 85716
Telephone: 323.370.6915
Facsimile: 855.535.2236
E-mail: KOlson@lambdalegal.org

*Attorneys for Plaintiffs*

Sarah Warbelow (*pro hac vice*)

Cynthia Weaver (*pro hac vice*)
Ami Patel (*pro hac vice*)
**Human Rights Campaign Foundation**
1640 Rhode Island Ave. N.W.
Washington, DC 20036
Telephone: 202.527.3669
Facsimile: 202.347.5323
E-mail: Sarah.Warbelow@hrc.org
E-mail: Cynthia.Weaver@hrc.org
E-mail: Ami.Patel@hrc.org

*Attorneys for Plaintiffs*