# EXHIBIT 4

Stenographic Transcript
Before the

COMMITTEE ON
ARMED SERVICES

# UNITED STATES SENATE

HEARING TO RECEIVE TESTIMONY ON THE DEPARTMENT OF DEFENSE BUDGET POSTURE IN REVIEW OF THE DEFENSE AUTHORIZATION REQUEST FOR FISCAL YEAR 2019 AND THE FUTURE YEARS DEFENSE PROGRAM

Thursday, April 26, 2018

Washington, D.C.

ALDERSON COURT REPORTING

1155 CONNECTICUT AVENUE, N.W.

SUITE 200

WASHINGTON, D.C. 20036

(202) 289-2260

www.aldersonreporting.com

1   look at what they are doing with their support for terrorism

2   from Bahrain to Yemen, from Syria to Lebanon and elsewhere,

3   their maritime threat, their cyber threat.  We have got to

4   look at all these things, sir, as a whole, but at the same

5   time focus on this imperfect arms control agreement and

6   determine if that is in our best interest.

7          Senator Sullivan:  Trust factor?

8          Secretary Mattis:  I think trust but verify would be an

9   exaggeration.  I think it is distrust and verify.

10         Senator Sullivan:  Thank you.

11         Senator Inhofe:  Thank you, Senator Sullivan.

12         Senator Gillibrand:  Thank you, Mr. Chairman.

13         General Dunford, your fellow chiefs have told me that

14  they are not aware of any instances of issues with unit

15  cohesion, morale, and discipline as a result of open

16  transgender service.  Have you heard of any such incidents?

17         General Dunford:  Senator, thanks.  I would not

18  typically hear of individual cases of cohesion or discipline

19  issues.

20         And maybe just a comment on transgender.  For me, the

21  issue with transgender has never been about cohesion or

22  discipline anyway.  It was just about any individual,

23  regardless of circumstances, being able to meet the physical

24  and mental qualifications of being worldwide deployable.  So

25  if an individual is serving without accommodation, then I do

1  not think I would expect to see discipline or cohesion
2  issues in that unit.
3       Senator Gillibrand:  During our last discussion on this
4  topic, you said that you would treat all service members,
5  including transgender service members, with dignity and
6  respect.
7       The recommendations on transgender service and the
8  accompanying panel report were released as part of the DOJ's
9  filing on Friday night.  Service members found out in the
10 news that the Department had submitted a report that cast
11 dispersions on their fitness to serve, implied they could
12 harm the lethality of the force, and left their futures in
13 the military up in the air.
14      Do you think this rollout accords transgender service
15 members with the dignity and respect they deserve?
16      General Dunford:  Senator, one thing we have tried to
17 clarify for our men and women that are current serving is
18 that -- and I cannot talk about any changes in the policy.
19 But one thing that did not change was the status of the men
20 and women that are currently serving.
21      Senator Gillibrand:  That is not the impression the
22 report leaves.
23      Do you know whether this has created anxiety among
24 these troops?  Have you met with any transgender troops
25 given this report?

1       General Dunford:  I have not since the report was

2  released, Senator.

3       Senator Gillibrand:  I recommend that you do so so you

4  are more informed.

5       Secretary Mattis, one of the things that struck me

6  about your panel's report was its claim that, quote, unlike

7  past reviews, the panel's analysis was informed by the

8  Department's own data and experience obtained since the

9  Carter policy took effect.  That is why I have been asking

10  the chiefs about unit cohesion.  In fact, General Milley put

11  it with regard to the Army as precisely zero instances of

12  units with less unit cohesion, morale, and discipline.

13       I am very concerned about this report because it says

14  that there is, quote, scientific uncertainty surrounding the

15  efficacy of transition-related treatments for gender

16  dysphoria.  Yet, the American Medical, Psychological, and

17  Psychiatric Associations have all said the report

18  misrepresents what is the scientific consensus when it comes

19  to gender dysphoria and transition.  In fact, despite the

20  report's stated concerns about deployability of transgender

21  service members because of gender dysphoria or associated

22  medical care, a report being issued today by the Palm Center

23  here, which I am going to give to you so you can read in

24  full, says that, quote, out of 994 service members diagnosed

25  with gender dysphoria in 2016 and the first half of 2017, 40

1    percent deployed in support of Operation Enduring Freedom,

2    Operation Iraqi Freedom, or Operation New Dawn, and only one

3    had an issue during that deployment.

