# EXHIBIT 6

THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMMANDER EMILY SHILLING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | No. 2:25-cv-241-BHS<br><br>**DECLARATION OF TIMOTHY DILL** |

I, Timothy D. Dill, hereby state and declare as follows:

1. I am currently the official performing the duties of the Assistant Secretary of Defense for Manpower and Reserve Affairs. In this role, I serve as the principal advisor to the Secretary of Defense and the Under Secretary of Defense for Personnel and Readiness on all matters related to manpower and reserve affairs, to include civilian and military personnel policies; military community and family policy; Total Force manpower, requirements, and resources; and Reserve Component integration.

2. I am generally aware of the allegations set forth in the pleadings filed in this matter. This declaration is based on my personal knowledge, as well as information made available to me during the routine execution of my official duties.

3. Section 136 of Title 10 of the United States Code creates the position of Under Secretary of Defense for Personnel and Readiness. By statute, the Under Secretary of Defense for Personnel and Readiness is appointed by the President with the advice and consent of the Senate.

DECLARATION OF TIMOTHY
D. DILL
CASE NO. 2:25-CV-241-BHS

U.S. DEPARTMENT OF JUSTICE
1100 L Street NW
Washington, DC 20530

1. Mr. Cisneros was confirmed by the Senate as the Under Secretary on August 24, 2021, and served in that position until September 8, 2023. Mr. Vazirani performed the duties of and served as the Acting Under Secretary of Defense for Personnel and Readiness from September 8, 2023, to January 20, 2025.

4. The Under Secretary of Defense for Personnel and Readiness serves as the senior policy advisor to the Secretary of Defense on all aspects of Total Force Management, including recruitment, career development, and pay and benefits for over two million uniformed personnel and roughly 950,000 DoD civilians.

5. The Under Secretary is also responsible for overseeing the overall state of military readiness, National Guard and Reserve component affairs, health affairs, training, and other personnel requirements and management, including equal opportunity, morale, welfare, recreation, and quality of life for military families. This includes overseeing the administration of the $50 billion Defense Health Program, the Defense Commissaries and Exchanges, and the Defense Education Activity.

6. Given these large oversight responsibilities of the Under Secretary, and how far removed the Under Secretary is from the individual command level, it would be highly unusual for individualized service member complaints regarding unit cohesion, military readiness, medical readiness, deployability, and lethality to reach the level of the Under Secretary unless the Under Secretary specifically sought such information through a data call or a study.

7. To my knowledge, neither Mr. Cisneros nor Mr. Vazirani ever directed a study on impacts of military service by trans-identifying individuals or military service by individuals diagnosed with gender dysphoria on unit cohesion, military readiness, medical readiness, deployability, and lethality while they served as (or performed the duties of) the Under Secretary of Defense for Personnel and Readiness.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 13 March 2025 in Arlington, Virginia.

*/s/ T. Dill*
Timothy D. Dill
Performing the Duties of the
Assistant Secretary of Defense for
Manpower and Reserve Affairs