THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COMMANDER EMILY SHILLING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>Defendants. | No. 2:25-cv-241-BHS<br><br>PLAINTIFFS' UNOPPOSED MOTION TO FILE OVERLENGTH REPLY BRIEF<br><br>NOTE ON MOTION CALENDAR: March 17, 2025 |

Plaintiffs, by and through their undersigned counsel, hereby respectfully request an order permitting them to file an overlength Reply to Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction pursuant to Local Rules W.D. Wash. LCR 7(f) and is noted for same day consideration pursuant to Local Rules W.D. Wash. LCR 7(d)(1).

On February 19, 2025, the Court granted the parties' joint stipulated request to file overlength briefs, allowing 10,000 words for both Plaintiffs' motion and Defendants' opposition, and 5,000 words for Plaintiffs' Reply. ECF No. 22. The Court subsequently granted the Parties' joint stipulated request to amend the briefing schedule, allowing Plaintiffs to file a supplemental brief in support of their motion. ECF No. 56. On March 13, 2025, Defendants requested and were granted an increased word limit for their opposition to 13,000 words. ECF Nos. 72, 74. Defendants filed their opposition with a final word count of 12,982. ECF No. 76.

PLAINTIFFS' MOTION TO FILE OVERLENGTH REPLY
CASE NO. 2:25-CV-241-BHS

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

Human Rights Campaign Foundation
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

By way of this Motion, Plaintiffs request that the word limit for their reply brief be increased to 6,500 words. Good cause exists for this request because Plaintiffs require the additional space to appropriately respond to the arguments made by Defendants in their opposition and the following additional guidance that has been issued since Plaintiffs filed the supplemental briefing:

- Office of the Undersecretary of Defense, *Clarifying Guidance on Prioritizing Military Excellence and Readiness: Retention and Accession Waivers*, issued Mar. 4, 2025;

- Sec'y of the Army, *Prioritizing Military Excellence and Readiness Implementation Guidance*, issued Mar. 6, 2025;

- Dep't of the Army, *Implementing Guidance for Executive Order* (EXORD 175-25), issued Mar. 7, 2025; and

- Sec'y of the Navy, *Initial Direction on Prioritizing Military Excellence and Readiness*, issued Mar. 13, 2025.

*See* Defendants' Notices Pursuant to the Court's Order, ECF Nos. 64, 68, and 75. The overlength brief will assist the Court in resolving the many complex issues raised in this case.

Plaintiffs' counsel have conferred with Defendants' counsel, who stated that Defendants do not oppose this request.

Pursuant to Local Rules W.D. Wash. LCR 7(e)(6), I certify that this memorandum contains 327 words, in compliance with the Local Civil Rules.

DATED this 17th day of March 2025.

PLAINTIFFS' MOTION TO
FILE OVERLENGTH REPLY - 2
CASE NO. 2:25-CV-241-BHS

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and
Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

Human Rights Campaign
Foundation
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

1 | *Presented by:*

2 | By:    s/ *Matthew P. Gordon*
Matthew P. Gordon, WSBA No. 41128
Abdul Kallon, WSBA No. 60719
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: MGordon@perkinscoie.com
E-mail: AKallon@perkinscoie.com

Danielle Sivalingam (*pro hac vice*)
**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
E-mail: DSivalingam@perkinscoie.com

Mary Grace Thurmon (*pro hac vice*)
Bo Yan Moran (*pro hac vice*)
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
E-mail: MThurmon@perkinscoie.com
E-mail: BMoran@perkinscoie.com

Gabriella Romanos Abihabib (*pro hac vice*)
**Perkins Coie LLP**
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649
E-mail: GRomanos@perkinscoie.com

*Attorneys for Plaintiffs*

Sasha Buchert (*pro hac vice*)
**Lambda Legal Defense and Education Fund, Inc.**
815 16th St. NW, Suite 4140
Washington, DC 20006
Telephone: 202.804.6245
Facsimile: 855.535.2236
E-mail: SBuchert@lambdalegal.org

PLAINTIFFS' MOTION TO FILE OVERLENGTH REPLY - 3
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

Jennifer C. Pizer (*pro hac vice*)
**Lambda Legal Defense and Education Fund, Inc.**
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Telephone: 213.382.7600
Facsimile: 855.535.2236
E-mail: JPizer@lambdalegal.org

Camilla B. Taylor (*pro hac vice*)
Kenneth Dale Upton, Jr. (*pro hac vice*)
**Lambda Legal Defense and Education Fund, Inc.**
3656 N Halsted St.
Chicago, IL 60613
Telephone: 312.663.4413
Facsimile: 855.535.2236
E-mail: CTaylor@lambdalegal.org
E-mail: KUpton@lambdalegal.org

Omar Gonzalez-Pagan (*pro hac vice*)
**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585
Facsimile: 855.535.2236
E-mail: OGonzalez-Pagan@lambdalegal.org

Kell Olson (*pro hac vice*)
**Lambda Legal Defense and Education Fund, Inc.**
3849 E Broadway Blvd, #136
Tucson, AZ 85716
Telephone: 323.370.6915
Facsimile: 855.535.2236
E-mail: KOlson@lambdalegal.org

*Attorneys for Plaintiffs*

Sarah Warbelow (*pro hac vice*)
Cynthia Weaver (*pro hac vice*)
Ami Patel (*pro hac vice*)
**Human Rights Campaign Foundation**
1640 Rhode Island Ave. N.W.
Washington, DC 20036
Telephone: 202.527.3669
Facsimile: 202.347.5323
E-mail: Sarah.Warbelow@hrc.org

PLAINTIFFS' MOTION TO FILE OVERLENGTH REPLY - 4
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

1
2
3           E-mail: Cynthia.Weaver@hrc.org
         E-mail: Ami.Patel@hrc.org

*Attorneys for Plaintiffs*

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

PLAINTIFFS' MOTION TO FILE OVERLENGTH REPLY - 5
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762