THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COMMANDER EMILY SHILLING; et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., et al., <br><br> Defendants. | No. 2:25-cv-241-BHS <br><br> ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE OVERLENGTH REPLY BRIEF |

**THIS MATTER** comes before the Court on the Plaintiffs' Unopposed Motion to File Overlength Reply Brief ("**Plaintiffs' Motion**"). The Court, having considered the pleadings and papers filed, and all other matters properly before the Court, and good cause appearing, **HEREBY ORDERS** that the Plaintiffs' Motion is **GRANTED** allowing Plaintiffs to file an overlength reply brief with a 6,500 word count limit.

DATED this 18th day of March, 2025.

_____
Honorable Judge Benjamin H. Settle
United States District Court Judge

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION  CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

*Presented by:*

By: *s/ Matthew P. Gordon*
Matthew P. Gordon, WSBA No. 41128
Abdul Kallon, WSBA No. 60719
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: MGordon@perkinscoie.com
E-mail: AKallon@perkinscoie.com

Danielle Sivalingam (*pro hac vice*)
**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
E-mail: DSivalingam@perkinscoie.com

Mary Grace Thurmon (*pro hac vice*)
Bo Yan Moran (*pro hac vice*)
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
E-mail: MThurmon@perkinscoie.com
E-mail: BMoran@perkinscoie.com

Gabriella Romanos Abihabib (*pro hac vice*)
**Perkins Coie LLP**
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649
E-mail: GRomanos@perkinscoie.com

*Attorneys for Plaintiffs*

Sasha Buchert (*pro hac vice*)
**Lambda Legal Defense and Education Fund, Inc.**
815 16th St. NW, Suite 4140
Washington, DC 20006
Telephone: 202.804.6245

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION  CASE NO. 2:25-CV-241-BHS - 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

|   |   |
|---|---|
| 1 | Facsimile: 855.535.2236 |
|   | E-mail: SBuchert@lambdalegal.org |
| 2 | Jennifer C. Pizer (*pro hac vice*) |
|   | **Lambda Legal Defense and** |
| 3 | **Education Fund, Inc.** |
|   | 800 South Figueroa Street, Suite 1260 |
| 4 | Los Angeles, CA 90017 |
|   | Telephone: 213.382.7600 |
| 5 | Facsimile: 855.535.2236 |
|   | E-mail: JPizer@lambdalegal.org |
| 6 |   |
|   | Camilla B. Taylor (*pro hac vice*) |
| 7 | Kenneth Dale Upton, Jr. (*pro hac vice*) |
|   | **Lambda Legal Defense and** |
| 8 | **Education Fund, Inc.** |
|   | 3656 N Halsted St. |
| 9 | Chicago, IL 60613 |
|   | Telephone: 312.663.4413 |
| 10 | Facsimile: 855.535.2236 |
|   | E-mail: CTaylor@lambdalegal.org |
| 11 | E-mail: KUpton@lambdalegal.org |
|   |   |
| 12 | Omar Gonzalez-Pagan (*pro hac vice*) |
|   | **Lambda Legal Defense and** |
| 13 | **Education Fund, Inc.** |
|   | 120 Wall Street, 19th Floor |
| 14 | New York, NY. 10005-3919 |
|   | Telephone: 212.809.8585 |
| 15 | Facsimile: 855.535.2236 |
|   | E-mail: OGonzalez-Pagan@lambdalegal.org |
| 16 |   |
|   |   |
| 17 | Kell Olson (*pro hac vice*) |
|   | **Lambda Legal Defense and** |
| 18 | **Education Fund, Inc.** |
|   | 3849 E Broadway Blvd, #136 |
| 19 | Tucson, AZ 85716 |
|   | Telephone: 323.370.6915 |
| 20 | Facsimile: 855.535.2236 |
|   | E-mail: KOlson@lambdalegal.org |
| 21 |   |
|   | *Attorneys for Plaintiffs* |
| 22 |   |
|   | Sarah Warbelow (*pro hac vice*) |
| 23 | Cynthia Weaver (*pro hac vice*) |
|   | Ami Patel (*pro hac vice*) |
| 24 | **Human Rights Campaign Foundation** |
|   | 1640 Rhode Island Ave. N.W. |
| 25 | Washington, DC 20036 |
| 26 | Telephone: 202.527.3669 |

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION  CASE NO. 2:25-CV-241-BHS  - 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

|   |   |
|---|---|
| 1 | Facsimile: 202.347.5323 |
| 2 | E-mail: Sarah.Warbelow@hrc.org<br>E-mail: Cynthia.Weaver@hrc.org |
| 3 | E-mail: Ami.Patel@hrc.org |
| 4 | *Attorneys for Plaintiffs* |

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION  CASE NO. 2:25-CV-241-BHS  - 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762