# EXHIBIT 33



# SERGEANT AUDIE MURPHY AWARD







**URL**
https://home.army.mil/greggadams/about/Garrison/sergeant-audie-murphy-award#qt0:0

**Timestamp**
Tue Mar 18 2025 13:02:54 GMT-0700 (Pacific Daylight Time)

▼ NCO Creed

**No one is more professional than I. I am a Noncommissioned Officer,** a leader of soldiers. As a Noncommissioned Officer, I realize that I am a member of a time honored corps, which is known as "The Backbone of the Army". I am proud of the Corps of Noncommissioned Officers and will at all times conduct myself so as to bring credit upon the Corps, the Military Service and my country regardless of the situation in which I find myself. I will not use my grade or position to attain pleasure, profit, or personal safety.

Competence is my watchword. My two basic responsibilities will always be uppermost in my mind—accomplishment of my mission and the welfare of my soldiers. I will strive to remain tactically and technically proficient. I am aware of my role as a Noncommissioned Officer. I will fulfill my responsibilities inherent in that role. All soldiers are entitled to outstanding leadership; I will provide that leadership. I know my soldiers and I will always place their needs above my own. I will communicate consistently with my soldiers and never leave them uninformed. I will be fair and impartial when recommending both rewards and punishment.

Officers of my unit will have maximum time to accomplish their duties; they will not have to accomplish mine. I will earn their respect and confidence as well as that of my soldiers. I will be loyal to those with whom I serve; seniors, peers, and subordinates alike. I will exercise initiative by taking appropriate action in the absence of orders. I will not compromise my integrity, nor my moral courage. I will not forget, nor will I allow my comrades to forget that we are professionals, Noncommissioned Officers, leaders!



Download in PDF

▼ The Soldier's Creed



I am an American Soldier.

I am a Warrior and a member of a team.

I serve the people of the United States and live the Army Values.

I will always place the mission first.

I will never accept defeat.

**URL**
https://home.army.mil/greggadams/about/Garrison/sergeant-audie-murphy-award#qt0:0

**Timestamp**
Tue Mar 18 2025 13:02:54 GMT-0700 (Pacific Daylight Time)



I am an American Soldier.
I am a Warrior and a member of a team.
I serve the people of the United States and live the Army Values.

I will always place the mission first.
I will never accept defeat.
I will never quit.
I will never leave a fallen comrade.

I am disciplined, physically and mentally tough, trained and proficient in my warrior tasks and drills.
I always maintain my arms, my equipment and myself.
I am an expert and I am a professional.
I stand ready to deploy, engage, and destroy the enemies of the United States of America in close combat.
I am a guardian of freedom and the American way of life.

I am an American Soldier.

▼ References & Documents

### References

**TRADOC Regulation 600-14**
This regulation provides information and establishes administrative procedures for the TRADOC Sergeant Audie Murphy Club (SAMC).

### Documents

Fort Lee Sergeant Audie Murphy Chapter By-Laws

Sergeant Audie Murphy Study Guide

Study Hall Flyer

NCO Creed



**URL**
https://home.army.mil/greggadams/about/Garrison/sergeant-audie-murphy-award#qt0:0

**Timestamp**
Tue Mar 18 2025 13:02:54 GMT-0700 (Pacific Daylight Time)



**URL**

https://home.army.mil/greggadams/about/Garrison/sergeant-audie-murphy-award#qt0:0

**Timestamp**

Tue Mar 18 2025 13:02:54 GMT-0700 (Pacific Daylight Time)