# EXHIBIT A



**OCS Application Return Without Action**

USARMY Ft Knox HRC Mailbox FADD OCS ACC Br
To: Moran, Sierra Aurora SFC USARMY USARPAC (USA)
Cc: [redacted] ; [redacted]

Tue 3/18/2025 4:25 AM

This OCS application is returned without action IAW Office of the Under Secretary of Defense policy dated February 26, 2025. No further consideration for OCS Panel will be given.

Very Respectfully,

HRC In-Service OCS Team
U.S. Army Human Resources Command
Force Alignment and Development Division (FADD)
Force Shaping Directorate (FSD) (AHRC-OPL)
Fort Knox, KY 40122