UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SHILLING, et al.,<br><br>        *Plaintiffs*,<br><br>        v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>        *Defendants*. | Case No. 2:25-cv-241<br><br>**DECLARATION OF GEIRID MORGAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

1. I, Geirid Morgan, declare as follows:

2. I declare under the penalty of perjury that the foregoing is true and correct.

3. On February 25, 2025, I received orders to change my permanent duty station to the Armed Forces Radiobiology Research Institute (AFRRI) in Bethesda, Maryland.

4. My duty at AFRRI would have been to serve as in a department-level leadership role, which represented a major career milestone for me. Such a role is viewed as a requirement for an eventual promotion to Navy Commander, and holding it would have significantly elevated my chances of promotion to Navy Commander at my next eligible promotion board.

5. Navy Officer promotion boards are highly competitive zero-sum events where, based on needs of the Navy, only a fraction of the Officers that are considered for promotion to each rank each year are selected. Furthermore, there are only 15 Officers in my Navy specialty community,

DECLARATION OF GEIRID MORGAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 1
[2:25-CV-00241-BHS]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights Campaign Foundation**
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

making our group one of the smallest and most selective specialties in the Medical Service Corps. This also means we have the fewest options for duty stations and the most competition for job roles at duty stations.

6. There are currently no other opportunities available within my community billet pool for a department-level leadership role that I could fill in place of the AFFRI billet, effectively making this an irreplaceable opportunity.

7. On March 11, 2025, I was informed that due to the pending separation from service because I am transgender, my orders to the AFFRI were being canceled.

8. I was told I would instead be assigned back to my previous role at the Office of Naval Research. However, I would not have a defined Navy rank-appropriate job role to occupy because my replacement is currently performing my previous role. This will negatively impact my annual performance metrics and evaluations, which in turn will adversely impact future consideration for promotions in rank.

9. Thus, the decision to cancel my orders to AFRRI as a result of the DOD ban on transgender service has in effect ended my promotion prospects and Navy career progression.

DATED: March 18, 2025

*Geirid Morgan*
Geirid Morgan (Mar 18, 2025 15:04 EDT)
Geirid Morgan

DECLARATION OF GEIRID MORGAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 2
[2:25-CV-00241-BHS]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights Campaign Foundation**
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669