# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SHILLING, et al., *Plaintiffs*, v. DONALD J. TRUMP, in his official capacity as President of the United States, et al., *Defendants*. | Case No. 2:25-cv-241 **SUPPLEMENTAL DECLARATION OF VIDEL LEINS** |

I, Videl Leins, declare as follows:

1. I write this declaration to supplement the declaration I signed on February 15, 2025, and submitted in support of the Motion for Preliminary Injunction in this matter on February 19, 2025. See ECF No. 31-28.

2. On March 12, 2025, I was placed on involuntary administrative absence by my command (Exh. A) who informed me that my Exception to Policy (ETP) memos have been rescinded and that I am required to attend the Transition Assistance Program (TAP) course, which is designed to prepare service members for civilian life.

3. I am currently eligible to test for promotion on March 20, 2025 but in order to take the Weighted Airman Promotion System (WAPs) test, I am required to dress in uniform. Service members placed on administrative absence are not allowed to wear uniform, so I am

DECLARATION OF VIDEL LEINS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 1 [2:25-CV-00241-BHS]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights Campaign Foundation**
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

uncertain if I will be able to test as planned.

4. Being placed on administrative absence has significantly impacted my career progression by stripping away crucial opportunities for professional growth and advancement.

5. As a result, I'm unable to submit my package for the Airman Leadership School (ALS) instructor position, a role that would have strengthened my leadership experience and broadened my career prospects.

6. I have also been removed from USAF Rapid Damage Repair (RDR) training, also known as Rapid Airfield Damage Recovery (RADR) that I was scheduled to attend at the end of this month. In recent years, this training has been a key priority, emphasizing the importance of highly skilled Airmen who can effectively repair, restore, and secure airfields.

7. Additionally, the administrative absence has made me ineligible for award packages that would have highlighted my contributions and set me apart among my peers.

8. Perhaps most damaging, it will have lasting effects on my Enlisted Performance Brief (EPB), which directly influences my future promotion cycles.

9. Without these key accomplishments reflected in my records, my ability to compete for advancement has been unfairly diminished.

10. I am required to comply with all standards applicable to service members identified "M" gender marker in the Defense Enrollment Eligibility Reporting System (DEERS). I have been on hormone replacement therapy (HRT) for nearly a year (11 months), and without an Exception to Policy (ETP), I now have a sudden disadvantage in the requirement to meet male fitness standards and am under undue stress because of the expectation to follow male grooming standards.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: March 18, 2025

*Videl Leins*
Videl Leins (Mar 19, 2025 00:22 PDT)

Videl Leins

DECLARATION OF VIDEL LEINS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 2
[2:25-CV-00241-BHS]

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

Human Rights Campaign Foundation
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669