# EXHIBIT A



**DEPARTMENT OF THE AIR FORCE**
**99TH CIVIL ENGINEER SQUADRON (ACC)**
**NELLIS AIR FORCE BASE NEVADA**

12 March 2025

MEMORANDUM FOR  SSGT VIDEL L. LEINS

FROM:  99 CES/CC

SUBJECT:  Administrative Absence

References:  (a) Executive Order 14183, "Prioritizing Military Excellence and Readiness," 27 January 2025
(b) Secretary of Defense Memorandum, "Prioritizing Military Excellence and Readiness Memo," 7 February 2025
(c) Acting Assistant Secretary of the Air Force (MR) Memorandum, "Additional Guidance for Executive Order 14183, "Prioritizing Military Excellence and Readiness," 1 March 2025

1. This is to inform you that you have been placed on administrative absence beginning 12 March 2025 in accordance with the references noted above.  While on administrative absence, the requirements to adhere to the standards associated with your biological sex (including uniform, grooming, fitness and access to intimate facilities) are temporarily waived.  You will also receive full pay and benefits while on administrative absence.

2. While on administrative absence, you will be required to attend a Transition Assistance Program class at your earliest convenience.  Please call the Military and Family Readiness center to set up an appointment immediately if you have not already done so.  Additionally, you are to do a check-in once per week (via phone or in person) with your supervisor or First Sergeant while on administrative absence.

3. Unless you are on authorized leave, you are required to remain in the local area, no further than a four-hour radius from Nellis AFB, NV.  While on administrative absence, you are subject to random urinalysis and will be expected to report for the Drug Demand Reduction appointment.  Failure to abide by the terms of this administrative absence may result in a violation of Article 92, Uniform Code of Military Justice (UCMJ), as you remain subject to the UCMJ.  If you have any questions or concerns, please contact your First Sergeant, MSgt Scott Baer at 702-249-1987, or via email at scott.baer@us.af.mil.

4. You will acknowledge receipt and understanding of this letter by completing the indorsement below.

*[signature]*
JENNY L. GIBSON, Lt Col, USAF
Commander

1st Ind to 99 CES/CC, 12 March 2025, Administrative Absence

ENABLE MISSION SUCCESS THROUGH WORD-CLASS INSTALLATION SUPPORT

SSGT VIDEL LEINS

MEMORANDUM FOR 99/CES/CC

I acknowledge receipt of this memorandum on ___12 mar___ 2025. I understand the outlined guidelines regarding administrative absence as detailed above.

VIDEL L. LEINS, SSgt, USAF