THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COMMANDER EMILY SHILLING, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

Defendants.

No. 2:25-cv-00241 BHS

CERTIFICATE OF SERVICE OF COMPLAINT, SUMMONS, AND AMENDED CORPORATE DISCLOSURE STATEMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

CERTIFICATE OF SERVICE
2:25-CV-00241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights Campaign Foundation**
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

1    I, Matthew P. Gordon, declare under penalty of perjury under the laws of the State of

2    Washington and of the United States of America that I am a resident of the State of Washington,

3    over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a

4    witness herein.

5        On February 13, 2025, I caused a copy of the following documents:

6        1.    Complaint for Declaratory and Injunctive Relief (Dkt. No. 1);

7        2.    Civil Cover Sheet (Dkt. No. 1-1);

8        3.    Court-Issued Summonses (Dkt. No. 3); and

9        4.    Plaintiff Gender Justice League's Amended Corporate Disclosure Statement (Dkt.

10    No. 11);

11    to be served by process server Proof Serve upon the United States of America by hand-delivery at

12    approximately 2:09 p.m. upon:

13
     Rebecca S. Cohen
14    Brian C. Kipnis
     Assistant U.S. Attorneys
15    U.S. Attorney's Office
     Western District of Washington
16    700 Stewart Street, Suite 5220
     Seattle, Washington 98101-1271
17

18    Attached hereto as **Exhibit A** is an Affidavit of Service from Proof Serve, signed by

19    registered agent Yohelia Caba-Mota.

20        On February 13, 2025, I caused a copy of the following documents:

21        1.    Complaint for Declaratory and Injunctive Relief (Dkt. 1);

22        2.    Civil Cover Sheet (Dkt. 1-1);

23        3.    Court-Issued Summonses (Dkt. 3); and

24        4.    Plaintiff Gender Justice League's Amended Corporate Disclosure Statement (Dkt.

25    11);

26

CERTIFICATE OF SERVICE
2:25-CV-00241-BHS - 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and
Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights
Campaign Foundation**
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

to be served upon the United States of America and Donald J. Trump via registered and certified mail, addressed as follows:

United States of America
Via Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

Donald J. Trump
President of the United States
The White House
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

Attached hereto as **Exhibit B** is a copy of the certified mail receipt, registered return receipt, and proof of delivery from the United States Postal Service showing service on Defendant United States of America on February 20, 2025, pursuant to Fed. R. Civ. P. 4(i)(1)(A)(ii).

Attached hereto as **Exhibit C** is a copy of the certified mail receipt, registered return receipt, and proof of delivery from the United States Postal Service showing service on Defendant Donald J. Trump on February 25, 2025, pursuant to Fed. R. Civ. P. 4(i)(1)(A)(ii).

On February 13, 2025, I caused a copy of the following documents:

1.     Complaint for Declaratory and Injunctive Relief (Dkt. 1);

2.     Civil Cover Sheet (Dkt. 1-1);

3.     Court-Issued Summonses (Dkt. 3); and

4.     Plaintiff Gender Justice League's Amended Corporate Disclosure Statement (Dkt. 11);

to be served upon the United States Department of Defense and Secretary Hegseth via registered and certified mail, addressed as follows:

United States Department of Defense
Office of the General Counsel
1600 Defense Pentagon
Washington, D.C. 20301-1600

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and
Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights
Campaign Foundation**
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

1   Peter B. Hegseth
    United States Secretary of Defense
2   1000 Defense Pentagon, Room 3E880
    Washington, D.C. 20301
3

4   Attached hereto as **Exhibit D** is a copy of the certified mail receipt, registered return

5   receipt, and proof of delivery from the United States Postal Service showing service on Defendant

6   United States Department of Defense on February 20, 2025, pursuant to Fed. R. Civ. P.

7   4(i)(1)(A)(ii).

8   Attached hereto as **Exhibit E** is a copy of the certified mail receipt, registered return

9   receipt, and proof of delivery from the United States Postal Service showing service on Defendant

10  Peter B. Hegseth on February 20, 2025, pursuant to Fed. R. Civ. P. 4(i)(1)(A)(ii).

11  On February 13, 2025, I caused a copy of the following documents:

12      1.    Complaint for Declaratory and Injunctive Relief (Dkt. 1);

13      2.    Civil Cover Sheet (Dkt. 1-1);

14      3.    Court-Issued Summonses (Dkt. 3); and

15      4.    Plaintiff Gender Justice League's Amended Corporate Disclosure Statement (Dkt.

16  11);

17  to be served upon the United States Department of Army via registered and certified mail,

18  addressed as follows:

19      United States Department of the Army
        Office of the Secretary of the Army
20      101 Army Pentagon
        Washington, D.C. 20310
21

22  Attached hereto as **Exhibit F** is a copy of the certified mail receipt, registered return

23  receipt, and proof of delivery from the United States Postal Service showing service on Defendant

24  United States Department of the Army on February 20, 2025, pursuant to Fed. R. Civ. P.

25  4(i)(1)(A)(ii).

26

CERTIFICATE OF SERVICE
2:25-CV-00241-BHS - 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and
Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights
Campaign Foundation**
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

1    On February 13, 2025, I caused a copy of the following documents:

2    1.    Complaint for Declaratory and Injunctive Relief (Dkt. 1);

3    2.    Civil Cover Sheet (Dkt. 1-1);

4    3.    Court-Issued Summonses (Dkt. 3); and

5    4.    Plaintiff Gender Justice League's Amended Corporate Disclosure Statement (Dkt.

6    11);

7    to be served upon the Mark Averill, United States Department of the Navy, Terence Emmert,

8    United States Department of the Air Force, and Gary Ashworth via certified and registered mail,

9    addressed as follows:

10    Mark Averill
       Acting Secretary of the United States Army
11    101 Army Pentagon
       Washington, D.C. 20310
12

13    United States Department of the Navy
       1000 Navy Pentagon
14    Washington, D.C. 20350

15    Terence Emmert
       Acting Secretary of the United States Navy
16    1000 Navy Pentagon
       Washington, D.C. 20350
17

18    United States Department of the Air Force
       1670 Air Force Pentagon
19    Washington, D.C. 20330

20    Gary Ashworth
       Acting Secretary of the United States Air Force
21    1670 Air Force Pentagon
       Washington, D.C. 20330
22

23    Certified registered return receipts from the United States Postal Service showing service

24    on the remainder of the foregoing defendants, Mark Averill, United States Department of the Navy,

25    Terence Emmert, United States Department of the Air Force, and Gary Ashworth have not yet

26    been received and will be provided in a supplemental Certificate of Service.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and
Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights
Campaign Foundation**
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

1    DATED this 20th day of March, 2025.

2    By:  *s/ Matthew P. Gordon*
         Matthew P. Gordon, WSBA No. 41128
3        MGordon@perkinscoie.com
         Perkins Coie LLP
4        1201 Third Avenue, Suite 4900
         Seattle, Washington 98101-3099
5        Telephone: 206.359.8000
         Facsimile: 206.359.9000
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights Campaign Foundation**
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669