# EXHIBIT A

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MATTHEW MEDINA; GENDER JUSTICE LEAGUE; COMMANDER EMILY SHILLING; COMMANDER BLAKE DREMANN; LIEUTENANT COMMANDER GEIRID MORGAN; SERGEANT FIRST CLASS CATHRINE SCHMID; SERGEANT FIRST CLASS JANE DOE; STAFF SERGEANT VIDEL LEINS<br><br>*Plaintiff*<br><br>v.<br><br>DONALD J. TRUMP; UNITED STATES OF AMERICA; PETER HEGSETH; UNITED STATES DEPARTMENT OF DEFENSE; MARK AVERILL; UNITED STATES DEPARTMENT OF THE ARMY; TERENCE EMMERT; UNITED STATES DEPARTMENT OF THE NAVY; GARY ASHWORTH<br><br>*Defendant* | Civil Action No. 2:25-cv-241 |

## AFFIDAVIT OF SERVICE

I, David Gardoni, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to U.S. Attorney's Office in King County, WA on February 13, 2025 at 2:09 pm at 700 Stewart Street, suite 5220, Seattle, WA 98101 by leaving the following documents with Yohelia Caba-Mota who as Authorized Agent is authorized by appointment or by law to receive service of process for U.S. Attorney's Office.

Cover Letter
Complaint
Cover Sheet

Summons
Corporate Disclosure Statement

Black or African American Female, est. age 35-44, glasses: Y, Black hair, Unknown, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=47.6149577015,-122.3363381555
Photograph: See Exhibit 1

Total Cost: $281.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

  King County  ,

  WA  on  2/14/2025  .

*/s/ David Gardoni*

Signature
David Gardoni
+1 (970) 376-1906
2120672
King County



