# EXHIBIT B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   USA Dept of Justice
   950 Pennsylvania Ave NW
   Washington, DC 20530

   9590 9402 7286 2028 3555 49

2. Article Number (Transfer from service label)

   9589 0710 5270 0675 0455 87

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To: USA Dept of Justice
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4®: Washington, DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 0675 0455 87

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700675045587

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/?_gl=1*1m32vh2*_gcl_au*OTM0MDE3NzcuMTc0MDU5NTc1NA..*_ga*MzUyMDc5NDk1LjE3NDA1OTU3NTQ.*_ga_3NXP3C8S9V*MTc0MDU5NTc1NC4xLjEuMTc0MDU5Nj

**Latest Update**
Your item was picked up at a postal facility at 5:27 am on February 20, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**
    USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
February 20, 2025, 5:27 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

**Track Another Package**

[ Enter tracking or barcode numbers ]

Please enter a tracking number.

## Need More Help?
Contact USPS Tracking support for further assistance.

[ FAQs ]

Feedback