# EXHIBIT E

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees
$

Postmark
Here

Sent To: Peter Heysseth
Street and Apt. No., or PO Box No.: 1000 Defense Pentagon, Room 3E880
City, State, ZIP+4: Washington, D.C. 20301

9589 0710 5270 0675 0456 22

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Peter Hegseth
   1000 Defense Pentagon Rm 3E880
   WA, DC 20301

   9590 9402 7286 2028 3555 18

2. Article Number *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  CMD
☑ Agent
☐ Addressee

B. Received by *(Printed Name)*
CMD

C. Date of Delivery
2/21/25

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9589071052700675045624

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 7:05 am on February 20, 2025 in WASHINGTON, DC 20301.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20301
February 20, 2025, 7:05 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                            ∨

USPS Tracking Plus®                             ∨

Product Information                             ∨

See Less ∧

Track Another Package

Feedback

[ Enter tracking or barcode numbers ]