The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COMMANDER EMILY SHILLING; *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*,<br><br>*Defendants*. | No. 2:25-cv-241 (BHS)<br><br>**JOINT RESPONSE TO THE COURT'S MARCH 19, 2025 MINUTE ORDER** |

Pursuant to the Court's March 19, 2025 Minute Order (ECF No. 81), counsel for plaintiffs and counsel defendants conferred and hereby respectfully jointly respond that the parties do not object to the Court's proposed course of dismissing Donald J. Trump, in his official capacity as President of the United States, as a defendant and substituting him with the United States as a defendant in the case caption.

JOINT RESPONSE TO MARCH 19, 2025 MINUTE ORDER. - 1
(CASE NO. 2:25-CV-241 BHS)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

Human Rights Campaign Foundation
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

Dated this 21st day of March 2025.

|  |  |
|---|---|
|  | Respectfully submitted, |
| /s/ *Matthew P. Gordon*<br>Matthew P. Gordon, WSBA No. 41128<br>MGordon@perkinscoie.com | /s/ *John Robinson*<br>John Robinson, DC Bar No. 1044072<br>john.j.robinson@usdoj.gov |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

Matthew P. Gordon, WSBA No. 41128
Abdul Kallon, WSBA No. 60719
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: MGordon@perkinscoie.com
Email: AKallon@perkinscoie.com

Danielle Sivalingam (pro hac vice)
**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
Email: DSivalingam@perkinscoie.com

Mary Grace Thurmon (pro hac vice)
Bo Yan Moran (pro hac vice)
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
Email: MThurmon@perkinscoie.com
Email: BMoran@perkinscoie.com

Gabriella Romanos Abihabib (pro hac vice)
**Perkins Coie LLP**
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel

JOHN ROBINSON
JASON C. LYNCH
ELIZABETH B. LAYENDECKER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: 202.616.8489
john.j.robinson@usdoj.gov

*Attorneys for Defendants*

JOINT RESPONSE TO MARCH 19, 2025 MINUTE ORDER. - 2
(CASE NO. 2:25-CV-241 BHS)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

| | |
|---|---|
| 1 | Email: GRomanos@perkinscoie.com |
| 2 | |
| | Sasha Buchert (pro hac vice) |
| 3 | **Lambda Legal Defense** |
| | **and Education Fund, Inc.** |
| 4 | 815 16th St. NW, Suite 4140 |
| | Washington, DC 20006 |
| 5 | Telephone: 202.804.6245 |
| | Facsimile: 855.535.2236 |
| 6 | Email: SBuchert@lambdalegal.org |
| 7 | Jennifer C. Pizer (pro hac vice) |
| | **Lambda Legal Defense** |
| 8 | **and Education Fund, Inc.** |
| | 800 South Figueroa Street, Suite 1260 |
| 9 | Los Angeles, CA 90017 |
| | Telephone: 213.382.7600 |
| 10 | Facsimile: 855.535.2236 |
| 11 | Email: JPizer@lambdalegal.org |
| 12 | Camilla B. Taylor (pro hac vice) |
| | Kenneth Dale Upton, Jr. (pro hac vice) |
| 13 | **Lambda Legal Defense** |
| | **and Education Fund, Inc.** |
| 14 | 3656 N Halsted St. |
| 15 | Chicago, IL 60613 |
| | Telephone: 312.663.4413 |
| 16 | Facsimile: 855.535.2236 |
| | Email: CTaylor@lambdalegal.org |
| 17 | Email: KUpton@lambdalegal.org |
| 18 | |
| | Omar Gonzalez-Pagan (pro hac vice) |
| 19 | **Lambda Legal Defense** |
| | **and Education Fund, Inc.** |
| 20 | 120 Wall Street, 19th Floor |
| | New York, NY. 10005-3919 |
| 21 | Telephone: 212.809.8585 |
| | Facsimile: 855.535.2236 |
| 22 | Email: OGonzalez-Pagan@lambdalegal.org |
| 23 | |
| | Kell Olson (pro hac vice) |
| 24 | **Lambda Legal Defense** |
| | **and Education Fund, Inc.** |
| 25 | 3849 E Broadway Blvd, #136 |
| | Tucson, AZ 85716 |
| 26 | Telephone: 323.370.6915 |

JOINT RESPONSE TO MARCH 19, 2025 MINUTE ORDER. - 3
(CASE NO. 2:25-CV-241 BHS)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

Facsimile: 855.535.2236
Email: KOlson@lambdalegal.org

Sarah Warbelow (pro hac vice)
Cynthia Cheng-Wun Weaver (pro hac vice)
Ami Rakesh Patel (pro hac vice)
**Human Rights Campaign Foundation**
1640 Rhode Island Ave. N.W.
Washington, DC 20036
Telephone: 202.527.3669
Facsimile: 202.347.5323
Email: Sarah.Warbelow@hrc.org
Email: Cynthia.Weaver@hrc.org
Email: Ami.Patel@hrc.org

*Attorneys for Plaintiffs*

JOINT RESPONSE TO MARCH 19, 2025 MINUTE ORDER. - 4
(CASE NO. 2:25-CV-241 BHS)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762