

**OFFICE OF THE UNDER SECRETARY OF DEFENSE**
4000 DEFENSE PENTAGON
WASHINGTON, D.C. 20301-4000

**PERSONNEL AND READINESS**

MAR 21 2025

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
    COMMANDERS OF THE COMBATANT COMMANDS
    DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT: Compliance with Federal Court Order in *Talbott v. United States*, No. 25-cv-00240 (D.D.C.)

    On Tuesday, March 18, 2025, the United States District Court for the District of Columbia issued the attached preliminary injunction order and memorandum opinion in the case of *Talbott v. United States*.

    On Friday, March 21, 2025, the Court extended its stay of its preliminary injunction order until 48 hours after the Court rules on the U.S. Government's motion to dissolve the preliminary injunction or until such other time as the Court deems appropriate.

    Accordingly, the attached preliminary injunction order is not currently in effect. If a preliminary injunction order goes into effect, I will provide updated guidance at that time.

    Additionally, I direct that no involuntary separation processes may be initiated pursuant to Performing the Duties of the Under Secretary of Defense for Personnel and Readiness Memorandum, "Additional Guidance on Prioritizing Military Excellence and Readiness," February 26, 2025, until March 28, 2025.

*Jules W. Hurst III*
Jules W. Hurst III
Performing the Duties of the Under Secretary of
    Defense for Personnel and Readiness

Attachments:
As stated