THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COMMANDER EMILY SHILLING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>Defendants. | No. 2:25-cv-241-BHS<br><br>AMENDED [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

AMENDED [PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 2:25-CV-241-BHS

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY 10005-3919
Telephone: 212-809-8585

Human Rights Campaign Foundation
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

1   Having considered the Plaintiffs' Motion for a Preliminary Injunction, the memorandum in support, and the entire record herein, and having otherwise been fully advised, the Court finds there is good cause to **GRANT** the motion and hereby **ORDERS** as follows:

The Court may issue a preliminary injunction when a plaintiff establishes that "he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). The Court finds that Plaintiffs have carried their burden to satisfy each of those factors and that immediate relief is appropriate.

Therefore, it is hereby **ORDERED** that Plaintiffs' request for a Preliminary Injunction is **GRANTED**.

It is **FURTHER ORDERED** that Defendants Peter Hegseth, in his official capacity as Secretary of Defense; United States Department of Defense; Mark Averill, in his official capacity as Acting Secretary of the Army; United States Department of the Army; Terence Emmert, in his official capacity as Acting Secretary of the Navy; United States Department of the Navy; Gary Ashworth, in his official capacity as Acting Secretary of the Air Force; United States Department of the Air Force; and their subagencies, agents, employees, representatives, successors, and any other person or entity subject to their control or acting directly or indirectly in concert with them, are enjoined from implementing, administering, or enforcing Executive Order No. 14183 and related guidance and directives, including: (1) any separation, discharge, adverse action, retaliation; and (2) any denial of promotion, reenlistment, continuation of service, accession, appointment, or medically indicated transition-related health care on a timely basis, on the basis that an individual is transgender or has a history of gender dysphoria;

It is **FURTHER ORDERED** that Plaintiffs Emily Shilling, Blake Dremann, Geirid Morgan, Cathrine Schmid, Jane Doe, Videl Leins, Sierra Moran, and transgender active-duty members of Plaintiff Gender Justice League may not be separated or discharged from the military, denied reenlistment, demoted, denied promotion, denied medically indicated transition-related

AMENDED [PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION - 3
CASE NO. 2:25-CV-241-BHS

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

Human Rights Campaign Foundation
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

1  health care on a timely basis, or otherwise receive adverse treatment, differential terms of service,
2  or disruption of their status quo, on the basis that they are transgender or have a history of gender
3  dysphoria;

4  It is **FURTHER ORDERED** that the applications of Plaintiffs Emily Shilling, Blake
5  Dremann, and any transgender active-duty member of Plaintiff Gender Justice League who has
6  applied for voluntary separation, including under the Temporary Early Retirement Authority
7  (TERA), pursuant to Executive Order No. 14183 and any related guidance and directives, be held
8  in abeyance; that such servicemembers not be placed in administrative non-deployable status; and
9  that any chosen separation or retirement date pursuant to such applications be tolled during the
10 pendency of this case;

11 It is **FURTHER ORDERED** that provided that he otherwise meets applicable standards
12 for accession, Plaintiff Matthew Medina may not be denied the opportunity to accede to military
13 service on the basis of transgender status, including a history of gender dysphoria, and once
14 enlisted, may not be denied promotion, reenlistment, medically indicated transition-related health
15 care on a timely basis, or any other equal terms of service on the basis that he is transgender; and

16 It is **FURTHER ORDERED** that provided that they otherwise meet applicable standards
17 for accession, transgender members of Plaintiff Gender Justice League who are not active-duty
18 members of the armed forces, but have taken concrete steps to join the armed forces, may not be
19 denied the opportunity to accede to military service on the basis of transgender status, including a
20 history of gender dysphoria, and once enlisted, may not be denied promotion, reenlistment,
21 medically indicated transition-related health care on a timely basis, or any other equal terms of
22 service on the basis that they are transgender.

