The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COMMANDER EMILY SHILLING; *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*,<br><br>*Defendants*. | No. 2:25-cv-00241 BHS<br><br>**DECLARATION OF OMAR GONZALEZ-PAGAN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Omar Gonzalez-Pagan, hereby declare as follows:

1. I am an attorney with Lambda Legal Defense and Education Fund, Inc. and counsel for Plaintiffs in the above-captioned matter. I make this declaration based on personal knowledge about which I am competent to testify.

2. I submit this declaration to provide the Court true and correct copies of certain documents submitted in support of Plaintiffs' Motion for Preliminary Injunction.

3. Attached as **Exhibit 37** is a true and correct copy temporary restraining order issued by the United States District Court for the District of New Jersey in *Ireland v. Hegseth*, No. 1:25-cv-01918-CPO-AMD, on March 24, 2025.

DECLARATION OF OMAR GONZALEZ-PAGAN ISO PLAINTIFFS' REPLY ISO MOT. FOR PRELIM. INJ. (CASE NO. 2:25-CV-241 BHS)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

4. Attached as **Exhibit 38** is a true and correct copy of the transcript of the March 21, 2025 motions hearing in *Talbott v. United States*, No. 1:25-cv-00240-ACR, before the United States District Court for the District of Columbia.

5. Attached as **Exhibit 39** is a true and correct screenshot of a post on the social media platform X (formerly Twitter) by Defendant Pete Hegseth (@PeteHegseth) on March 22, 2025, and retrieved from X.com at: https://x.com/PeteHegseth/status/1903529403151249656.

EXECUTED this 25th day of March 2025, at Seattle, Washington.

*s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan

DECLARATION OF OMAR GONZALEZ-PAGAN ISO PLAINTIFFS' REPLY ISO MOT. FOR PRELIM. INJ. – 2
(CASE NO. 2:25-CV-241 BHS)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762