# EXHIBIT 39

# Post

**Pete Hegseth** ✓
@PeteHegseth

Since "Judge" Reyes is now a top military planner, she/they can report to Fort Benning at 0600 to instruct our Army Rangers on how to execute High Value Target Raids...after that, Commander Reyes can dispatch to Fort Bragg to train our Green Berets on counterinsurgency warfare.

> **The Washington Times** ✓ @WashTimes · 3d
>
> U.S. District Judge Ana C. Reyes orders Pentagon to allow transgender troops, calls Trump ban 'unabashedly demeaning'
>
> trib.al/FxJRjiz



3:29 PM · 3/22/25 · **1M** Views