# EXHIBIT A

## FAQ: Prioritizing Military Excellence and Readiness

*Updated March 14, 2025*

**BLUF:** NAVADMIN 055/25 provides service-specific guidance regarding service standards and voluntary separation procedures for service members with who are currently diagnosed with, have a history of, or are symptomatic of gender dysphoria.

**References:**
- NAVADMIN 055/25: mynavyhr.navy.mil/Portals/55/Messages/NAVADMIN/NAV2025/NAV25055.txt?ver=dGRaKyd08iHgtyHMFx54XQ%3d%3d
- ALNAV 023/25: mynavyhr.navy.mil/Portals/55/Messages/ALNAV/ALN2025/ALN25023.txt?ver=sZfXfNL59oUcgEjGMmOI9g%3d%3d
- Secretary of Defense Memorandum for Prioritizing Military Excellence and Readiness
  https://www.defense.gov/Portals/1/Spotlight/2025/Guidance_For_Federal_Policies/Prioritizing_Military_Excellence_and_Readiness/Prioritizing_Military_Excellence_and_Readiness_OSD_Guidance.pdf
- Prioritizing Military Excellence and Readiness FAQ
  FAQ_Prioritizing_Military_Excellence_and_Readiness_P&R_Guidance.pdf

**FAQ**

**Q1: What is the deadline for submitting voluntary separation or retirement requests?**
A1: As outlined in NAVADMN 055/25, Active-Duty and Reserve Sailors meeting the criteria outlined in the referenced policy may request voluntary separation or retirement no later than 2359Y (UTC-12:00), Friday, 28 March 2025.

**Q2: Who is eligible for Voluntary Separation Pay (VSP)?**
A2: Sailors with at least 6 Years of Service (YOS) who are not immediately eligible for retired pay upon separation may receive VSP at twice the amount of involuntary separation pay, to include TAR members who meet VSP requirements. VSP is not payable to Service Members with less than 6 Years of Service (YOS), members who have not served at least 5 years of continuous active duty before making the request, or members immediately eligible for retired pay upon separation.  VSP requirements are detailed in DoDI 1332.43.

**Q3: Will Sailors have to pay back bonuses or incentive pay if they voluntarily separate?**
A3: Sailors requesting voluntary separation by the deadline are not required to pay back any bonus or incentive pay received where the required obligation has not been met.

**Q4: What happens if a Sailor is identified after the deadline?**
A4: Sailors identified after the deadline who meet the criteria and have not submitted a voluntary separation or retirement request will be subject to involuntary separation. They will

1

no longer be eligible for the benefits outlined in NAVADMIN 055/25 and may be required to pay back bonuses or incentive pays.

**Q5: How do Sailors submit their voluntary separation or retirement request?**
A5: The process varies depending on rank, time in service, and active or reserve status. Generally, requests are submitted through the Navy Standard Integrated Personnel System (NSIPS) or via electronic Personnel Action Request (ePAR) through MyNavy Portal. Please see NAVADMIN 055/25 for detailed guidance.

**Q6: What documentation is required for the voluntary separation or retirement request?**
A6: All requests must include a signed affidavit in the form of a permanent NAVPERS 1070/613, stating the Sailor's intent to voluntarily separate or retire under the specified policy. Specific verbiage for the affidavit is included in NAVADMIN 055/25.

**Q7: Are there any special provisions for early retirement?**
A7: Sailors with over 18 years but less than 20 years of total Active-Duty service by the deadline are eligible for early retirement under Temporary Early Retirement Authority (TERA), to include TAR sailors who meet TERA requirements.

**Q8: How should Reserve members request separation or retirement?**
A8: Reservists with 20 or more years of qualifying service can request non-regular retirement. As outlined in NAVADMIN 055/25, those with fewer than 20 years follow a separate process, submitting either a NAVPERS 1306/7 (ePAR) or a resignation request via NSIPS, depending on their status.

**Q9: What is the latest possible date for separation or retirement? Can an eligible service member choose their separation or retirement date?**
A9: The latest date available for separation or retirement under this policy is no later than 1 June 2025.

**Q10: Are there any medical considerations addressed in this NAVADMIN?**
A10: NAVADMIN 055/25 states that cross-sex hormone therapy that began prior to the issuance of the Secretary of Defense Memorandum for Prioritizing Military Excellence and Readiness on February 7, 2025, will be continued for the duration of the Sailor's time in service if recommended by a DoD health care provider. Sailors may also consult with DoD health care providers concerning gender dysphoria diagnosis and receive mental health counselling.

**Q11: What happens to gender marker change requests previously submitted?**
A11: Gender marker change requests previously submitted under the referenced policies will no longer be accepted or processed by MyNavy Career Center (MNCC).

**Q12: Can Commanding Officers take action to identify Sailors affected by this policy?**
A12: Per NAVADMIN 055/25, commanders are not to take action to identify Sailors affected, including using medical records, health assessments, or other diagnostic mechanisms, unless directed by an appropriate official in the Office of the Under Secretary of Defense for Personnel and Readiness.

**Q13: How should Sailors notify the Navy after submitting their voluntary separation or retirement request?**
A13: After submitting the request via NSIPS, Sailors must email both the NPC Point of Contact at molly.bergeron-conway7.mil@us.navy.mil and the Service Central Coordination Cell at usn_navy_sccc@navy.mil no later than 2359Y, 28 March 2025.

