1

The Honorable Benjamin H. Settle

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

9  COMMANDER EMILY SHILLING; *et al.*,

No. 2:25-cv-00241 BHS

10              *Plaintiffs*,

11          v.

**PLAINTIFFS' NOTICE OF
SUPPLEMENTAL AUTHORITY**

12  DONALD J. TRUMP, in his official capacity as
President of the United States; *et al.*,

13

14              *Defendants*.

15        Pursuant to Local Civil Rule 7(n), Plaintiffs, by and through their counsel, respectfully

16  submit this notice of supplemental authority.

17        On March 26, 2025, the United States District Court for the District of Columbia issued

18  the attached memorandum opinion and order (ECF No. 100) in *Talbott v. United States*, No. 1:25-

19  cv-00240 (ACR), denying the defendants' motion to dissolve the preliminary injunction and

20  motion for a stay pending appeal and staying its order until March 28, 2025, at 7:00 pm ET.  A

21  copy is attached as **Exhibit A**.

22        On the same day, the defendants in *Talbott* filed the attached notice of appeal (ECF No.

23  101) to the United States Court of Appeals for District of Columbia Circuit.  A copy is attached as

24  **Exhibit B**.

25        Dated this 27th day of March 2025.

26

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and
Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign
Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

1

2          Respectfully submitted,

3          By:    s/ *Matthew P. Gordon*
                  Matthew P. Gordon, WSBA No. 41128
4                 MGordon@perkinscoie.com

5          By:    *s/Abdul Kallon*
                  Abdul Kallon, WSBA No. 60719
6                 AKallon@perkinscoie.com

7          **Perkins Coie LLP**
           1201 Third Avenue, Suite 4900
8          Seattle, Washington 98101-3099
           Telephone: 206.359.8000
9          Facsimile: 206.359.9000

10
           By:    s/ *Omar Gonzalez-Pagan*
11                Omar Gonzalez-Pagan (*pro hac vice*)
                  ogonzalez-pagan@lambdalegal.org
12
           **Lambda Legal Defense and Education Fund, Inc.**
13         120 Wall Street, 19th Floor
           New York, NY. 10005-3919
14         Telephone: 212.809.8585
           Facsimile: 855.535.2236
15

16         Danielle Sivalingam (*pro hac vice*)
           Perkins Coie LLP
17         505 Howard Street, Suite 1000
           San Francisco, CA 94105-3204
18         Telephone: 415.344.7000
           Facsimile: 415.344.7050
19         Email: DSivalingam@perkinscoie.com

20
           Mary Grace Thurmon (*pro hac vice*)
21         Bo Yan Moran (*pro hac vice*)
           Perkins Coie LLP
22         3150 Porter Drive
           Palo Alto, CA 94304-1212
23         Telephone: 650.838.4300
           Facsimile: 650.838.4350
24         Email: MThurmon@perkinscoie.com
           Email: BMoran@perkinscoie.com
25

26

NOTICE OF SUPPLEMENTAL
AUTHORITY – 2

CASE NO. 2:25-CV-00241 BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Gabriella Romanos Abihabib (*pro hac vice*)
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649
Email: GRomanos@perkinscoie.com

Sasha Buchert (*pro hac vice*)
Lambda Legal Defense and Education Fund, Inc.
815 16th St. NW, Suite 4140
Washington, DC 20006
Telephone: 202.804.6245
Facsimile: 855.535.2236
Email: SBuchert@lambdalegal.org

Jennifer C. Pizer (*pro hac vice*)
Lambda Legal Defense and Education Fund, Inc.
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Telephone: 213.382.7600
Facsimile: 855.535.2236
Email: JPizer@lambdalegal.org

Camilla B. Taylor (*pro hac vice*)
Kenneth Dale Upton, Jr. (*pro hac vice*)
Lambda Legal Defense and Education Fund, Inc.
3656 N Halsted St.
Chicago, IL 60613
Telephone: 312.663.4413
Facsimile: 855.535.2236
Email: CTaylor@lambdalegal.org
Email: KUpton@lambdalegal.org

Kell Olson (*pro hac vice*)
Lambda Legal Defense and Education Fund, Inc.
3849 E Broadway Blvd, #136
Tucson, AZ 85716
Telephone: 323.370.6915
Facsimile: 855.535.2236
Email: KOlson@lambdalegal.org

Sarah Warbelow (*pro hac vice*)
Cynthia Cheng-Wun Weaver (*pro hac vice*)
Ami Rakesh Patel (*pro hac vice*)

NOTICE OF SUPPLEMENTAL
AUTHORITY – 3

CASE NO. 2:25-CV-00241 BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and
Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign
Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Human Rights Campaign Foundation
1640 Rhode Island Ave. N.W.
Washington, DC 20036
Telephone: 202.527.3669
Facsimile: 202.347.5323
Email: Sarah.Warbelow@hrc.org
Email: Cynthia.Weaver@hrc.org
Email: Ami.Patel@hrc.org

*Attorneys for Plaintiffs*

NOTICE OF SUPPLEMENTAL
AUTHORITY – 4

CASE NO. 2:25-CV-00241 BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and
Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign
Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762