# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NICOLAS TALBOTT, *et.al.*

 *Plaintiff*,

v.

UNITED STATES, *et al.*,

 *Defendants*.

No. 1:25-cv-240-ACR

**NOTICE OF APPEAL**

 All Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's Order and Memorandum Opinion granting Plaintiffs' Renewed Motion for Preliminary Injunction (ECF Nos. 88, 89), and from the Court's Order denying Defendants' Motion to Dissolve Preliminary Injunction (ECF No. 100).

Dated: March 26, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEX HAAS
Director, Federal Programs Branch


/s/ *Jean Lin*
JEAN LIN
Special litigation Counsel
JASON C. LYNCH
ELIZABETH B. LAYENDECKER
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-3716
Jean.lin@usdoj.gov
*Counsel for Defendants*