THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| COMMANDER EMILY SHILLING, et al., | No. 2:25-cv-241-BHS |
| Plaintiffs, | NOTICE OF APPEAL |
| v. | |
| UNITED STATES, et al., | |
| Defendants. | |

All Defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Order and Memorandum Opinion granting Plaintiffs' Motion for Preliminary Injunction (ECF Nos. 103, 104).

DATE: March 28, 2025            Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel

/s/ Jason C. Lynch
JASON C. LYNCH
JOHN ROBINSON
ELIZABETH B. LAYENDECKER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

NOTICE OF APPEAL
CASE NO. 2:25-CV-241-BHS

U.S. DEPARTMENT OF
JUSTICE
1100 L Street NW
Washington, DC 20530

1100 L Street NW
Washington, DC 20005
Telephone: 202.514.1359
Jason.Lynch@usdoj.gov

*Attorneys for Defendants*

NOTICE OF APPEAL
CASE NO. 2:25-CV-241-BHS

U.S. DEPARTMENT OF
JUSTICE
1100 L Street NW
Washington, DC 20530