FILED

MAR 31 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EMILY SHILLING; et al.,<br><br>    Plaintiffs - Appellees,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>    Defendants - Appellants. | No. 25-2039<br><br>D.C. No. 2:25-cv-00241-BHS<br>Western District of Washington, Seattle<br><br>ORDER |

Before: TASHIMA, OWENS, and DESAI, Circuit Judges.

The court has received the emergency motion to stay. The request for an administrative stay is denied. *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019). The existing schedule for the response and the reply remains in effect. *See* Fed. R. App. P. 27(a).