THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMMANDER EMILY SHILLING, et al., | No. 2:25-cv-241-BHS |
| Plaintiffs, | NOTICE OF WITHDRAWAL |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

To the Clerk of Court and all parties of record:

Please take notice that, as provided under Local Rule 83.2(b)(3), John Robinson withdraws his appearance as counsel for Defendants. The basis for the withdrawal is that Mr. Robinson's employment with the Department of Justice will conclude on April 8, 2025. Defendants will continue to be represented by Jean Lin, Jason Lynch, and Brooke Layendecker of the Department of Justice.

DATE: March 21, 2025         Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel

NOTICE OF WITHDRAWAL
CASE NO. 2:25-CV-241-BHS

U.S. DEPARTMENT OF
JUSTICE
1100 L Street NW
Washington, DC 20530

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

/s/ John Robinson
JOHN ROBINSON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: 202.616.8489
john.j.robinson@usdoj.gov

NOTICE PURSUANT TO THE
COURT'S ORDER
CASE NO. 2:25-CV-241-BHS

U.S. DEPARTMENT OF
JUSTICE
1100 L Street NW
Washington, DC 20530