THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COMMANDER EMILY SHILLING, et al., | No. 2:25-cv-241-BHS |
| Plaintiffs, | STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER AMENDED COMPLAINT |
| v. | |
| UNITED STATES, et al., | NOTE ON MOTION CALENDAR: April 10, 2025 |
| Defendants. | |

Defendants respectfully request, and Plaintiffs stipulate to, a 30-day extension of time to answer or otherwise respond to Plaintiffs' Amended Complaint (Mar. 4, 2025), ECF No. 59. Per Federal Rules of Civil Procedure 12(a)(2) and 15(a)(3), Defendants' answer is presently due Monday, April 14, 2025. Defendants have sought no previous extensions of that deadline.

This is one of several cases challenging the same Department of Defense personnel policy. All of those cases have been litigated in emergency postures, requiring undersigned counsel to brief and argue multiple motions, in quick succession, before courts across the country. That has reduced the amount of time otherwise afforded by Rule 12(a)(2) to investigate the allegations in Plaintiffs' pleadings. Now that the first wave of such emergency motions have been resolved, undersigned counsel and their clients are able to turn to answering those pleadings. This Stipulated Motion is noted for same day consideration pursuant to Local Rules W.D. Wash. LCR 7(d)(1).

STIPULATED MOTION FOR
EXTENSION OF TIME TO FILE
ANSWER
CASE NO. 2:25-CV-241-BHS

U.S. DEPARTMENT OF
JUSTICE
1100 L Street NW
Washington, DC 20530

1   Pursuant to Local Rules W.D. Wash. LCR 7(e)(6), I certify that this memorandum contains
2   297 words, which complies with the Local Civil Rules.
3   ///
4   DATE:  April 10, 2025              Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel

*/s/ Jason C. Lynch*
ELIZABETH B. LAYENDECKER
JASON C. LYNCH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: 202.514.1359
Jason.Lynch@usdoj.gov

*Attorneys for Defendants*

STIPULATED MOTION FOR
EXTENSION OF TIME TO FILE
ANSWER
CASE NO. 2:25-CV-241-BHS

U.S. DEPARTMENT OF
JUSTICE
1100 L Street NW
Washington, DC 20530