THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COMMANDER EMILY SHILLING; et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, et al., <br><br> Defendants. | No. 2:25-cv-241-BHS <br><br> ORDER GRANTING DEFENDANTS' STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER AMENDED COMPLAINT |

This case is before the Court on Defendants' Stipulated Motion for Extension of Time to Answer Amended Complaint. For good cause and the reasons stated in the motion, it is hereby **GRANTED**; and it is

**FURTHER ORDERED** that Defendants shall answer or otherwise respond to Plaintiffs' Amended Complaint by **May 14, 2025**.

It is so ordered.

Date:   April 10, 2025

BENJAMIN H. SETTLE
United States District Court Judge