| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | APR 18 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

EMILY SHILLING; et al.,

       Plaintiffs - Appellees,

 v.

DONALD J. TRUMP, in his official capacity as President of the United States; et al.,

       Defendants - Appellants.

No. 25-2039

D.C. No. 2:25-cv-00241-BHS
Western District of Washington, Seattle

ORDER

Before: TASHIMA, OWENS, and DESAI, Circuit Judges.

    The emergency motion (Docket Entry No. 9) to stay the district court's March 27, 2025 preliminary injunction is denied. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (defining standard for stay pending appeal). Appellants have not demonstrated that they will suffer irreparable harm absent a stay. *See Washington v. Trump*, 847 F.3d 1151, 1168 (9th Cir. 2017); *see also Doe #1 v. Trump*, 957 F.3d 1050, 1059 (9th Cir. 2020).

    The existing briefing schedule remains in effect. The clerk will place this case on the next available calendar after the answering brief is filed. *See* 9th Cir. Gen. Ord. 3.3(f).