THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| COMMANDER SHILLING, et al., *Plaintiffs*, v. UNITED STATES OF AMERICA, et al., *Defendants*. | Case No. 2:25-cv-241-BHS<br><br>NOTICE OF WITHDRAWAL |

To the Clerk of the Court and all parties of record:

Please take notice that, as provided under Local Rule 83.2(b)(3), Sarah Warbelow withdraws her appearance as counsel for Plaintiffs. The basis for the withdrawal is that Ms. Warbelow's employment with the Human Rights Campaign Foundation concluded on May 2, 2025. Plaintiffs will continue to be represented by Cynthia Cheng-Wun Weaver and Ami Patel of the Human Rights Campaign Foundation as well as by other counsels of record.

DATED: May 22, 2025

Respectfully submitted,

/s/ Cynthia Cheng-Wun Weaver

Cynthia Cheng-Wun Weaver
Senior Director of Litigation
Human Rights Campaign Foundation
1640 Rhode Island Ave NW
Washington, D.C. 20036

NOTICE OF WITHDRAWAL - 1
[2:25-CV-00241-BHS]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights Campaign Foundation**
1640 Rhode Island Ave NW
Washington, D.C. 20036
Phone: 202.527.3669

Telephone: 202.327.3669
Cynthia.Weaver@hrc.org

| | | | |
|---|---|---|---|
| NOTICE OF WITHDRAWAL - 2<br>[2:25-CV-00241-BHS] | **Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Phone: 206.359.8000<br>Fax: 206.359.9000 | **Lambda Legal Defense and**<br>**Education Fund, Inc.**<br>120 Wall Street, 19th Floor<br>New York, NY. 10005-3919<br>Telephone: 212.809.8585 | **Human Rights**<br>**Campaign Foundation**<br>1640 Rhode Island Ave NW<br>Washington, D.C. 20036<br>Phone: 202.527.3669 |