THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMMANDER EMILY SHILLING, *et al.*, | No. 2:25-cv-241-BHS |
| Plaintiffs, | NOTICE OF WITHDRAWAL |
| v. | |
| UNITED STATES, *et al.*, | |
| Defendants. | |

To the Clerk of the Court and all parties of record:

Please take notice that, per Local Civil Rule 83.2(b)(3), Jason C. Lynch withdraws his appearance as counsel for the United States. The basis for the withdrawal is that Mr. Lynch's employment with the Department of Justice will conclude shortly. Defendants will continue to be represented by their other counsel of record in this case.

DATE: July 25, 2025    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel

*/s/ Jason C. Lynch*

NOTICE OF WITHDRAWAL
CASE NO. 2:25-CV-241-BHS

U.S. DEPARTMENT OF
JUSTICE
1100 L Street NW
Washington, DC 20530

1
2
3
4
5
6

JASON C. LYNCH
Senior Counsel
M. JARED LITTMAN
ELIZABETH B. LAYENDECKER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: 202.616.5046
Elizabeth.B.Layendecker@usdoj.gov

7

*Attorneys for Defendants*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

NOTICE OF WITHDRAWAL
CASE NO. 2:25-CV-241-BHS

U.S. DEPARTMENT OF
JUSTICE
1100 L Street NW
Washington, DC 20530