THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

COMMANDER EMILY SHILLING, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, et al.,

Defendants.

NO. 2:25-cv-241-BHS

**NOTICE OF WITHDRAWAL OF COUNSEL**

**[CLERK'S ACTION REQUIRED]**

TO:     THE CLERK OF THE COURT; and

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Ryan Tack-Hooper of Terrell Marshall Law Group PLLC hereby withdraws as counsel for Amicus Curiae Constitutional Accountability Center. Constitutional Accountability Center remains represented by Toby J. of Terrell Marshall Law Group PLLC. Copies of all future papers and pleadings shall continue to be served upon the remaining attorneys of record for Constitutional Accountability Center.

//
//
//
//
//

NOTICE OF WITHDRAWAL OF COUNSEL - 1
Case No. 2:25-cv-241-BHS

CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th Street NW, Suite 501
Washington, D.C. 20036
TEL. 202-296-6889

1    RESPECTFULLY SUBMITTED AND DATED this 13th day of August, 2025.

| | |
|---|---|
| TERRELL MARSHALL LAW GROUP PLLC | TERRELL MARSHALL LAW GROUP PLLC |
| By: /s/ Ryan Tack-Hooper, WSBA #56423<br>Ryan Tack-Hooper, WSBA #56423<br>936 N. 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603<br>Email: rtack-hooper@terrellmarshall.com | By: /s/ Toby J. Marshall, WSBA #32726<br>Toby J. Marshall, WSBA #32726<br>936 N. 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603<br>Email: tmarshall@terrellmarshall.com |
| *Withdrawing Attorney* | CONSTITUTIONAL ACCOUNTABILITY CENTER |
| | By: /s/ Brianne J. Gorod<br>Elizabeth B. Wydra, *pro hac vice*<br>Brianne J. Gorod, *pro hac vice*<br>David H. Gans, *pro hac vice*<br>Praveen Fernandes (*pro hac vice* forthcoming)<br>Ana M. Builes (*pro hac vice* forthcoming)<br>1200 18th Street, N.W., Suite 501<br>Washington, D.C. 20036<br>Telephone: (202) 296-6889<br>Email: elizabeth@theusconstitution.org<br>Email: brianne@theusconstitution.org<br>Email: david@theusconstitution.org<br><br>*Attorneys for Amicus Curiae*<br>*Constitutional Accountability Center* |

NOTICE OF WITHDRAWAL OF COUNSEL - 2
Case No. 2:25-cv-241-BHS