THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COMMANDER EMILY SHILLING, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | No. 2:25-cv-00241 BHS<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION TO STAY PENDING APPEAL**<br><br>**Note on Motion Calendar:<br>September 18, 2025** |

Pursuant to Federal Rule of Civil Procedure 7 and Local Civil Rule 7, Plaintiffs, by and through their counsel, respectfully move for leave to file the attached proposed surreply to address an argument raised by Defendants for the first time in their reply brief (Dkt. No. 127) in support of their motion to stay proceedings pending appeal (Dkt. No. 123). The Court has set a hearing on the motion to stay for Thursday, September 4, 2025.

In their reply brief, Defendants claim "[t]he case has not progressed" and that "it was only after Defendants moved to formalize the status quo that Plaintiffs claimed 'irreparable harm' that would ensue from a 'halt' of the district court proceedings." Dkt. No. 127 at 3. As such, they argue that the "Court should not credit Plaintiffs' claims of 'urgency' and the 'continue[d] inflict[ion] of serious harm.'" *Id.* The attached surreply is limited to rebutting Defendants' argument that

PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY - 1
CASE NO. 2:25-CV-00241 BHS

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

Human Rights Campaign Foundation
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

1  Plaintiffs have not sought to move the case forward and therefore will not be harmed by a stay of
2  proceedings. Defendants' argument is highly disingenuous, at best.

3  Plaintiffs are mindful that the local rules state that "a surreply filed for any other reason
4  [than to strike material contained in or attached to a reply brief] will not be considered." LCR
5  7(g)(2). "However, 7(g) does not speak to motion to leave to file a surreply; it discusses when the
6  surreply itself may be filed with respect to requests to strike material contained in or attached to a
7  reply brief." *Fleming v. Parnell*, No. C13-5062 BHS, 2013 WL 4511494, at *2 (W.D. Wash. Aug.
8  23, 2013) (Settle, J.). "A surreply is generally available only where the moving party raises new
9  arguments for the first time in the reply." *Smith v. BNSF Ry. Co.*, No. 2:18-CV-00179-SMJ, 2020
10 WL 2297789, at *1 (E.D. Wash. Jan. 15, 2020); *see also United States v. Loo*, No. 2:24-CR-00072-
11 LK, 2025 WL 1582283, at *1 (W.D. Wash. June 4, 2025) ("Because Loo's reply included a new
12 argument that was not in his motion—and he did not obtain leave to file the new argument—the
13 Court allowed the Government to file a surreply."); *Georgia-Pac. Gypsum, LLC v. Int'l Bhd. of*
14 *Teamsters, Loc. 117*, No. C16-5255BHS, 2016 WL 4703323, at *2 (W.D. Wash. Sept. 8, 2016)
15 (Settle, J.) (granting motion to file surreply after noting that "additional arguments in a reply brief
16 should be ignored unless the opposing party has an opportunity to respond").

17 Here, as noted, Defendants presented new (misleading) arguments in their reply brief as to
18 why Plaintiffs would not be harmed by a stay of the proceedings pending appeal of the preliminary
19 injunction. The proposed surreply is limited to addressing this argument alone in order to provide
20 the Court with an accurate picture of the parties' interactions to date on ways to move this case
21 forward. The Court should therefore grant the instant motion for leave to file a surreply.

22 Plaintiffs' counsel has conferred with counsel for Defendants, who has communicated that
23 "Defendants take no position on your request for leave to file a surreply."

24 For the foregoing reasons, Plaintiffs respectfully request that the Court grant leave for
25 Plaintiffs to file the attached proposed surreply.

26 Dated this 28th day of August 2025.

PLAINTIFFS' MOTION FOR
LEAVE TO FILE SURREPLY - 2
CASE NO. 2:25-CV-00241 BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

*I certify that this motion for leave to file a surreply contains 531 words, in compliance with the Local Civil Rules.*

Respectfully submitted,

By: s/ *Matthew P. Gordon*
    Matthew P. Gordon, WSBA No. 41128
    MGordon@perkinscoie.com

By: *s/Abdul Kallon*
    Abdul Kallon, WSBA No. 60719
    AKallon@perkinscoie.com

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Danielle Sivalingam (*pro hac vice*)
**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
Email: DSivalingam@perkinscoie.com

Mary Grace Thurmon (*pro hac vice*)
Bo Yan Moran (*pro hac vice*)
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
Email: MThurmon@perkinscoie.com
Email: BMoran@perkinscoie.com

Gabriella Romanos Abihabib (*pro hac vice*)
**Perkins Coie LLP**
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649
Email: GRomanos@perkinscoie.com

PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY - 3
CASE NO. 2:25-CV-00241 BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

Sasha Buchert (*pro hac vice*)
**Lambda Legal Defense and Education Fund, Inc.**
815 16th St. NW, Suite 4140
Washington, DC 20006
Telephone: 202.804.6245
Facsimile: 855.535.2236
Email: SBuchert@lambdalegal.org

Jennifer C. Pizer (*pro hac vice*)
**Lambda Legal Defense and Education Fund, Inc.**
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Telephone: 213.382.7600
Facsimile: 855.535.2236
Email: JPizer@lambdalegal.org

Camilla B. Taylor (*pro hac vice*)
Kenneth Dale Upton, Jr. (*pro hac vice*)
**Lambda Legal Defense and Education Fund, Inc.**
3656 N Halsted St.
Chicago, IL 60613
Telephone: 312.663.4413
Facsimile: 855.535.2236
Email: CTaylor@lambdalegal.org
Email: KUpton@lambdalegal.org

Omar Gonzalez-Pagan (*pro hac vice*)
**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585
Facsimile: 855.535.2236
Email: OGonzalez-Pagan@lambdalegal.org

Kell Olson (*pro hac vice*)
**Lambda Legal Defense and Education Fund, Inc.**
3849 E Broadway Blvd, #136
Tucson, AZ 85716
Telephone: 323.370.6915
Facsimile: 855.535.2236
Email: KOlson@lambdalegal.org

Cynthia Cheng-Wun Weaver (*pro hac vice*)
Ami Rakesh Patel (*pro hac vice*)
**Human Rights Campaign Foundation**

PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY - 4
CASE NO. 2:25-CV-00241 BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

1640 Rhode Island Ave. N.W.
Washington, DC 20036
Telephone: 202.527.3669
Facsimile: 202.347.5323
Email: Cynthia.Weaver@hrc.org
Email: Ami.Patel@hrc.org

*Attorneys for Plaintiffs*

PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY - 5
CASE NO. 2:25-CV-00241 BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762