THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COMMANDER EMILY SHILLING, *et al.*,

　　　　　　　　　　　　*Plaintiffs*,

　　　　v.

UNITED STATES OF AMERICA, *et al.*,

　　　　　　　　　　　　*Defendants*.

No. 2:25-cv-241-BHS

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXPEDITE THE NOTING DATE FOR PLAINTIFFS' MOTION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION TO STAY PENDING APPEAL**

　　　**THIS MATTER** comes before the Court on the Plaintiffs' Unopposed Motion to Expedite the Noting Date for Plaintiffs' Motion for Leave to File a Surreply in Opposition to Defendants' Motion to Stay Pending Appeal ("**Plaintiffs' Motion**"). The Court, having considered the pleadings and papers filed, and all other matters properly before the Court, and good cause appearing, **HEREBY ORDERS** that the Plaintiffs' Motion is **GRANTED.**

　　　The Clerk shall reset the noting date for Plaintiffs' Motion for Leave to File a Surreply in Opposition to Defendants' Motion to Stay Pending Appeal to Thursday, September 4, 2025.

DATED this 28th day of August, 2025.

_____
Honorable Judge Benjamin H. Settle
United States District Court Judge

ORDER GRANTING
PLAINTIFFS' MOTION TO
EXPEDITE  CASE NO. 2:25-
CV-241-BHS

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

DATED: August 28, 2025

*Presented by:*

By:  *s/ Matthew P. Gordon*
Matthew P. Gordon, WSBA No. 41128
Abdul Kallon, WSBA No. 60719
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: MGordon@perkinscoie.com
E-mail: AKallon@perkinscoie.com

Danielle Sivalingam (*pro hac vice*)
**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
E-mail: DSivalingam@perkinscoie.com

Mary Grace Thurmon (*pro hac vice*)
Bo Yan Moran (*pro hac vice*)
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
E-mail: MThurmon@perkinscoie.com
E-mail: BMoran@perkinscoie.com

Gabriella Romanos Abihabib (*pro hac vice*)
**Perkins Coie LLP**
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649
E-mail: GRomanos@perkinscoie.com

*Attorneys for Plaintiffs*

Sasha Buchert (*pro hac vice*)
**Lambda Legal Defense and Education Fund, Inc.**

ORDER GRANTING
PLAINTIFFS' MOTION TO
EXPEDITE  CASE NO. 2:25-
CV-241-BHS  - 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

815 16th St. NW, Suite 4140
Washington, DC 20006
Telephone: 202.804.6245
Facsimile: 855.535.2236
E-mail: SBuchert@lambdalegal.org
Jennifer C. Pizer (*pro hac vice*)
**Lambda Legal Defense and
Education Fund, Inc.**
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Telephone: 213.382.7600
Facsimile: 855.535.2236
E-mail: JPizer@lambdalegal.org

Camilla B. Taylor (*pro hac vice*)
Kenneth Dale Upton, Jr. (*pro hac vice*)
**Lambda Legal Defense and
Education Fund, Inc.**
3656 N Halsted St.
Chicago, IL 60613
Telephone: 312.663.4413
Facsimile: 855.535.2236
E-mail: CTaylor@lambdalegal.org
E-mail: KUpton@lambdalegal.org

Omar Gonzalez-Pagan (*pro hac vice*)
**Lambda Legal Defense and
Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585
Facsimile: 855.535.2236
E-mail: OGonzalez-
Pagan@lambdalegal.org

Kell Olson (*pro hac vice*)
**Lambda Legal Defense and
Education Fund, Inc.**
3849 E Broadway Blvd, #136
Tucson, AZ 85716
Telephone: 323.370.6915
Facsimile: 855.535.2236
E-mail: KOlson@lambdalegal.org

*Attorneys for Plaintiffs*

Sarah Warbelow (*pro hac vice*)
Cynthia Weaver (*pro hac vice*)
Ami Patel (*pro hac vice*)
**Human Rights Campaign
Foundation**

ORDER GRANTING
PLAINTIFFS' MOTION TO
EXPEDITE  CASE NO. 2:25-
CV-241-BHS  - 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and
Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign
Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

1640 Rhode Island Ave. N.W.
Washington, DC 20036
Telephone: 202.527.3669
Facsimile: 202.347.5323
E-mail: Sarah.Warbelow@hrc.org
E-mail: Cynthia.Weaver@hrc.org
E-mail: Ami.Patel@hrc.org

*Attorneys for Plaintiffs*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING
PLAINTIFFS' MOTION TO
EXPEDITE  CASE NO. 2:25-
CV-241-BHS  - 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and
Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign
Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762