WAWD – Praecipe (Revised 6/2021)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COMMANDER EMILY SHILLING, et al., <br><br> Plaintiff(s), <br> v. <br> UNITED STATES OF AMERICA, et al., <br><br> Defendant(s). | CASE NO. 2:25-cv-241-BHS <br><br> PRAECIPE |

To the Clerk of the above-entitled court:
You will please:

correct, per the amended filing, two instances of mistaken "close of discovery" dates. Specifically changing the identified "close of discovery" date from March 26, 2026 to May 31, 2026 in paragraphs 5E and 6, to align with all other instances of an identified "close of discovery" date in the filing.

| | |
|---|---|
| 9/18/2025 <br> Dated | /s/ Matthew P. Gordon <br> Sign or use an "s/" and your name |
| | 1201 Third Avenue, Suite 4900 <br> Seattle, Washington 98101-3099 <br> Telephone: 206.359.8000 <br> Facsimile: 206.359.9000 <br><br> Name, Address, and Phone number of Counsel or Pro Se |

PRAECIPE - 1