THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COMMANDER EMILY SHILLING, et al.,

    *Plaintiffs,*

    v.

UNITED STATES OF AMERICA; et al.,

    *Defendants.*

No. 2:25-cv-241-BHS

**STIPULATION OF DISMISSAL OF PLAINTIFF JANE DOE WITH PREJUDICE, OR, IN THE ALTERNATIVE, JOINT MOTION TO DROP PARTY**

## I.    INTRODUCTION

Plaintiffs and Defendants, through the undersigned, hereby stipulate and agree that Plaintiff Jane Doe may be dismissed from the above-captioned matter with prejudice and without costs or attorneys' fees. Dismissal under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure is therefore appropriate. In the alternative, Plaintiffs and Defendants request that the Court drop Plaintiff Jane Doe as a party pursuant to Rule 21 of the Federal Rules of Civil Procedure.

## II.    ARGUMENT

**A.  Stipulation of Dismissal of Plaintiff Jane Doe under Rule 41(a)(1)(A)(ii).**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants, through the undersigned, hereby stipulate and agree that Plaintiff Jane Doe may be

STIPULATION OF DISMISSAL
OF PARTY OR JOINT MOTION
TO DROP PARTY
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: 202.568.5762

dismissed from the above-captioned matter with prejudice and without costs or attorneys' fees. Dismissal under Rule 41(a)(1)(A)(ii) is therefore appropriate.

### B. In the Alternative, Drop Plaintiff Jane Doe as a Party under Rule 21.

As an alternative form of relief, Plaintiffs and Defendants ask the Court to drop Plaintiff Jane Doe as a party pursuant to Rule 21 of the Federal Rules of Civil Procedure. Rule 21 provides in relevant part, "On motion or on its own, the court may at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21. Although the typical ground for dropping a party is to cure a misjoinder, the "application of Rule 21 has not been limited" to such cases, and the "scope and application of Rule 21 is extremely broad." 7 Charles Alan Wright & Arthur R. Miller, *Federal Practice & Procedure* § 1682 (3d ed.) (collecting cases). It is "well settled" that Rule 21 authorizes courts to drop a party "at any time," so long as doing so would not prejudice any of the remaining parties. *Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S. 826, 832, 838 (1989).

Some courts have held that Rule 21 rather than Rule 41 is the appropriate vehicle for dismissing a claim as to fewer than all defendants. *Harvey Aluminum, Inc. v. Am. Cyanamid Co.*, 203 F.2d 105, 108 (2d Cir. 1953) ("Rule 41(a) 1 provides for the voluntary dismissal of an 'action' not a 'claim'; the work [sic] 'action' as used in the Rules denotes the entire controversy, whereas 'claim' refers to what has traditionally been termed 'cause of action.' Rule 21 . . . is the one under which any action to eliminate Reynolds as a party should be taken."); *but see Weinstein v. 440 Corp.*, 146 F.4th 1046, 1051 (11th Cir. 2025) ("A single plaintiff *or* a single defendant may be dismissed from a lawsuit pursuant to Rule 41(a) if (and only if) all claims involving the dismissed party are also dismissed."); *Giesecke+Devrient GmbH v. US*, 2022 WL 4362010, at *6 (U.S. Ct. Fed. Claims Sept. 20, 2022) (discussing the use of Rule 21 versus Rule 41 to remove a party and holding that Rule 41 is the appropriate vehicle for party removal). Under Rule 21, dropping a party is "left to the sound discretion of the trial court." *Lampliter Dinner Theater, Inc. v. Liberty Mut. Ins. Co.*, 792 F.2d 1036, 1045 (11th Cir. 1986).

STIPULATION OF DISMISSAL
OF PARTY OR JOINT MOTION
TO DROP PARTY - 2
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: 202.568.5762

If the Court deems a motion under Rule 21 the appropriate vehicle to remove Plaintiff Jane Doe as a party, the parties ask the Court to order this alternative relief. So long as the Court's order provides for voluntary dismissal of Plaintiff Jane Doe from the lawsuit, "it may not be material whether the court acts under . . . Rule 21 which concerns misjoinder, or Rule 41(a)(2)." *Johnson v. Cartwright*, 355 F.2d 32, 39 (8th Cir. 1966).

### III.   CONCLUSION

For all the reasons stated above, the parties stipulate to dismissal of Plaintiff Jane Doe under Rule 41(a)(1)(A)(ii), or, in the alternative, respectfully request that the Court drop Plaintiff Jane Doe as a party.

