THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COMMANDER EMILY SHILLING, et al., | No. 2:25-cv-241-BHS |
| Plaintiffs, | NOTICE PURSUANT TO THE COURT'S ORDER |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Pursuant to the Court's March 4, 2025 Minute Order, Defendants hereby provide the following policies and guidance implementing the challenged Department of War policy of February 26, 2025, with the new items in **bold**:

| 28 Jan 2025 | Dep't of the Navy, Navy Recruiting Command, *Decision Guidance Memorandum #N00-30: Processing of Applicants Identifying as Transgender*.[1] |
|---|---|
| 31 Jan 2025 | Secretary of Defense, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*.[2] |
| 04 Feb 2025 | Dep't of the Air Force, Office of the Assistant Secretary, *Implementation of Executive Order 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*.[3] |

[1] ECF No. 58-1.

[2] ECF No. 58-2.

[3] *See* https://www.af.mil/News/Article-Display/Article/4054626/daf-releases-memorandum-on-implementation-of-executive-order-14168-defending-wo/

NOTICE PURSUANT TO THE
COURT'S ORDER
CASE NO. 2:25-CV-241-BHS

U.S. DEPARTMENT OF
JUSTICE
1100 L Street NW
Washington, DC 20530

| 04 Feb 2025 | Dep't of the Army, Office of the Assistant Secretary for Manpower and Reserve Affairs: *Implementing Guidance for Executive Order Defending Women*.[4] |
|---|---|
| 07 Feb 2025 | Secretary of Defense, *Prioritizing Military Excellence and Readiness*.[5] |
| 07 Feb 2025 | Dep't of the Army, *Implementation of Executive Orders Related to Transgender Military Service* ("EXORD 150-25").[6] |
| 14 Feb 2025 | Dep't of the Army, Fragmentary Order ("FRAGO") 1, amending EXORD 150-25 (above).[7] |
| 14 Feb 2025 | Defense Health Agency, Memorandum for Service Surgeon General, *Pause of Approved Supplemental Health Care Program (SHCP) Waivers for Gender Affirming Surgery*[20] |
| 26 Feb 2025 | Office of the Under Secretary of Defense for Personnel and Readiness, *Additional Guidance on Prioritizing Military Excellence and Readiness*.[8] |
| 28 Feb 2025 | Office of the Under Secretary of Defense for Personnel and Readiness, *Clarifying Guidance on Prioritizing Military Excellence and Readiness*.[9] |
| 01 Mar 2025 | Dep't of the Air Force, Acting Assistant Sec'y for Manpower & Readiness, *Additional Guidance for Executive Order 14183, 'Prioritizing Military Excellence and Readiness.'*[10] |
| 04 Mar 2025 | Office of the Under Secretary of Defense for Personnel and Readiness, *Clarifying Guidance on Prioritizing Military Excellence and Readiness: Retention and Accession Waivers*.[11] |
| 06 Mar 2025 | Sec'y of the Army, *Prioritizing Military Excellence and Readiness Implementation Guidance*.[12] |
| 07 Mar 2025 | Dep't of the Army, *Implementing Guidance for Executive Order* (EXORD 175-25) (superseding EXORD 150-25, above).[13] |
| 13 Mar 2025 | Sec'y of the Navy, *Initial Direction on Prioritizing Military Excellence and Readiness*. (ALNAV 023/25) [14] |
| 13 Mar 2025 | Chief of Naval Operations, *Initial Execution Related to Prioritizing Military Excellence and Readiness* (NAVADMIN 055/25).[15] |

[4] ECF No. 58-3.

[5] ECF No. 58-4.

[6] ECF No. 58-5.

[7] ECF No. 58-6.

[20]ECF No. 134-1

[8] ECF No. 58-7.

[9] ECF No. 58-8.

[10] ECF No. 58-9.

[11] ECF No. 64-1.

[12] ECF No. 68-1.

