

**DEPARTMENT OF THE AIR FORCE**
OFFICE OF THE CHIEF OF STAFF
UNITED STATES AIR FORCE
WASHINGTON DC 20330

SEP 19 2025

MEMORANDUM FOR AFDW/CC

SUBJECT: Consolidated Disposition Authority Designation for Involuntary Separations Under Department of Defense Policy on Prioritizing Military Excellence and Readiness

References: (a) SAF/MR Memorandum, "Additional DAF Implementing Policy on Prioritizing Military Excellence and Readiness – General Guidelines for Involuntary Separation," 14 August 2025
(b) Department of the Air Force Guidance Memorandum (DAFGM) to DAFI 36-3211, *Military Separations,* 14 August 2025

Per reference (a), you are designated as the Consolidated Disposition Authority (CDA) for all Department of the Air Force uniformed members who are subject to mandatory processing for separation from service under procedures established by reference (b).

As the CDA, you will exercise authority over all qualifying Air Force and Space Force personnel for the purposes of involuntary separation procedures under reference (b), and you will serve as the officer show cause authority and the enlisted separation initiating authority. The Secretary of the Air Force shall remain the separation authority for all separations, both officers and enlisted unless delegated.

As the CDA, you will develop the necessary processes to execute the involuntary separation procedures in accordance with reference (b).

In furtherance of this task, the Chief of Space Operations (CSO), Assistant Secretary of the Air Force for Manpower and Reserve Affairs (SAF/MR), Deputy Chief of Staff for Manpower, Personnel, and Services (AF/A1), USSF Directorate of Manpower, Personnel and Services (SF/S1), Commander, Air Force Personnel Center (AFPC/CC), Surgeon General of the Air Force (AF/SG), and The Judge Advocate General of the Air Force (AF/JA), are notified by copy of this letter of your CDA designation and are prepared to provide resources and manpower, as necessary.

The point of contact for this matter is SAF/MRM, 703-614-4751.

DAVID W. ALLVIN
General, USAF
Chief of Staff

cc:
CSO
SAF/MR
SAF/GC
AF/A1
SF/S1
AFPC/CC
AF/SG
AF/JA