

**DEPARTMENT OF THE NAVY**
OFFICE OF THE ASSISTANT SECRETARY
(MANPOWER AND RESERVE AFFAIRS)
1000 NAVY PENTAGON
WASHINGTON, D.C. 20350-1000

OCT 01 2025

MEMORANDUM FOR CHIEF OF NAVAL OPERATIONS
                   COMMANDANT OF THE MARINE CORPS
                   CONSOLIDATED DISPOSITION AUTHORITY

SUBJECT: Prioritizing Military Excellence and Readiness – Involuntary Separations

References: (a) Secretary of the Navy Memorandum, "Direction Concerning Involuntary
            Separation Under Department of Defense Policy on Prioritizing Military
            Excellence and Readiness," July 3, 2025
        (b) ALNAV 038/25, "Implementing Policy on Prioritizing Military Excellence and
            Readiness," May 12, 2025

      In accordance with references (a) and (b), all exceptions to policy (ETPs) permitting
Service members to adhere to sex-based military standards different from their sex were
cancelled. All Service members shall adhere to standards associated with their biological sex,
which is immutable and unchanging during a person's life. Commanders will enforce this
guidance for all assigned personnel.

      Not later than October 10, 2025, the Chief of Naval Personnel (CNP) and Deputy
Commandant for Manpower and Reserve Affairs (DC M&RA) will refer to the Consolidated
Disposition Authority (CDA) all cases of Service members not currently pending voluntary
separation who requested ETPs described above. CNP and DC M&RA will refer all other
Service members identified as non-compliant with medical standards in accordance with
reference (a) within 30 days of such identification.

                                 C. Scott Duncan
                                 Performing the Duties of the Assistant Secretary
                                 of the Navy (Manpower and Reserve Affairs)