# UNCLAS

# HQDA EXORD 175-25 (FRAGO 5) (CC2) IMPLEMENTATION GUIDANCE FOR

**Originator:** HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC

**TOR:** 11/20/2025 20:33:50

**DTG:** 202029Z Nov 25

**Prec:** Priority

**DAC:** General

**To:** ARLINGTON NATIONAL CEMETERY ARLINGTON VA, ARNG NGB COMOPS ARLINGTON VA, ARNG NGB J3 JOC WASHINGTON DC, ARNGRC ARLINGTON VA, ARNGRC WATCH ARLINGTON VA, CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX, CDR ARMY FUTURES COMMAND AUSTIN TX, CDR ATEC ABERDEEN PROVING GROUND MD, CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC, CDR MDW J3 FT MCNAIR DC, CDR MDW JFHQ-NCR FT MCNAIR DC, CDR NETCOM 9THSC FT HUACHUCA AZ, CDR TRADOC CG FT EUSTIS VA, CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA, CDR USAR NORTH FT SAM HOUSTON TX, CDR USARCENT SHAW AFB SC, CDR USAREUR-AF WIESBADEN GE, CDR USASOC COMMAND CENTER FT BRAGG NC, CDR USASOC FT BRAGG NC, CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC, CDRAMC REDSTONE ARSENAL AL, CDRFORSCOM FT BRAGG NC, CDRHRC G3 DCSOPS FT KNOX KY, CDRINSCOM FT BELVOIR VA, CDRINSCOM FT BELVOIR VA, CDRINSCOMIOC FT BELVOIR VA, CDRINSCOMIOC FT BELVOIR VA, CDRMDW WASHINGTON DC, CDRUSACE WASHINGTON DC, CDRUSACIDC FT BELVOIR VA, CDRUSACYBER FT GORDON GA, CDRUSAEIGHT G3 CUROPS SEOUL KOR, CDRUSAEIGHT SEOUL KOR, CDRUSAMEDCOM FT SAM HOUSTON TX, CDRUSARC G33 READ FT BRAGG NC, CDRUSAREC FT KNOX KY, CDRUSARPAC CG FT SHAFTER HI, CDRUSARPAC FT SHAFTER HI, COMDT USAWC CARLISLE BARRACKS PA, HQ IMCOM FT SAM HOUSTON TX, HQ INSCOM IOC FT BELVOIR VA, HQ SDDC CMD GROUP SCOTT AFB IL, HQ SDDC OPS MSG CNTR SCOTT AFB IL, HQ USARSO FT SAM HOUSTON TX, HQ USARSO G3 FT SAM HOUSTON TX, HQDA EXEC OFFICE WASHINGTON DC, HQDA IMCOM OPS DIV WASHINGTON DC, HQDA SEC ARMY WASHINGTON DC, HQDA SECRETARIAT WASHINGTON DC, HQDA SURG GEN WASHINGTON DC, MEDCOM HQ EOC FT SAM HOUSTON TX, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NGB WASHINGTON DC, SMDC ARSTRAT CG ARLINGTON VA, SMDC ARSTRAT G3 ARLINGTON VA, SUPERINTENDENT USMA WEST POINT NY, SURGEON GEN FALLS CHURCH VA, USAR AROC FT BRAGG NC, USAR CMD GRP FT BRAGG NC, USAR DCS G33 OPERATIONS FT BRAGG NC, USARCENT G3 FWD, USARPAC COMMAND CENTER FT SHAFTER HI

**CC:** HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC, HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC, HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC, HQDA ARMY STAFF WASHINGTON DC, HQDA CSA WASHINGTON DC

```
PAAUZYUW RUIAAAA3035 3242033-UUUU--RUIAAAA RUEADWD.
ZNR UUUUU ZUI RUEWMCM7343 3242033
P 202029Z NOV 25
FM HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC
TO RUIAAAA/ARLINGTON NATIONAL CEMETERY ARLINGTON VA
RUIAAAA/ARNG NGB COMOPS ARLINGTON VA
RUIAAAA/ARNG NGB J3 JOC WASHINGTON DC
RUIAAAA/ARNGRC ARLINGTON VA
RUIAAAA/ARNGRC WATCH ARLINGTON VA
RUIAAAA/CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX
RUIAAAA/CDR ARMY FUTURES COMMAND AUSTIN TX
RUIAAAA/CDR ATEC ABERDEEN PROVING GROUND MD
RUIAAAA/CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC
RUIAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC
RUIAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC
RUIAAAA/CDR MDW J3 FT MCNAIR DC
RUIAAAA/CDR MDW JFHQ-NCR FT MCNAIR DC
RUIAAAA/CDR NETCOM 9THSC FT HUACHUCA AZ
RUIAAAA/CDR TRADOC CG FT EUSTIS VA
RUIAAAA/CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA
RUIAAAA/CDR USAR NORTH FT SAM HOUSTON TX
RUIAAAA/CDR USARCENT SHAW AFB SC
RUIAAAA/CDR USAREUR-AF WIESBADEN GE
RUIAAAA/CDR USASOC COMMAND CENTER FT BRAGG NC
RUIAAAA/CDR USASOC FT BRAGG NC
RUIAAAA/CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC
RUIAAAA/CDRAMC REDSTONE ARSENAL AL
RUIAAAA/CDRFORSCOM FT BRAGG NC
```

