

**THE ASSISTANT SECRETARY OF THE NAVY**
(MANPOWER AND RESERVE AFFAIRS)
1000 NAVY PENTAGON
WASHINGTON, D.C. 20350-1000

FEB 04 2026

MEMORANDUM FOR CHIEF OF NAVAL PERSONNEL
DEPUTY COMMANDANT OF THE MARINE CORPS FOR
MANPOWER AND RESERVE AFFAIRS

SUBJECT: Payments for Service Members Requesting Separation Pursuant to ALNAV 038/25

References: (a) Under Secretary of Defense (Personnel and Readiness) Memorandum, "Additional Guidance on Prioritizing Military Excellence and Readiness," February 26, 2025
(b) ALNAV 038/25, "Implementing Policy on Prioritizing Military Excellence and Readiness," May 12, 2025
(c) 37 U.S.C. § 373
(d) 10 U.S.C. § 8271

Pursuant to reference (a), Service members who requested to voluntarily separate within the eligibility window (from February 26, 2025, to June 6, 2025 for Active Component Service members and to July 7, 2025 for Reserve Component Service members) will not repay any bonuses received on or prior to February 26, 2025. This memorandum establishes policy for special and incentive pays and bonuses received by these Service members on or after February 27, 2025.

Generally, Service members in an administrative absence status pending voluntary separation pursuant to reference (b) are not eligible for special and incentive pay or retention bonus installments when payment is contingent upon the member's satisfaction of certain service or eligibility requirements that cannot be met in that administrative absence status.

For special and incentive pay or retention bonus installments within the eligibility window defined above, you will make recommendations for recoupment in your endorsement of separation requests to the Office of the Assistant Secretary of the Navy (Manpower and Reserve Affairs) (OASN (M&RA)). A document to aid in accounting for special and incentive pays and bonuses will be provided via separate correspondence. I request that you include that document in every endorsement, to provide for consistent implementation.

Special and incentive pay or retention bonus installments to members in administrative absence status, when payment was contingent upon the member's satisfaction of certain service or eligibility requirements that cannot be met in that administrative absence status, received after the eligibility window defined above, are erroneous payments and shall be recouped unless the debt is remitted in accordance with reference (d).

All requests for voluntary separation pursuant to reference (b) shall be properly endorsed and forwarded to the OASN (M&RA) no later than February 27, 2026.

Benjamin C. Kohlmann