**DEPARTMENT OF THE NAVY**
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
2000 NAVY PENTAGON
WASHINGTON DC 20350-2000

1300
N1
7 Apr 26

DECISION GUIDANCE MEMORANDUM 002

Subj:   DELAYING AND WITHHOLDING PROMOTIONS AND ADVANCEMENTS FOR
SERVICE MEMBERS IDENTIFIED FOR VOLUNTARY SEPARATION UNDER
ALNAV 038/25

Ref:   (a) Performing the Duties of the Under Secretary of War Memorandum, February 26,
2025
(b) SECNAV WASHINGTON DC 121919Z May 25 (ALNAV 038/25)
(c) DoWI 1320.14 "Payments for Service Members Requesting Separation Pursuant to
ALNAV 038/25," February 4, 2026
(d) Assistant Secretary of the Navy (Manpower and Reserve Affairs) email to Chief of
Naval Personnel, "SA on Navy Implementation of Gender Dysphoria" of August 14,
2025

1.   Reference (a) establishes that Service Members who have a current diagnosis or history of, or
exhibit symptoms consistent with, gender dysphoria are no longer eligible for and are
incompatible with the standards necessary for military service.

2.   Pursuant to references (a) through (d), Navy Personnel Command will take all applicable
actions to delay and withhold promotions and advancements for Service Members identified for
voluntary separation under reference (b) and are pending administrative separation.

3.   My point of contact is LT Annamarie Dias, Officer Plans and Policy (OPNAV N131), who
can be reached at ███████████████ and (███████

J. J. CZEREWKO

Copy to:
OPNAV (N13)
COMNAVPERSCOM