**DEPARTMENT OF THE NAVY**
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
2000 NAVY PENTAGON
WASHINGTON DC 20350-2000

1300
N1
**7 Apr 26**

DECISION GUIDANCE MEMORANDUM 003

Subj:   STOP ORDERS FOR CONSOLIDATED DISPOSITION AUTHORITY REFERRALS

Ref:    (a) Performing the Duties of the Under Secretary of War Memorandum, February 26, 2025
        (b) SECNAV WASHINGTON DC 121919Z May 25 (ALNAV 038/25)
        (c) Performing the Duties of the Assistant Secretary of the Navy (Manpower and Reserve Affairs) Memorandum, October 1, 2025

Encl:   (1) Consolidated Disposition Authority (CDA) Referral Tracker

1.  Reference (a) establishes that Service Members who have a current diagnosis or history of, or exhibit symptoms consistent with, gender dysphoria are no longer eligible for and are incompatible with the standards necessary for military service.

2.  Service Members identified as having a medically disqualifying condition pursuant to references (a) and (c) have been referred to the CDA for involuntary separation, pending further Department of the Navy guidance.

3.  Pursuant to reference (a) and (b), Navy Personnel Command will take all applicable actions to cancel any permanent change of station orders for Service Members identified in enclosure (1) while involuntary separation guidance is pending release.

4.  My point of contact is LT Annamarie Dias, Officer Plans and Policy (OPNAV N131), who can be reached at ███████████████████████ l and ███████████

J. J. CZEREWKO

Copy to:
OPNAV (N13)
COMNAVPERSCOM