**DEPARTMENT OF THE NAVY**
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
2000 NAVY PENTAGON
WASHINGTON DC 20350-2000

1300
N1
**7 Apr 26**

DECISION GUIDANCE MEMORANDUM 004

Subj:   CEASE BONUS DISBURSEMENTS FOR SERVICE MEMBERS IDENTIFIED FOR
        VOLUNTARY SEPARATION UNDER ALNAV 038/25

Ref:    (a) Performing the Duties of the Under Secretary of War Memorandum, February 26,
            2025
        (b) SECNAV WASHINGTON DC 121919Z May 25 (ALNAV 038/25)
        (c) Assistant Secretary of the Navy (Manpower and Reserve Affairs) Memorandum,
            February 4, 2026

1.  Reference (a) establishes that Service Members who have a current diagnosis or history of, or exhibit symptoms consistent with, gender dysphoria are no longer eligible for and are incompatible with the standards necessary for military service.

2.  Pursuant to references (a) through (c), Navy Personnel Command will take all applicable actions to cease disbursement of all bonus, special, and incentive pays for Service Members identified for voluntary separation under reference (b) and who are on administrative absence while pending administrative separation.

3.  My point of contact is LT Annamarie Dias, Officer Plans and Policy (OPNAV N131), who can be reached at ███████████████████████ and ███████████

                                            J. J. SZEREJWKO

Copy to:
OPNAV (N13)
COMNAVPERSCOM