4         It appears that this report that your Department has

5    issued is not based on the Department's data or science but

6    rather, quote, potential risks that the authors cannot back

7    up.  And in fact, this seems to me to be the same uninformed

8    and unfounded concerns that led to the opposition of

9    repealing don't ask/don't tell, integrating women into the

10   military, integrating African Americans into the military.

11   And I think you need to do a lot more work on this topic to

12   inform yourselves.

13        What is so different about transgender service that

14   makes you think that though the data and medical science do

15   not justify it, transgender service will harm the readiness

16   and lethality of our force?

17        Secretary Mattis:  Well, Senator, I regret the way you

18   characterize it.  I would remind you that when I came into

19   this job, I said I do not come in with a preordained or

20   agenda to change something.  I am in to carry three lines of

21   effort forward.  One of them was to create a more lethal

22   military.  And I believe that service in the military is a

23   touchstone for patriotic Americans.  The military protects

24   all Americans' freedom and liberty to live as they choose,

25   and we are proud of that.

1      71 percent of 18 to 24-year-old men and women in this

2  country do not qualify for medical, legal, behavioral,

3  intellectual reasons to enlist as a private in the U.S.

4  Army.  71 percent.

5      In this case, I was meeting with the service chiefs and

6  the Chairman -- not the Joint Chiefs, the service chiefs --

7  last spring, and they were asking me questions because we

8  were coming up on the advent of the induction of

9  transgender.  And they wanted to know how they were going to

10 deal with certain issues about basic training, about

11 deployability.  I said, did you not get all of this when the

12 policy came out?  The Carter policy we call it.  They said

13 no.  And I said, well, did you have input?  They said no,

14 they did not.

15      So I convened that panel.  That panel was made up of

16 combat veterans, the vice chiefs of the services, and the

17 under secretaries.  And they called together transgender

18 troops.  They brought in commanders of transgender troops,

19 and they brought in and listened to civilian and military

20 medical experts who have provided care for transgenders both

21 in the military and outside.  And I gave my 44-page advice.

22 I would like to have it entered, Chairman, for the record.

23      [The information referred to follows:]

24       [COMMITTEE INSERT]

25

1      Senator Gillibrand:  And a list of all experts you

2  consulted, please.

3      Secretary Mattis:  Pardon?

4      Senator Gillibrand:  I would like a list of all the

5  experts, medical experts, that were consulted for that

6  report, please.

7      Secretary Mattis:  Right now, this is under litigation.

8  I will see what I can provide or when I can provide it.  I

9  will do that, Senator.

10     But at the same time, basically my responsibility is to

11 give the best advice I can for making a lethal force.  And I

12 think that right now the Carter policy is still in effect,

13 and we have the four cases being litigated.

14     Why these issues like this would not come to the

15 service chief level during this was a very, very, I would

16 call it, newsworthy situation.  And the reason is that under

17 the Carter policy, the reporting is opaque.  We cannot

18 report that a problem emanated from a transgender.  We

19 cannot under the Carter policy do that.  So the question you

20 have asked the service chiefs and the Chairman are ones that

21 right now the Carter policy prohibited that very information

22 from coming up because it is private information.  And it is

23 specifically called out in his policy statement.  So it is

24 impossible for them to have responded to you.

25     And I would just say that right now we look at medical

1   conditions.  If gender dysphoria has anxiety or it has some

2   kind of depression, we do not allow anyone in with that.  I

3   would have to make a special category that said you can have

4   these disqualifying factors only if you are transgender, and

5   then we can bring you in.  I think you understand why we

6   have not chosen to do that.

7        Senator Inhofe:  Thank you.

8        Senator Fischer?

9        Senator Fischer:  Thank you, Mr. Chairman.

10       Secretary Mattis, in last year's NDAA, Congress

11  required the Department to evaluate whether existing cruise

12  missile systems could be converted into a ground-launched

13  version as part of our response to Russia's violation to the

14  INF Treaty.  The Department's response, which was a letter

15  from Under Secretary Lord, was sent to the committee 2 weeks

16  ago.  And it states that DOD is in the early stages of

17  identifying the system requirements and is therefore unable

18  to conduct an assessment at this time.

19       I know the Department is moving forward on a broader

20  effort beyond just a ground-launched cruise missile, but I

21  am concerned about the urgency of our response because, as

22  we both know, we can spend the next 3 years defining

23  requirements and analyzing alternatives and not conduct any

24  actual research and development.

25       So I would just ask, what is your expected timeline for