AMENDED [PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION - 3
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

1     DATED this ___ day of _____, 2025.

2

3

4                                           Honorable Benjamin H. Settle

5                                           United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

AMENDED [PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION - 3
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

DATED: March 25, 2025

*Presented by:*

By: s/ *Matthew P. Gordon*
Matthew P. Gordon, WSBA No. 41128
MGordon@perkinscoie.com

By: *s/Abdul Kallon*
Abdul Kallon, WSBA No. 60719
AKallon@perkinscoie.com

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

By: s/ *Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan (*pro hac vice*)
ogonzalez-pagan@lambdalegal.org

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585
Facsimile: 855.535.2236

*Attorneys for Plaintiffs*

Danielle Sivalingam (*pro hac vice*)
Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
Email: DSivalingam@perkinscoie.com

Mary Grace Thurmon (*pro hac vice*)
Bo Yan Moran (*pro hac vice*)
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300

AMENDED [PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION - 3
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

|   |   |
|---|---|
| 1 | Facsimile: 650.838.4350 |
| 2 | Email: MThurmon@perkinscoie.com |
|   | Email: BMoran@perkinscoie.com |
| 3 |   |
|   | Gabriella Romanos Abihabib (*pro hac vice*) |
| 4 | Perkins Coie LLP |
|   | 1155 Avenue of the Americas, 22nd Floor |
| 5 | New York, NY 10036-2711 |
|   | Telephone: 212.262.6900 |
| 6 | Facsimile: 212.977.1649 |
| 7 | Email: GRomanos@perkinscoie.com |
| 8 | *Attorneys for Plaintiffs* |
| 9 |   |
| 10 | Sasha Buchert (*pro hac vice*) |
|   | Lambda Legal Defense and Education Fund, Inc. |
| 11 | 815 16th St. NW, Suite 4140 |
|   | Washington, DC 20006 |
| 12 | Telephone: 202.804.6245 |
|   | Facsimile: 855.535.2236 |
| 13 | Email: SBuchert@lambdalegal.org |
| 14 |   |
|   | Jennifer C. Pizer (*pro hac vice*) |
| 15 | Lambda Legal Defense and Education Fund, Inc. |
|   | 800 South Figueroa Street, Suite 1260 |
| 16 | Los Angeles, CA 90017 |
|   | Telephone: 213.382.7600 |
| 17 | Facsimile: 855.535.2236 |
|   | Email: JPizer@lambdalegal.org |
| 18 |   |
| 19 | Camilla B. Taylor (*pro hac vice*) |
|   | Kenneth Dale Upton, Jr. (*pro hac vice*) |
| 20 | Lambda Legal Defense and Education Fund, Inc. |
|   | 3656 N Halsted St. |
| 21 | Chicago, IL 60613 |
|   | Telephone: 312.663.4413 |
| 22 | Facsimile: 855.535.2236 |
|   | Email: CTaylor@lambdalegal.org |
| 23 | Email: KUpton@lambdalegal.org |
| 24 |   |
|   | Kell Olson (*pro hac vice*) |
| 25 | Lambda Legal Defense and Education Fund, Inc. |
|   | 3849 E Broadway Blvd, #136 |
| 26 | Tucson, AZ 85716 |

AMENDED [PROPOSED] ORDER
GRANTING MOTION FOR
PRELIMINARY INJUNCTION - 3
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

Telephone: 323.370.6915
Facsimile: 855.535.2236
Email: KOlson@lambdalegal.org

*Attorneys for Plaintiffs*

Sarah Warbelow (*pro hac vice*)
Cynthia Weaver (*pro hac vice*)
Ami Patel (*pro hac vice*)
Human Rights Campaign Foundation
1640 Rhode Island Ave. N.W.
Washington, DC 20036
Telephone: 202.527.3669
Facsimile: 202.347.5323
Email: Sarah.Warbelow@hrc.org
Email: Cynthia.Weaver@hrc.org
Email: Ami.Patel@hrc.org

*Attorneys for Plaintiffs*

---

AMENDED [PROPOSED] ORDER
GRANTING MOTION FOR
PRELIMINARY INJUNCTION - 3
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762