**Q14: What information must Commanding Officers include in their endorsement of separation or retirement requests?**
A14: COs must state whether the Sailors has any pending misconduct, including but not limited to: undergoing/pending investigation, Non-Judicial Punishment, Administrative Separation processing, possible court-martial, or civilian trial.

**Q15: How do Active-Duty Sailors with more than 18 but less than 20 years of service request early retirement?**
A15: They are eligible for early retirement under Temporary Early Retirement Authority (TERA) and must submit their request via NSIPS Retirement and Separations (RnS), selecting "Regular TERA (Early Retirement)" as the request type.

**Q16: What should Sailors do if they receive system notifications that they are ineligible for the type of retirement or separation they are requesting?**
A16: Per NAVADMIN 055/25, Sailors who receive such notifications but are eligible under NAVADMIN 055/25 should disregard the notifications and request waivers for all constraining conditions (e.g., Time in Grade).

**Q17: How do enlisted Sailors with less than 18 Years of Service submit their voluntary separation request?**
A17: These Sailors should submit NAVPERS 1306/7, electronic Personnel Action Request (ePAR) through MyNavy Portal, following the specific steps outlined in NAVADMIN 055/25.

**Q18: What is the process for Reserve Sailors with fewer than 20 years of qualifying service to request separation?**
A18: As outlined in NAVADMIN 055/25, enlisted Selected Reservists (SELRES) should submit a NAVPERS 1306/7 (ePAR) to the Reserve Personnel Management Department (PERS-9) via their Navy Reserve Activity CO. Officer SELRES should submit a resignation request via NSIPS.

**Q19: What statement must be included in the affidavit required for all separation or retirement requests?**
A19: The affidavit must include specific verbiage outlined in NAVADMIN 055/25.

**Q20: I am on Sea Duty currently. What will happen to Sailors like me that are undergoing the separation process under this NAVADMIN?**
A20: As outlined in NAVADMIN 055/25, Sailors who request separation will be placed in an administrative non-deployable status. They will be assigned a "Category 3" Deployability Category code, identifying them as temporarily non-deployable. Additionally, administrative absence is authorized for Sailors who elect voluntary separation.

**Q21: Am I going to still be paid during the separation process?**
A21: Sailors will receive their full pay and benefits until their separation is complete.

**Q22. Q: What is classified as gender dysphoria under NAVADMIN 055/25?**
A22: Gender dysphoria is a marked incongruence between one's experienced or expressed gender of at least 6 months' duration, as manifested by conditions specified in the American Psychiatric Association's Diagnostic and Statistical Manual of Mental Disorders: Fifth Edition, page 452, which is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning.

**Q23: Who is eligible for voluntary retirement under this policy?**
A23: Service members diagnosed with, having a history of, or exhibit symptoms consistent with gender dysphoria are eligible to request voluntary separation or, if eligible, retirement.

**Q24: What happens if a request is not submitted by the deadline?**
A24: Per NAVADMIN 055/25, if an eligible service member does not request voluntary separation by March 28, 2025, member will be subject to involuntary separation and no longer be eligible for voluntary separation benefits and may be required to pay back any bonus or incentive pays received where the required obligation has not been met.

**Q25: What if a service member is unable to submit a voluntary separation or retirement request electronically?**
A25: If a Service Member cannot submit their voluntary separation or retirement request online, they can submit a paper request to their commanding officer or Navy Reserve Activity (NRA) CO. This request must be submitted no later than March 28, 2025, stating their intention to separate or retire from the Navy.

**Q26: What if a service member has issues accessing or submitting their separation or retirement request via NSIPS?**
A26: Service members may contact the NSIPS helpdesk at nesd@nesd-mail.onbmc.mil or 1-833-637-3669 (1-833- NESDNOW).

**Q27: Will separated service members retain access to veterans' benefits?**
A27: According to NAVADMIN 055/25, service members who qualify will receive benefits in accordance with existing Department of Veterans Affairs (VA) and DoD policies.

**Q28: What is the responsibility of the chain of command?**
A28: Commands are responsible for ensuring that requests for voluntary separation or retirement are processed in accordance with NAVADMIN 055/25 no later than March 28, 2025.

**Q29: How does this align with broader DoD guidance?**
A29: This policy is issued in alignment with the Office of Secretary of Defense Memorandum for Prioritizing Military Excellence and Readiness.

**Q30:  Will a service member's discharge be honorable?**
A30: Members will receive an honorable discharge except where the Service member's record otherwise warrants a lower characterization.

**Q31: What if I want to submit a waiver to stay in the Navy?**
A31: In accordance with ALNAV 023/25, military personnel who are eligible for voluntary separation or retirement, may be considered for retention on a case-by-case basis, provided there is a compelling government interest that directly supports warfighting capabilities. Only the Secretary of the Navy has the authority to grant a waiver.

**Q32: Are TAR Sailors eligible for early retirement under Temporary Early Retirement Authority (TERA)?**
A32: Yes, TAR Sailors who would otherwise qualify for early retirement based on DoDI 1332.46 are eligible for early retirement under TERA.

**Q33: Are TAR Sailors eligible for voluntary separation pay?**
A32: Yes, TAR Sailors who would otherwise qualify based on DoDI 1332.43 are eligible for voluntary separation pay.