DATED this 19th day of March 2026.

STIPULATION OF DISMISSAL
OF PARTY OR JOINT MOTION
TO DROP PARTY - 3
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and
Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights Campaign
Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: 202.568.5762

*Presented by:*

By:   */s/ Matthew P. Gordon*
     Matthew P. Gordon, WSBA No. 41128
     **Perkins Coie LLP**
     1201 Third Avenue, Suite 4900
     Seattle, Washington 98101-3099
     Telephone: 206.359.8000
     Facsimile: 206.359.9000
     E-mail: MGordon@perkinscoie.com

     Mary Grace Thurmon (*pro hac vice*)
     Bo Yan Moran (*pro hac vice*)
     **Perkins Coie LLP**
     3150 Porter Drive
     Palo Alto, CA 94304-1212
     Telephone: 650.838.4300
     Facsimile: 650.838.4350
     E-mail: MThurmon@perkinscoie.com
     E-mail: BMoran@perkinscoie.com

     Gabriella Romanos Abihabib (*pro hac vice*)
     **Perkins Coie LLP**
     1155 Avenue of the Americas, 22nd Floor
     New York, NY 10036-2711
     Telephone: 212.262.6900
     Facsimile: 212.977.1649
     E-mail: GRomanos@perkinscoie.com

     Sasha Buchert (*pro hac vice*)
     **Lambda Legal Defense and Education Fund, Inc.**
     815 16th St. NW, Suite 4140
     Washington, DC 20006
     Telephone: 202.804.6245
     Facsimile: 855.535.2236
     E-mail: SBuchert@lambdalegal.org

     Jennifer C. Pizer (*pro hac vice*)
     **Lambda Legal Defense and Education Fund, Inc.**
     800 South Figueroa Street, Suite 1260
     Los Angeles, CA 90017
     Telephone: 213.382.7600
     Facsimile: 855.535.2236
     E-mail: JPizer@lambdalegal.org

By:   */s/ M. Jared Littman*
     BRETT A. SHUMATE
     Assistant Attorney General

     ALEXANDER K. HAAS
     Director, Federal Programs Branch

     JEAN LIN
     Special Litigation Counsel

     M. JARED LITTMAN
     ELIZABETH B. LAYENDECKER
     ROBERT C. BOMBARD
     Trial Attorneys
     United States Department of Justice
     Civil Division, Federal Programs Branch
     1100 L Street NW
     Washington, DC 20005
     Telephone: 202.616.8489
     Facsimile: 202.514.1359
     Jared.Littman2@usdoj.gov
     Elizabeth.B.Layendecker@usdoj.gov
     Robert.Bombard2@usdoj.gov

     *Attorneys for Defendants*

STIPULATION OF DISMISSAL
OF PARTY OR JOINT MOTION
TO DROP PARTY - 4
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: 202.568.5762

Camilla B. Taylor (*pro hac vice*)
Kenneth Dale Upton, Jr. (*pro hac vice*)
**Lambda Legal Defense and
Education Fund, Inc.**
3656 N Halsted St.
Chicago, IL 60613
Telephone: 312.663.4413
Facsimile: 855.535.2236
E-mail: CTaylor@lambdalegal.org
E-mail: KUpton@lambdalegal.org

Omar Gonzalez-Pagan (*pro hac vice*)
**Lambda Legal Defense and
Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585
Facsimile: 855.535.2236
E-mail: OGonzalez-
Pagan@lambdalegal.org

Kell Olson (*pro hac vice*)
**Lambda Legal Defense and
Education Fund, Inc.**
3849 E Broadway Blvd, #136
Tucson, AZ 85716
Telephone: 323.370.6915
Facsimile: 855.535.2236
E-mail: KOlson@lambdalegal.org

Cynthia Cheng-Wun Weaver (*pro hac
vice*)
Ami Patel (*pro hac vice*)
**Human Rights Campaign
Foundation**
1640 Rhode Island Ave. N.W.
Washington, DC 20036
Telephone: 202.527.3669
Facsimile: 202.347.5323
E-mail: Cynthia.Weaver@hrc.org
E-mail: Ami.Patel@hrc.org

*Attorneys for Plaintiffs*

STIPULATION OF DISMISSAL
OF PARTY OR JOINT MOTION
TO DROP PARTY - 5
CASE NO. 2:25-CV-241-BHS

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and
Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585

**Human Rights Campaign
Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: 202.568.5762