[13] ECF No. 68-2.

[14] ECF No. 75-1.

[15] ECF No. 79-1.

NOTICE PURSUANT TO THE
COURT'S ORDER
CASE NO. 2:25-CV-241-BHS

U.S. DEPARTMENT OF
JUSTICE
1100 L Street NW
Washington, DC 20530

| 14 Mar 2025 | Commandant of the Marine Corps, *Initial Guidance on Prioritizing Military Excellence and Readiness*. (MARADMINS 128/25). [16] |
|---|---|
| 21 Mar 2025 | Office of the Under Secretary of Defense for Personnel & Readiness, *Prioritizing Military Excellence and Readiness: Military Department Identification*.[17] |
| 21 Mar 2025 | Office of the Under Secretary of Defense for Personnel & Readiness, *Compliance with Federal Court Order in Talbott v. United States*, No. 25-cv-00240 (D.D.C.)[18] |
| 28 Mar 2025 | Office of the Under Secretary of Defense for Personnel and Readiness, *Compliance with Federal Court Order in Shilling v. United States*, No. 25-cv-241-BHS (W.D. Wash.)[19] |
| 29 Mar 2025 | Sec'y of the Navy, *Implementation of ALNAV 023/25* (ALNAV 025/25)[21] |
| 02 Apr 2025 | Acting Assistant Sec'y of the Air Force for Manpower and Reserve Affairs, *Implementation of "Additional Guidance for Executive Order 14183, 'Prioritizing Military Excellence and Readiness,'" 1 March 2025*[22] |
| 02 Apr 2025 | Dep't of the Army, FRAGO 1 TO HQDA EXORD 175-25, *Implementation Guidance for Executive Order (EO) 14183: "Prioritizing Military Excellence and Readiness"*[23] |
| 08 May 2025 | Secretary of Defense, *Implementing Policy on Prioritizing Military Excellence and Readiness*[24] |
| 09 May 2025 | Acting Assistant Sec'y of the Air Force for Manpower and Reserve Affairs, *DAF Implementing Policy on Prioritizing Military Excellence and Readiness*[25] |
| 12 May 2025 | Sec'y of the Navy, *Implementing Policy on Prioritizing Military Excellence and Readiness* (ALNAV 038/25)[26] |
| 15 May 2025 | Office of the Under Secretary of Defense for Personnel and Readiness, *Prioritizing Military Excellence and Readiness: Implementation Guide*[27] |
| 19 May 2025 | Chief of Naval Operations, *Implementing Policy on Prioritizing Military Excellence and Readiness – Voluntary Separations* (NAVADMIN 111/25)[28] |

[16] ECF No. 77-1.

[17] ECF No. 92-1.

[18] ECF No. 94-1.

[19] ECF No. 107-1.