# UNCLAS

# UNCLAS

```
RUIAAAA/CDRHRC G3 DCSOPS FT KNOX KY
RUIAAAA/CDRINSCOM FT BELVOIR VA
RUEPINM/CDRINSCOM FT BELVOIR VA
RUIAAAA/CDRINSCOMIOC FT BELVOIR VA
RUEPINF/CDRINSCOMIOC FT BELVOIR VA
RUIAAAA/CDRMDW WASHINGTON DC
RUIAAAA/CDRUSACE WASHINGTON DC
RUIAAAA/CDRUSACIDC FT BELVOIR VA
RUIAAAA/CDRUSACYBER FT GORDON GA
RUIAAAA/CDRUSAEIGHT G3 CUROPS SEOUL KOR
RUIAAAA/CDRUSAEIGHT SEOUL KOR
RUIAAAA/CDRUSAMEDCOM FT SAM HOUSTON TX
RUIAAAA/CDRUSARC G33 READ FT BRAGG NC
RUIAAAA/CDRUSAREC FT KNOX KY
RUIAAAA/CDRUSARPAC CG FT SHAFTER HI
RUIAAAA/CDRUSARPAC FT SHAFTER HI
RUIAAAA/COMDT USAWC CARLISLE BARRACKS PA
RUIAAAA/HQ IMCOM FT SAM HOUSTON TX
RUEPHII/HQ INSCOM IOC FT BELVOIR VA
RUIAAAA/HQ SDDC CMD GROUP SCOTT AFB IL
RUIAAAA/HQ SDDC OPS MSG CNTR SCOTT AFB IL
RUIAAAA/HQ USARSO FT SAM HOUSTON TX
RUIAAAA/HQ USARSO G3 FT SAM HOUSTON TX
RUEADWD/HQDA EXEC OFFICE WASHINGTON DC
RUEADWD/HQDA IMCOM OPS DIV WASHINGTON DC
RUEADWD/HQDA SEC ARMY WASHINGTON DC
RUEADWD/HQDA SECRETARIAT WASHINGTON DC
RUEADWD/HQDA SURG GEN WASHINGTON DC
RUIAAAA/MEDCOM HQ EOC FT SAM HOUSTON TX
RUIAAAA/NETCOM G3 CURRENT OPS FT HUACHUCA AZ
RUIAAAA/NGB WASHINGTON DC
RUIAAAA/SMDC ARSTRAT CG ARLINGTON VA
RUIAAAA/SMDC ARSTRAT G3 ARLINGTON VA
RUIAAAA/SUPERINTENDENT USMA WEST POINT NY
RUEAUSA/SURGEON GEN FALLS CHURCH VA
RUIAAAA/USAR AROC FT BRAGG NC
RUIAAAA/USAR CMD GRP FT BRAGG NC
RUIAAAA/USAR DCS G33 OPERATIONS FT BRAGG NC
RUIAAAA/USARCENT G3 FWD
RUIAAAA/USARPAC COMMAND CENTER FT SHAFTER HI
INFO RUIAAAA/HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC
RUEADWD/HQDA ARMY STAFF WASHINGTON DC
RUEADWD/HQDA CSA WASHINGTON DC
BT
UNCLAS
SUBJ/HQDA EXORD 175-25 (FRAGO 5) (CC2) IMPLEMENTATION GUIDANCE FOR
EXECUTIVE ORDER (EO) 14183: "PRIORITIZING MILITARY EXCELLENCE AND
READINESS"
UNCLASSIFIED//

(U) SUBJECT: ***CORRECTED COPY 2*** FRAGO 5 TO HQDA EXORD 175-25
IMPLEMENTATION GUIDANCE FOR EXECUTIVE ORDER (EO) 14183: "PRIORITIZING
MILITARY EXCELLENCE AND READINESS"//

(U) REFERENCES:
REF//A/ THROUGH REF//N/ NO CHANGE.
REF//O/ (U) [ADD] FRAGO 4 TO HQDA EXORD 175-25 IMPLEMENTATION
GUIDANCE
FOR EXECUTIVE ORDER (EO) 14183: "PRIORITIZING MILITARY EXCELLENCE AND
READINESS". DTG: 222013Z JUL 25//
```

# UNCLAS

**UNCLAS**

REF//P/ (U) [ADD] OFFICE OF THE UNDERSECRETARY OF WAR MEMORANDUM, "PRIORITIZING MILITARY EXCELLENCE AND READINESS: ADDITIONAL IMPLEMENTATION GUIDANCE ON ADMINISTRATIVE SEPARATIONS, DATED 08 OCTOBER 25//

NARR//(U) THIS IS FRAGO 5 TO HQDA EXORD 175-25 IMPLEMENTATION GUIDANCE
FOR EXECUTIVE ORDER (EO) 14183: PRIORITIZING MILITARY EXCELLENCE AND READINESS" PROVIDES UPDATED GUIDANCE AND EXTENDS THE EXPIRATION DATE OF HQDA EXORD 175-25 TO 30 SEPTEMBER 2030//

1. (U) SITUATION. NO CHANGE.

2. (U) MISSION. NO CHANGE.

3. (U) EXECUTION. NO CHANGE.

3.A. (U) INTENT.

3.A.1. THROUGH 3.A.5. NO CHANGE.

3.A.6. (U) [RESTATED] COMMANDERS WILL TAKE IMMEDIATE MEASURES TO UPDATE PERSONNEL RECORDS AND ADMINISTRATIVE SYSTEMS TO REFLECT BIOLOGICAL SEX FOR ALL INDIVIDUALS.

3.A.6.A. (U) [RESTATED] COMMANDERS WILL VERIFY AND ANNOTATE WITHIN ALL SEPARATION ACTIONS THAT THE INDIVIDUAL BEING SEPARATED HAS HAD THEIR RECORDS UPDATED WITHIN IPPS-A TO REFLECT BIOLOGICAL SEX. AT A MINIMUM, COMMANDERS WILL ENSURE THAT THE INDIVIDUAL'S PERSONAL PROFILE
DATA REFLECTS THE BIOLOGICAL SEX. THE SOLDIER TALENT PROFILE (STP) WILL BE PROVIDED AS SUPPORTING DOCUMENTATION WITHIN THE SEPARATION ACTION. SEE ANNEX O (SEPARATIONS CHECKLIST) FOR FULL LIST OF REQUIRED DOCUMENTATION.

3.A.7. THROUGH 3.A.9. NO CHANGE.