[21] ECF No. 134-2

[22] ECF No. 134-3

[23] ECF No. 134-4

[24] ECF No. 134-5

[25] ECF No. 134-6

[26] ECF No. 134-7

[27] ECF No. 134-8

[28] ECF No. 134-9

NOTICE PURSUANT TO THE
COURT'S ORDER
CASE NO. 2:25-CV-241-BHS

U.S. DEPARTMENT OF
JUSTICE
1100 L Street NW
Washington, DC 20530

| 20 May 2025 | Dep't of the Army, FRAGO 2 to HQDA EXORD 175-25, *Implementation Guidance for Executive Order (EO) 14183: "Prioritizing Military Excellence and Readiness"*[29] |
| --- | --- |
| 22 May 2025 | Commandant of the Marine Corps, *Implementing Policy on Prioritizing Military Excellence and Readiness Voluntary Separations* (MARADMIN 239/25)[30] |
| 23 May 2025 | Acting Assistant Sec'y of the Air Force for Manpower and Reserve Affairs, *Additional DAF Implementing Policy on Prioritizing Military Excellence and Readiness*[31] |
| 23 May 2025 | Acting Assistant Sec'y of the Air Force for Manpower and Reserve Affairs, *DAF Guidance on Retention and Accession Waivers*[32] |
| 03 Jun 2025 | Assistant Sec'y of the Navy for Manpower and Reserve Affairs *Additional Direction Concerning Voluntary Separation Under ALNAV 038/25*[33] |
| 04 Jun 2025 | Chief of Naval Operations, *Update Implementing Policy on Prioritizing Military Excellence and Readiness – Voluntary Separations* (NAVADMIN 124/25)[34] |
| 10 Jun 2025 | Dep't of the Army, **Corrected Copy** FRAGO 3 to HQDA EXORD 175-25, *Implementation Guidance for Executive Order (EO) 14183: "Prioritizing Military Excellence and Readiness"*[35] |
| 13 Jun 2025 | Defense Health Agency, Memorandum for Directors, Defense Health Networks, *Defense Health Agency (DHA) Transition of Gender Dysphoria Care from the Military Medical Treatment Facilities (MTFs) to the Private Sector*[36] |
| 16 Jun 2025 | Assistant Deputy Commandant of the Marine Corps for Manpower and Reserve Affairs, *Update to Implementing Policy on Prioritizing Military Excellence and Readiness Voluntary Separations* (MARADMIN 279/25) [37] |
| 03 Jul 2025 | Sec'y of the Navy, *Direction Concerning Involuntary Separation Under Department of Defense Policy on Prioritizing Military Excellence and Readiness*[38] |
| 22 Jul 2025 | Dep't of the Army, FRAGO 4 to HQDA EXORD 175-25, *Implementation Guidance for Executive Order (EO) 14183: "Prioritizing Military Excellence* |

[29] ECF No. 134-10

[30] ECF No. 134-11

[31] ECF No. 134-12

[32] ECF No. 134-13

[33] ECF No. 134-14

[34] ECF No. 134-15

[35] ECF No. 134-16

[36] ECF No. 134-17

[37] ECF No. 134-18

[38] ECF No. 134-19

NOTICE PURSUANT TO THE
COURT'S ORDER
CASE NO. 2:25-CV-241-BHS

U.S. DEPARTMENT OF
JUSTICE
1100 L Street NW
Washington, DC 20530

| | |
|---|---|
| | *and Readiness"*[39] |
| 12 Aug 2025 | Performing the Duties of the Assistant Sec'y of the Air Force for Manpower and Reserve Affairs, *Department of the Air Force Guidance Memorandum (DAFGM) to DAFI 36-3211, Military Separations*[40] |
| 14 Aug 2025 | Performing the Duties of the Assistant Sec'y of the Air Force for Manpower and Reserve Affairs, *Additional DAF Implementing Policy on Prioritizing Excellence and Readiness – General Guidelines for Involuntary Separation*[41] |
| **19 Sep 2025** | **Department of the Air Force, Office of the Chief of Staff, *Consolidated Disposition Authority Designation for Involuntary Separations Under Department of Defense Policy on Prioritizing Military Excellence and Readiness*[42]** |
| **01 Oct 2025** | **Department of the Navy, Office of the Assistant Secretary of the Navy (Manpower and Reserve Affairs), Memorandum for Chief of Naval Operations, Commandant of the Marine Corps, Consolidated Disposition Authority *Prioritizing Excellence and Readiness – Involuntary Separations*[43]** |
| **08 Oct 2025** | **Under Secretary of War, Memorandum for Secretaries of the Military Departments Director, Department of War Financial Accounting Service, *Prioritizing Military Excellence and Readiness: Additional Implementation Guidance on Administrative Separations*[44]** |
| **20 Nov 2025** | **Department of the Army, FRAGO 5 to HQDA EXORD 175-25, *Implementation Guidance for Executive Order (EO) 14183: "Prioritizing Military Excellence and Readiness"*[45]** |
| **09 Jan 2026** | **Department of the Air Force, Office of the Assistant Secretary, "Department of the Air Force Guidance Memorandum (DAFGM) to DAFI 36-3211, *Military Separations*"[46]** |
| **04 Feb 2026** | **Department of the Navy, Office of the Assistant Secretary of the Navy (Manpower and Reserve Affairs), Memorandum for Chief of Naval Personnel, Deputy Commandant of the Marine Corps for Manpower and Reserve Affairs, "Payments for Service Members Requesting Separation Pursuant to ALNAV 038/25"[47]** |
| **18 Feb 2026** | **Department of the Air Force, Office of the Assistant Secretary, "Department of the Air Force Guidance Memorandum (DAFGM) to** |