3.A.10. (U) [RESTATED] THE PRIMARY MEANS OF IDENTIFYING INDIVIDUALS FOR INVOLUNTARY SEPARATION WILL BE THROUGH AN INDIVIDUAL MEDICAL READINESS (IMR) ASSESSMENT SUCH AS THE ANNUAL PERIODIC HEALTH ASSESSMENT (PHA) OR SOLDIER READINESS PROCESS(SRP). THE FIRST O5 COMMANDER WILL DIRECT AN IMR REVIEW WHEN THEY HAVE PERSONAL KNOWLEDGE OF INDIVIDUALS WITH GENDER DYSPHORIA. SUBORDINATE COMMANDERS MAY COORDINATE WITH THE FIRST 05 COMMANDER IN THEIR UNIT TO ASSIST WITH DIRECTING THE IMR FOR THOSE INDIVIDUALS WHO ARE DISQUALIFIED FOR MILITARY SERVICE.

3.A.10.A. (U) [RESTATED] COMMANDERS WILL NOT CONDUCT MASS DIRECTED SRP/PHA EVENTS FOR UNIT PERSONNEL FOR THE SOLE INTENT OF IDENTIFYING INDIVIDUALS WITH GENDER DYSPHORIA, AND COMMANDERS WILL NOT QUERY SUPPORTING MEDICAL PROVIDERS OR BEHAVIORAL HEALTH SPECIALISTS FOR CONSOLIDATED INFORMATION ABOUT THEIR UNIT PERSONNEL. COMMANDERS WILL NOT SUBMIT INDIVIDUALIZED COMMAND-DIRECTED BEHAVIORAL HEALTH CONSULTS FOR THE PURPOSES OF CONFIRMATION OF THE GENDER DYSPHORIA DIAGNOSIS UNLESS THE COMMANDER HAS PERSONAL KNOWLEDGE. THE COMMANDER MAY FOLLOW UP WITH THE MEDICAL PROVIDER TO DISCUSS THE INDIVIDUAL'S MEDICAL READINESS STATUS IN THE EVENT THAT IT IS NOT COMMUNICATED THROUGH THE PROFILING SYSTEM.

3.A.10.B. (U) [CHANGE TO READ] BEHAVIORAL HEALTH OFFICERS AND BEHAVIORAL HEALTH DEPARTMENT PROVIDERS (PSYCHIATRISTS, PSYCHOLOGISTS,

**UNCLAS**

SOCIAL WORKERS, AND PSYCHIATRIC MENTAL HEALTH NURSE PRACTITIONERS) ARE
NOT AUTHORIZED AS SIGNATURE AUTHORITIES FOR THE GENDER DYSPHORIA
MEDICAL VERIFICATION MEMO. SEE ANNEX M FOR AUTHORIZED MEDICAL
PROVIDERS FOR MEDICAL VERIFICATION. UPON COMMANDER'S VERIFICATION FROM
THE MEDICAL PROVIDER THAT THE INDIVIDUAL MEETS THE CRITERIA FOR
SEPARATION, THE FIRST O5 COMMANDER WILL NOTIFY THE INDIVIDUAL OF
DISQUALIFICATION FROM SERVICE AND INITIATE SEPARATION. COMMANDERS
SHOULD PROVIDE THIS NOTIFICATION UTILIZING THE TEMPLATE IN ANNEX P
(COMMANDER'S MEMO).

3.A.10.C. (U) [CHANGED TO READ] THE SOLDIER DOES NOT NEED TO BE
PRESENT FOR A CREDENTIALED PROVIDER TO CONDUCT AN IMR REVIEW. UPON
MEDICAL VERIFICATION, THE SEPARATION ACTION WILL INITIATE WITHIN IPPS-
A.

3.A.11. NO CHANGE.

3.A.12. (U) MEDICAL.

3.A.12.A. NO CHANGE.

3.A.14.B. NO CHANGE.

3.A.12.C. (U) [RESTATED FROM FRAGO 2] PERSONAL KNOWLEDGE WILL BE
BASED ON ONE OR MORE OF THE FOLLOWING CRITERIA: (1) AN INDIVIDUAL'S
PRIOR REQUEST FOR AN EXCEPTION TO POLICY (ETP) TO GROOMING STANDARDS
PURSUANT TO AD 2021-22; (2) AN INDIVIDUAL'S REQUEST FOR A MEDICAL
TREATMENT PLAN PURSUANT TO AD 2021-22; (3) AN INDIVIDUAL'S OPEN OR
OVERT CONDUCT OR STATEMENTS REGARDING THE SOLDIER'S GENDER DYSPHORIA
IN THE UNIT OR IN PUBLIC, INCLUDING ON SOCIAL MEDIA, THAT THE
SOLDIER'S COMMANDER HAS OBSERVED OR IS AWARE OF; OR (4) AN
INDIVIDUAL'S PRIVATE CONVERSATION WITH THE SOLDIER'S COMMANDER
DISCLOSING THE SOLDIER'S GENDER DYSPHORIA.

3.A.12.D. THROUGH 3.A.12.F. NO CHANGE.

3.A.12.G. (U) [CHANGE TO READ] EFFECTIVE 30 JUNE 2025, MEDPROS NOW
HOSTS AN UPDATED DD FORM 3024 PERIODIC HEALTH ASSESSMENT (PHA) TO
INCLUDE QUESTIONS ABOUT GENDER DYSPHORIA. MEDICAL PROVIDERS
CONDUCTING A PHA, SRP, OR INDIVIDUAL MEDICAL READINESS REVIEW WHO
IDENTIFY INDIVIDUALS WITH A CURRENT DIAGNOSIS OR HISTORY OF, OR
EXHIBITING SYMPTOMS CONSISTENT WITH, GENDER DYSPHORIA MUST IMMEDIATELY
NOTIFY THE INDIVIDUAL'S COMMANDER USING THE MEDICAL PROFILING SYSTEM.
THEY WILL ALSO COMPLETE A VERIFICATION MEMORANDUM UTILIZING THE
TEMPLATE AT ANNEX J AND PROVIDE IT TO THE SOLDIER'S COMMANDER.