---

[39] ECF No. 134- 20

[40] ECF No. 134-21

[41] ECF No. 134-22

**[42] Exhibit 1**

**[43] Exhibit 2**

**[44] Exhibit 3**

**[45] Exhibit 4**

**[46] Exhibit 5**

**[47] Exhibit 6**

NOTICE PURSUANT TO THE
COURT'S ORDER
CASE NO. 2:25-CV-241-BHS

U.S. DEPARTMENT OF
JUSTICE
1100 L Street NW
Washington, DC 20530

| | |
|---|---|
| | **DAFI 36-3211,** *Military Separations*"[48] |
| 06 Mar 2026 | Secretary of the Navy, *Implementing Policy on Prioritizing Military Excellence and Readiness for Involuntary Separation Guidance* (ALNAV 011/26)[49] |
| 07 Apr 2026 | Department of the Navy, Office of the Chief of Naval Operations, Decision Guidance Memorandum 002, "Delaying and Withholding Promotions and Advancements for Service Members Identified for Voluntary Separation Under ALNAV 038/25"[50] |
| 07 Apr 2026 | Department of the Navy, Office of the Chief of Naval Operations, Decision Guidance Memorandum 003, "Stop Orders for Consolidated Disposition Authority Referrals"[51] |
| 07 Apr 2026 | Department of the Navy, Office of the Chief of Naval Operations, Decision Guidance Memorandum 004, "Cease Bonus Disbursements for Service Members Identified for Voluntary Separation Under ALNAV 038/25"[52] |
| 07 Apr 2026 | National Guard Bureau, "Updated Army National Guard (ARNG) Implementing Guidance for *"Prioritizing Military Excellence and Readiness"* (PPOM 25-015e)[53] |
| 23 Apr 2026 | Commandant of the Marine Corps, *Implementing Policy on Prioritizing Military Excellence and Readiness for the Identification, Processing, and Involuntary Separation of Marines* (MARADMINS 189/26)[54] |
| 24 Apr 2026 | Chief of Naval Operations, *Implementing Policy on Prioritizing Military Excellence and Readiness – Involuntary Separations* (NAVADMIN 098/26)[55] |

---

[48] **Exhibit 7**

[49] **Exhibit 8**

[50] **Exhibit 9**

[51] **Exhibit 10**

[52] **Exhibit 11**

[53] **Exhibit 12**

NOTICE PURSUANT TO THE
COURT'S ORDER
CASE NO. 2:25-CV-241-BHS

U.S. DEPARTMENT OF
JUSTICE
1100 L Street NW
Washington, DC 20530

DATE: May 8, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel

/s/ *Robert C. Bombard*
ROBERT C. BOMBARD
M. JARED LITTMAN
ELIZABETH B. LAYENDECKER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: 202.598.9809
robert.bombard2@usdoj.gov
jared.littman2@usdoj.gov
elizabeth.b.layendecker@usdoj.gov

*Counsel for Defendants*

[54] **Exhibit 13**
[55] **Exhibit 14**

NOTICE PURSUANT TO THE
COURT'S ORDER
CASE NO. 2:25-CV-241-BHS

U.S. DEPARTMENT OF
JUSTICE
1100 L Street NW
Washington, DC 20530