3.A.12.G.1. (U) [CHANGE TO READ] MEDICAL PROVIDERS WHO ARE ASKED TO
PERFORM AN IMR REVIEW MAY UTILIZE THE ATTACHED GENDER DYSPHORIA
CLINICAL DECISION SUPPORT TOOL (ANNEX K) THAT OUTLINES CRITERIA FOR
THE DIAGNOSIS OF GENDER DYSPHORIA. IF UNCERTAINTY REMAINS AFTER
REVIEW OF THE MEDICAL DOCUMENTATION AND DISCUSSION WITH THE
INDIVIDUAL, THEN THE PROVIDER MAY REFER THE INDIVIDUAL TO A BEHAVIORAL
HEALTH PROVIDER FOR DIAGNOSTIC CLARIFICATION. FOR THE PURPOSES OF THIS
FRAGO, MEDICAL PROVIDERS WHO MAY PERFORM THE IMR REVIEW CONSIST OF THE
FOLLOWING PERSONNEL OR EQUIVALENT: PHYSICIAN, NURSE PRACTITIONER

# UNCLAS

(NP),
OR PHYSICIAN ASSISTANT (PA) CREDENTIALED TO PERFORM SOLDIER MEDICAL
READINESS ASSESSMENTS. BEHAVIORAL HEALTH OFFICERS AND BEHAVIORAL
HEALTH DEPARTMENT PROVIDERS (PSYCHIATRISTS, PSYCHOLOGISTS, SOCIAL
WORKERS, AND PSYCHIATRIC MENTAL HEALTH NURSE PRACTITIONERS) ARE NOT
AUTHORIZED AS SIGNATURE AUTHORITIES FOR THE GENDER DYSPHORIA MEDICAL
VERIFICATION MEMO. THE MEDICAL PROVIDER CAN BE EITHER MILITARY OR
CIVILIAN. SEE ANNEX M FOR AUTHORIZED MEDICAL PROVIDERS FOR MEDICAL
VERIFICATION.

3.A.12.G.2. (U) [RESTATED] WHEN A GENDER DYSPHORIA DIAGNOSIS IS
DOCUMENTED IN THE ELECTRONIC HEALTH RECORD, THE MEDICAL PROVIDER WILL
FOLLOW GUIDANCE PURSUANT TO 3.A.12.G. THE INFORMATION SHARED IN THE
PROFILE WILL FOLLOW THE MINIMUM NECESSARY RULE IAW DOD MANUAL 6025.18
AND WILL NOTE THAT THE SERVICE MEMBER IS NON-DEPLOYABLE IAW REFERENCE
AR 40-502.

3.A.12.H. THROUGH 3.A.14.M. NO CHANGE.

3.A.12.N. (U) [CHANGE TO READ] INDIVIDUALS MAY BE REFERRED TO THE DES
IF THEY HAVE A CO-MORBIDITY, OR OTHER QUALIFYING CONDITION, THAT IS
APPROPRIATE FOR DISABILITY EVALUATION PROCESSING IN ACCORDANCE WITH
AR
635-40, PRIOR TO THE COMPLETION OF THEIR SEPARATION PHYSICAL. FOR
CASES PROPERLY REFERRED TO DES FOR REVIEW OF A CO-MORBIDITY OR OTHER
QUALIFYING CONDITION, DES PROCESSING TAKES PRECEDENCE OVER VOLUNTARY
AND INVOLUNTARY SEPARATION PROCESSING.

3.A.12.N.1. NO CHANGE.

3.A.13. (U) INTIMATE SPACES. NO CHANGE.

3.A.14. (U) SEPARATION AUTHORITIES AND ADDITIONAL INSTRUCTIONS FOR
COMMANDERS.

3.A.14.A. NO CHANGE.

3.A.14.B. NO CHANGE.

3.A.14.C. (U) [CHANGE TO READ]. SEPARATION AUTHORITY FOR REGULAR
ARMY
(RA), UNITED STATES ARMY RESERVES (USAR) AND NATIONAL GUARD ENLISTED
PERSONNEL FOR ALL PHASES RESIDES WITH THE SECRETARY OF THE ARMY OR
HIS
DESIGNEE. NATIONAL GUARD OFFICER SEPARATION AUTHORITY FOR ALL PHASES
IS HELD AT THE NATIONAL GUARD BUREAU. CONSISTENT WITH OSD POLICY, THE
OFFICIAL APPROVING SEPARATIONS UNDER THIS POLICY MUST BE
PRESIDENTIALLY APPOINTED, SENATE-CONFIRMED.

3.A.14.D. THROUGH 3.A.14.K. NO CHANGE.

3.A.14.L. (U) [RESTATED] THIS GUIDANCE DOES NOT PRECLUDE APPROPRIATE
ADMINISTRATIVE OR DISCIPLINARY ACTION FOR INDIVIDUALS WHO REFUSE
LAWFUL ORDERS TO COMPLY WITH APPLICABLE STANDARDS OR OTHERWISE DO NOT
MEET STANDARDS FOR PERFORMANCE AND CONDUCT. THIS GUIDANCE DOES NOT
LIMIT A COMMANDER'S AUTHORITY TO FLAG, INVESTIGATE, OR PROCESS ANY
ACTION UNDER THE UNIFORM CODE OF MILITARY JUSTICE OR TAKE ANY ADVERSE
ADMINISTRATIVE ACTION.

3.A.14.M. THROUGH 3.A.14.S. NO CHANGE.

3.A.15. (U) WAIVERS.

# UNCLAS

**UNCLAS**

3.A.15.A. NO CHANGE.

3.A.15.B. NO CHANGE.

3.A.15.C. (U) [RESTATED] THE INDIVIDUAL DEMONSTRATES 36 CONSECUTIVE
MONTHS OF STABILITY IN THE INDIVIDUAL'S BIOLOGICAL SEX WITHOUT
CLINICALLY SIGNIFICANT DISTRESS OR IMPAIRMENT IN SOCIAL,
OCCUPATIONAL,
OR OTHER IMPORTANT AREAS OF FUNCTIONING; AND

3.A.15.D. (U) [CHANGE TO READ] THE INDIVIDUAL DEMONSTRATES THAT HE
OR
SHE HAS NEVER ATTEMPTED TO TRANSITION TO ANY OTHER SEX. AN ATTEMPT TO
TRANSITION IS ANY DOCUMENTED PLAN OR ACTIONS DIRECTED TOWARDS LIVING
CONSISTENTLY AS THE PREFERRED SEX. THIS INCLUDES MEDICAL
INTERVENTIONS SUCH AS GENDER AFFIRMING SURGERY, VOICE THERAPY, AND
MEDICATIONS. IT ALSO INCLUDES SOCIAL INTERVENTIONS SUCH AS NAME
CHANGES AND REAL-LIFE EXPERIENCE LIVING AS THE PREFERRED GENDER; AND

3.A.15.E. (U) [RESTATED] THE INDIVIDUAL IS WILLING AND ABLE TO
ADHERE
TO ALL APPLICABLE STANDARDS ASSOCIATED WITH HIS OR HER BIOLOGICAL
SEX.

3.A.15.F. (U) [RESTATED] DISQUALIFIED APPLICANTS REQUESTING ENTRY
INTO MILITARY SERVICE MAY SUBMIT A WRITTEN WAIVER REQUEST FOR
ACCESSION THROUGH THEIR RECRUITER TO SECRETARY OF THE ARMY (SECARMY)
FOR CONSIDERATION.

3.A.15.G. (U) [RESTATED] WAIVER AUTHORITY FOR ACCESSION OR RETENTION
IS WITHHELD TO THE SECARMY.

3.B. (U) CONCEPT OF OPERATIONS: IMPLEMENTATION OF THIS GUIDANCE WILL
BE PHASED.

3.B.1. (U) PHASE I: VOLUNTARY SEPARATION AND IDENTIFICATION.

3.B.1.A. NO CHANGE.

3.B.1.A.1. NO CHANGE.

3.B.1.A.2. NO CHANGE.

3.B.1.B. (U) APPLICANTS / ACCESSIONS. NO CHANGE.

3.B.1.B.1. THROUGH 3.B.1.B.11. NO CHANGE.

3.B.1.B.12. (U) [ADD] SOLDIER MEMOS WILL BE REQUIRED FOR ALL TERA
REQUESTS AND WILL INCLUDE LANGUAGE INDICATING THE SOLDIER UNDERSTANDS
THAT IF THEIR TERA REQUEST IS NOT APPROVED, THE APPLICABLE SEPARATION
ACTION UNDER THE EXORD WILL PROCEED FORWARD FOR PROCESSING, BASED ON
THE DATE THE TERA REQUEST WAS SUBMITTED. SEE ANNEX Q FOR AN EXAMPLE
OF
A TERA REQUEST INTENT MEMO.

3.B.1.C. (U) [RESTATED] SOLDIERS (ALL REGULAR ARMY [RA], UNITED
STATES ARMY RESERVE [USAR] AND ARMY NATIONAL GUARD [ARNG] ENLISTED,
NONCOMMISSIONED OFFICERS, WARRANT OFFICERS AND COMMISSIONED
OFFICERS).

**UNCLAS**

**UNCLAS**

3.B.1.C.1. THROUGH 3.B.1.C.3. NO CHANGE.

3.B.1.C.4. (U) [RESTATED] INDIVIDUALS REQUESTING RETIREMENT IN LIEU OF SEPARATION MUST HAVE 20 YEARS OF SERVICE PRIOR TO 01 JANUARY 2026.

3.B.1.C.5. THROUGH 3.B.1.C.12. NO CHANGE.

3.B.1.C.13. (U) [CHANGE TO READ] ALL SOLDIERS WILL BE PROCESSED FOR VOLUNTARY SEPARATION USING PROGRAM DESIGNATOR CODE KFF.

3.B.1.C.14. (U) [CHANGE TO READ] INDIVIDUALS WHO ELECT VOLUNTARY SEPARATION WILL BE SEPARATED NO LATER THAN THE 1ST DAY OF THE 7TH MONTH FROM THE END OF PHASE I (01 JANUARY 2026). THE UNITED STATES ARMY TRANSFORMATION AND TRAINING COMMAND(T2COM) TRAINEES ARE EXEMPT FROM THIS REQUIREMENT.

3.B.2. (U) PHASE II: INVOLUNTARY SEPARATIONS.

3.B.2.A. (U) [CHANGE TO READ]. PHASE II (INVOLUNTARY SEPARATIONS) BEGAN 07 JUNE 2025 FOR REGULAR ARMY, RESERVE OR NATIONAL GUARD SOLDIERS WHEN IN A TITLE 10 STATUS OR ON ACTIVE-DUTY ORDERS FOR 30 OR MORE CONSECUTIVE DAYS. PHASE II (INVOLUNTARY SEPARATIONS) BEGAN 08 JULY 2025 WITH THE START OF INVOLUNTARY SEPARATIONS FOR RESERVE OR NATIONAL GUARD SOLDIERS WHEN NOT IN A TITLE 10 STATUS OR ON ACTIVE-DUTY ORDERS FOR 30 OR MORE CONSECUTIVE DAYS. PHASE II INCORPORATES IDENTIFICATIONS MADE DURING PHASE IB.

3.B.2.B. [RESTATED]. ONCE IDENTIFIED, SOLDIERS WHO DID NOT PREVIOUSLY
ELECT VOLUNTARY SEPARATION DURING PHASE I WILL BE PROCESSED FOR INVOLUNTARY SEPARATION NLT 30 DAYS FROM IDENTIFICATION AND MEDICAL VERIFICATION.

3.B.2.C. (U) [CHANGE TO READ]. SOLDIERS WILL BE PROCESSED FOR SEPARATION IAW AR 635-200, AR 600-8-24, AR 135-178 OR 135-175.

3.B.2.D. (U) [RESTATED]. SOLDIERS WHO ARE INVOLUNTARILY SEPARATED MAY
BE ELIGIBLE FOR INVOLUNTARY SEPARATION PAY IAW 10 U.S.C. 1174 AND DODI
1332.29.

3.B.2.E. [DELETED].

3.B.2.F. (U) [RESTATED] COMMANDERS MUST INCLUDE THE REQUIRED DOCUMENTS WITH ALL SEPARATION PACKETS IN ACCORDANCE WITH EXISTING ARMY
POLICY. A CHECKLIST OF REQUIRED DOCUMENTS IS INCLUDED IN ANNEX O.

3.B.2.G. (U) [RESTATED] COMMANDERS MUST CONSULT WITH THEIR SERVICING LEGAL OFFICE WITH REGARD TO ALL SEPARATION ACTIONS DURING PHASE II.

3.B.2.H. (U) [ADD] ALL INVOLUNTARY SEPARATION ACTIONS MUST INCLUDE A STATEMENT THAT THE INDIVIDUAL HAS COMPORTED TO THEIR BIOLOGICAL SEX IN
ALL MATTERS, TO INCLUDE ADMINISTRATIVE SYSTEMS. COMMANDER SHOULD PROVIDE THIS DOCUMENTATION IN ANNEX P (COMMANDER'S MEMO).

3.B.2.I. (U) [CHANGE TO READ] A SOLDIER WHO IS NOTIFIED AS A RESPONDENT IS ENTITLED TO A BOARD HEARING, UPON REQUEST. BOARD HEARINGS WILL COMPLY WITH IMPLEMENTATION GUIDANCE IN REFERENCE P. A RESPONDENT REFERS TO A SOLDIER THAT HAS BEEN COMMAND NOTIFIED THAT

**UNCLAS**

## UNCLAS

THEY ARE BEING INVOLUNTARILY SEPARATED FOR GENDER DYSPHORIA. ALL
BOARDS WILL ONLY MAKE FINDINGS ABOUT WHETHER A RESPONDENT HAS A
DIAGNOSIS, HISTORY OF, OR EXHIBITS SYMPTOMS CONSISTENT WITH GENDER
DYSPHORIA. ALL BOARDS WILL ADHERE TO THE FOLLOWING APPROPRIATE ARMY
REGULATION:

3.B.2.I.1. (U) [RESTATED] REGULAR ARMY (RA) OFFICERS WILL BE
SEPARATED IAW AR 600-8-24.

3.B.2.I.2. (U) [RESTATED] ARNG AND USAR OFFICERS WILL BE SEPARATED
IAW AR 600-8-24, AR 135-175 AND NGB 635-101 AS APPLICABLE.

3.B.2.I.3. (U) [RESTATED] RA ENLISTED SOLDIERS WILL BE SEPARATED IAW
AR 635-200.

3.B.2.I.4. (U) [RESTATED] ARNG AND USAR ENLISTED SOLDIERS WILL BE
SEPARATED IAW AR 635-200 OR AR 135-178 AS APPLICABLE.

3.B.2.J. (U) [RESTATED] COMMANDERS WILL COUNSEL INDIVIDUALS ON THEIR
RIGHT TO A BOARD AND DOCUMENT THE INDIVIDUAL'S CONSENT (OR WAIVER) OF
A BOARD WITHIN THE SEPARATION ACTION. THIS ANNOTATION WILL BE
INCLUDED
ON ANNEX P (COMMANDER'S MEMO).

3.B.2.K. (U) [CHANGE TO READ] BOARD MEMBER COMPOSITION AND
APPOINTMENTS WILL BE CONSISTENT WITH EXISTING ARMY POLICY, TO INCLUDE
THE AUTHORITIES IDENTIFIED IN PARAGRAPH 3.B.2.I.1. THROUGH 3.B.2.I.4.
BOARD MEMBERS WILL BE FAMILIAR WITH THE POLICIES LISTED IN THE
REFERENCE SECTION OF REFERENCE P.

3.B.2.K.1. (U) [ADD] IN ACCORDANCE WITH REFERENCE P, BOARD
APPOINTING
AUTHORITIES WILL DIRECT THAT ADMINISTRATIVE SEPARATION BOARDS AND
BOARDS OF INQUIRY ARE CONDUCTED IN A CLOSED SETTING AND NOT OPEN TO
THE PUBLIC. IN THE ABSENCE OF SPECIFIC GUIDANCE BY THE BOARD
APPOINTING AUTHORITY, THE BOARD PRESIDENT, IN CONSULTATION WITH THEIR
LEGAL ADVISOR, ARE AUTHORIZED TO DETERMINE THE REASONABLE NUMBER OF
COUNSEL THAT MAY ATTEND A SEPARATION BOARD TO REPRESENT A RESPONDENT
DURING IN-PERSON PROCEEDINGS.

3.B.2.K.2. (U) [ADD] STAFF JUDGE ADVOCATES (SJAS), OR LEGAL OFFICE
EQUIVALENT, WILL SELECT A JUDGE ADVOCATE (JA) TO SERVE AS THE LEGAL
ADVISOR TO THE BOARD PRESIDENT AND A SEPARATE JA TO SERVE AS THE
BOARD
RECORDER BASED ON THE INDIVIDUAL'S EDUCATION, EXPERIENCE, AND
TEMPERAMENT. THE SJA OR EQUIVALENT WILL APPOINT AN ASSISTANT
RECORDER,
IF APPROPRIATE, UTILIZING THE SAME CRITERIA. LEGAL OFFICES
FACILITATING INVOLUNTARY SEPARATION BOARD HEARINGS WILL ENSURE JAS
ASSIGNED TO SERVE AS LEGAL ADVISOR/BOARD RECORDER(S) RECEIVE TRAINING
AS DEEMED APPROPRIATE BY THEIR RESPECTIVE CHAIN OF COMMAND. USE OF
THESE SPECIALLY SELECTED JAS WILL ENSURE CONSISTENCY IN BOARD
PROCEDURES, ACCURACY IN REPORTING BOARD RESULTS, AND THE LEGAL
INTEGRITY OF BOARD PROCEEDINGS. NO LATER THAN SEVEN CALENDAR DAYS
AFTER PUBLICATION OF THIS FRAGO, LEGAL OFFICES WILL PROVIDE OTJAG
ADMINISTRATIVE LAW DIVISION (ALD) WITH THE FOLLOWING INFORMATION BY
EMAILING USARMY.PENTAGON.HQDA-OTJAG.MBX.P-LAW@ARMY.MIL: RESPONDENT'S
NAME AND RESPONDENT'S UNIT OF ASSIGNMENT, LEGAL ADVISOR/BOARD
RECORDER'S NAME, AND LEGAL ADVISOR/BOARD RECORDER'S CONTACT
PHONE/EMAIL. OTJAG ALD WILL PROVIDE TECHNICAL CHANNEL ADVICE TO LEGAL
ADVISORS/BOARD RECORDER(S). ONLY JAS SELECTED BY THEIR SJA ARE
AUTHORIZED TO PERFORM DUTIES AS LEGAL ADVISOR OR RECORDER FOR BOARD

## UNCLAS

# UNCLAS

HEARINGS INITIATED PURSUANT TO THIS EXORD.

3.B.2.L. [DELETED].

3.B.2.M. (U) [ADD] BOARD LEGAL ADVISORS WILL UNDERSTAND THEIR
RESPONSIBILITIES OUTLINED IN APPLICABLE ARMY REGULATIONS AND THOSE
RESPONSIBILITIES SPECIFIED IN REFERENCE P.

3.B.2.N. (U) [ADD] BOARD RECORDERS WILL UNDERSTAND THEIR
RESPONSIBILITIES OUTLINED IN APPLICABLE ARMY REGULATIONS AND THOSE
RESPONSIBILITIES SPECIFIED IN REFERENCE P.

3.B.2.O. (U) [ADD] DETAILED COUNSEL FOR THE RESPONDENT WILL CONSULT
WITH THEIR SUPERVISORY OR TECHNICAL CHANNEL FOR APPROPRIATE
ADMINISTRATIVE SUPPORT, RESOURCES, AND INFORMATION ON THE RELEVANT
AUTHORITIES, BOARD PROCESSES, AND THE RIGHTS AND OBLIGATIONS OF THEIR
CLIENTS.

3.B.2.P. (U) [ADD] ALL ADMINISTRATIVE SEPARATION BOARDS AND BOARDS
OF
INQUIRY WILL USE THE STANDARDIZED FINDINGS AND RECOMMENDATIONS
WORKSHEET INCLUDED AS AN ATTACHMENT WITHIN REFERENCE P.

3.B.2.Q. (U) [ADD] COMMANDERS WILL ENSURE THE BOARD FINDING,
RECOMMENDATION(S), AND OTHER REQUIRED DOCUMENTS ARE FORWARDED THROUGH
APPROPRIATE CHANNELS TO HQDA FOR ACTION. THE SECRETARY OF THE ARMY OR
HIS DESIGNEE IS THE SEPARATION AUTHORITY FOR ALL INVOLUNTARY
SEPARATIONS.

3.B.2.R. (U) [ADD] SOLDIERS UNDERGOING INVOLUNTARY SEPARATION WILL,
IF APPLICABLE, SUBMIT RETENTION WAIVERS WITHIN THE TIMELINES
PRESCRIBED IN REFERENCE P.

3.B.2.S. (U) [ADD] ENLISTED SOLDIERS WILL BE PROCESSED FOR
INVOLUNTARY SEPARATION UNDER SECRETARIAL PLENARY AUTHORITY USING
PROGRAM DESIGNATOR CODE JFF. OFFICERS WILL BE PROCESSED FOR
INVOLUNTARY SEPARATION ON THE BASIS THEIR CONTINUED SERVICE IS NOT
CLEARLY IN THE INTERESTS OF NATIONAL SECURITY USING THE SEPARATION
PROGRAM DESIGNATOR CODE JDK.

3.B.2.T. (U) [ADD] INDIVIDUALS APPROVED FOR INVOLUNTARY SEPARATION
WILL BE SEPARATED NO LATER THAN THE 1ST DAY OF THE 7TH MONTH FROM THE
INITIATION OF THE SEPARATION REQUEST WITHIN IPPS-A.

3.B.2.U. (U) [ADD] REGULAR ARMY INVOLUNTARY SEPARATIONS WILL BE
PROCESSED IN IPPS-A BY UTILIZING THE FOLLOWING UDL: ID
000000000126416, UDL LIST NAME: AC_HRC_EXORD_175-25 INVOLUNTARY
SEPARATION. ARMY RESERVE GD ACTIONS (VOLUNTARY AND INVOLUNTARY) UDL
FOR TPU ENLISTED: ID 000000000123605, UDL LIST NAME: USARC_OPORD_25-
037_VOL_SEP_ENL. FOR TPU OFFICERS: ID 000000000123834, UDL LIST NAME:
USARC_OPORD_25-037_VOL_SEP_OFF. FOR USAR AGR PERSONNEL: ID
000000000123837, UDL LIST NAME: USARC_OPORD_25-037_VOL_SEP_AGR.

3.C. (U) TASKS ARMY STAFF, SUBORDINATE UNITS AND REQUESTS FOR
SUPPORT.

3.C.1. (U) ALL ARMY ORGANIZATIONS.

3.C.1.A. NO CHANGE.

3.C.1.B. (U) [RESTATED]. THE CENTRALIZED INFORMATION SOURCE FOR
PUBLISHED GUIDANCE CONCERNING GENDER DYSPHORIA IS MANAGED BY THE ARMY

# UNCLAS

## UNCLAS

HUMAN RESOURCES COMMAND AT:
HTTPS://WWW.HRC.ARMY.MIL/CONTENT/PRIORITIZING%20MILITARY%20EXCELLENCE%
20AND%20READINESS%20IMPLEMENTATION%20GUIDANCE.

3.C.1.C. (U) [RESTATED]. COMMANDS WILL MANAGE UPDATING PERSONAL
RECORDS AND SYSTEMS TO REFLECT THE BIOLOGICAL SEX FOR ALL
INDIVIDUALS.

3.C.1.D. (U) [RESTATED] THE HUMAN RESOURCES COMMAND, UNITED STATES
ARMY RESERVE COMMAND, AND NATIONAL GUARD BUREAU WILL ASSIST COMMANDS
WITH OVERSIGHT AND MANAGEMENT OF SEPARATION AND RETIREMENT CODING FOR
TRANSITIONING REGULAR ARMY, ARMY RESERVE, AND NATIONAL GUARD
INDIVIDUALS.

3.D. (U) COORDINATING INSTRUCTIONS.

3.D.1. (U) [RESTATED] HUMAN RESOURCES COMMAND (HRC), UNITED STATES
ARMY RESERVE COMMAND (USARC), NATIONAL GUARD BUREAU (NGB), UNITED
STATES MILITARY ACADEMY(USMA), UNITED STATES ARMY RECRUITING
COMMAND(USAREC), T2COM, AND UNITED STATES ARMY CADET COMMAND(USACC)
WILL PROVIDE REPORTS TO HQDA NLT THE FIRST OF THE MONTH. THE ABOVE-
MENTIONED ORGANIZATIONS WILL PROVIDE A POINT OF CONTACT FOR REPORTING
AND COLLABORATION PURPOSES ON THE GD SEPARATION MICROSOFT TEAMS
CHANNEL IAW WITH ANNEX I.

3.D.2. NO CHANGE.

3.D.3. (U) [RESTATED]. INDIVIDUALS WHO HAVE BEEN IDENTIFIED AS BEING
DISQUALIFIED FROM SERVICE AND ARE CURRENTLY ON PERMANENT CHANGE OF
STATION (PCS) ASSIGNMENT ORDERS, MUST IMMEDIATELY CONTACT THEIR
CAREER/TALENT MANAGERS AT HRC TO DISCUSS OPTIONS.

3.D.4. (U) [RESTATED]. UPON MEDICAL VERIFICATION, COMMANDERS (OR
COMMAND DESIGNEE) MUST CONTACT HRC FOR FURTHER COORDINATION REGARDING
PCS ASSIGNMENT ORDERS FOR INDIVIDUALS IDENTIFIED FOR SEPARATION.

3.D.5. (U) [RESTATED]. ALL PERMANENT CHANGE OF STATION (PCS) ORDERS,
MOVES, ETC. WILL BE DELETED IF A SOLDIER IS IDENTIFIED FOR A
SEPARATION UNDER GENDER DYSPHORIA.

3.D.6. (U) [ADD]. UPON RECEIPT OF THE APPROVED SEPARATION REQUEST
MEMOS, REPORTING AGENCIES AND APPLICABLE COMPONENTS ARE REQUIRED TO
UPLOAD PUBLISHED SEPARATION ORDERS TO THE 'GD SEPARATION ORDERS'
FOLDER WITHIN THEIR RESPECTIVE MS TEAMS FOLDER MANAGED BY DMPM, HQDA
G-1.

4. (U) SUSTAINMENT. NOT USED.

5. (U) COMMAND AND SIGNAL.

5.A. (U) HQDA POC FOR THIS MESSAGE, SERVICE CENTRAL COORDINATION
CELL
(SCCC), AVAILABLE AT: USARMY.PENTAGON.HQDA-DCS-G-1.MBX.SCCC@ARMY.MIL.

6. (U) [CHANGE TO READ] THE EXPIRATION DATE OF THIS FRAGO COINCIDES
WITH THE NEW EXPIRATION DATE OF HQDA EXORD 175-25 (W/ FRAGOS 1, 2, 3,
AND 4) ON 30 SEPTEMBER 2030, UNLESS FORMALLY RESCINDED, SUPERSEDED OR
MODIFIED.

ATTACHMENTS:
ANNEX A - INDIVIDUAL MEMO. NO CHANGE.

## UNCLAS

# UNCLAS

```
[DELETED] ANNEX B.
[DELETED] ANNEX C.
[DELETED] ANNEX D.
ANNEX E - COMMANDER AND USAREC TALKING POINTS. NO CHANGE.
ANNEX F - GD SEPARATION PROCESS. NO CHANGE.
ANNEX G - GD WAIVER REQUEST. NO CHANGE.
ANNEX H - GD SEPARATION BENEFITS OVERVIEW. NO CHANGE.
ANNEX I - GD REPORTING TEMPLATE. NO CHANGE.
ANNEX J - MEDICAL VERIFICATION MEMO. NO CHANGE.
[DELETED] ANNEX K.
ANNEX L - TERA ETP REQUEST. NO CHANGE.
[CHANGE] ANNEX M - FAQS.
ANNEX N - COMMANDERS GUIDE. NO CHANGE.
ANNEX O - SEPARATION CHECKLIST. NO CHANGE.
ANNEX P - COMMANDERS MEMO (INVOLUNTARY REQUESTS). NO CHANGE.
[ADD] ANNEX Q - TERA REQUEST INTENT.


BT
#3035




NNNN
Received from AUTODIN 202033Z Nov 25
```

# UNCLAS