```
CLASSIFICATION: UNCLASSIFIED/
ROUTINE
R 241802Z APR 26 MID120041204405U
FM CNO WASHINGTON DC
TO NAVADMIN
INFO CNO WASHINGTON DC
BT
UNCLAS

NAVADMIN 098/26

MSGID/NAVADMIN/CNO WASHINGTON DC/N1/APR

SUBJ/IMPLEMENTING POLICY ON PRIORITIZING MILITARY EXCELLENCE AND READINESS -
INVOLUNTARY SEPARATIONS//

REF/A/MSG/SECNAV WASHINGTON DC/MAR26//
REF/B/MSG/SECNAV WASHINGTON DC/MAY25//
REF/C/DOC/BUPERS/MILPERSMAN 1160-040/APR21//
REF/D/COMNAVRESFORCOM/RESPERSMAN 1300-050/JUL25//
REF/E/MEMO/USW (PR)/FEB25//
REF/F/MEMO/PTDO ASW (MRA)/MAR25//
REF/G/DOC/SECWAR/DODI 1332.46/DEC18//
REF/H/DOC/COMNAVRESFORCOM/RESPERSMAN 1570-010/DEC22//
REF/I/DOC/SECWAR/DODI 1215.07/MAY21//
REF/J/DOC/SECWAR/DODI 1332.18/NOV22//
REF/K/DOC/SECWAR/DODI 1327.06/AUG25//
REF/L/MEMO/SECNAV/JUL25//
REF/M/DOC/OPNAV/OPNAVINST 6110.1L/DEC25//

NARR/REF A IS ALNAV 011/26, IMPLEMENTING POLICY ON PRIORITIZING MILITARY
EXCELLENCE AND READINESS FOR INVOLUNTARY SEPARATION GUIDANCE.
REF B IS ALNAV 038/25, IMPLEMENTING POLICY ON PRIORITIZING MILITARY
EXCELLENCE AND READINESS.
REF C IS MILITARY PERSONNEL MANUAL 1160-040, EXTENSION OF ENLISTMENTS.
REF D IS RESERVE PERSONNEL MANUAL 1300-050, ADMINISTRATIVE PROCESSING UNIT.
REF E IS UNDER SECRETARY OF WAR FOR PERSONNEL AND READINESS MEMORANDUM,
ADDITIONAL GUIDANCE ON PRIORITIZING MILITARY EXCELLENCE AND READINESS.
REF F IS PERFORMING THE DUTIES OF THE ASSISTANT SECRETARY OF WAR FOR MANPOWER
AND RESERVE AFFAIRS MEMORANDUM CLARIFYING GUIDANCE ON PRIORITIZING MILITARY
EXCELLENCE AND READINESS: RETENTION AND ACCESSION WAIVERS.
REF G IS DEPARTMENT OF DEFENSE INSTRUCTION 1332.46 TEMPORARY EARLY RETIREMENT
AUTHORITY (TERA) FOR SERVICE MEMBERS.
REF H IS RESERVE PERSONNEL MANUAL 1570- 010, INACTIVE DUTY TRAINING
ADMINISTRATION.
REF I IS DEPARTMENT OF DEFENSE INSTRUCTION 1215.07, SERVICE CREDIT FOR NON-
REGULAR RETIREMENT.
REF J IS DEPARTMENT OF DEFENSE INSTRUCTION 1332.18 DISABILITY EVALUATION
SYSTEM.
REF K IS DEPARTMENT OF DEFENSE INSTRUCTION 1327.06, MILITARY LEAVE, LIBERTY,
AND ADMINISTRATIVE ABSENCE.
REF L IS SECRETARY OF THE NAVY MEMORANDUM FOR CHIEF OF NAVAL OPERATIONS:
DIRECTION CONCERNING INVOLUNTARY SEPARATION UNDER DEPARTMENT OF DEFENSE
POLICY ON PRIORITIZING MILITARY EXCELLENCE AND READINESS.
REF M IS OPNAVINST 6110.1L, PHYSICAL READINESS PROGRAM.
```

POC/NPC PMER Cell/EMAIL ADDRESS: MILL-NPC-PMER@US.NAVY.MIL POC/OPNAV N131C-
Emerging Issues/OPNAV-N131C@US.NAVY.MIL/TEL: (703) 604-5052//

RMKS/1.  Pursuant to reference (a), this NAVADMIN provides supplemental
direction concerning involuntary separation of Sailors who have a current
diagnosis or history of, or exhibit symptoms consistent with, gender
dysphoria.  The procedures below shall apply to those Service Members not
processed for voluntary separation pursuant to reference (b).

2.  Commander, Navy Installations Command is designated as the consolidated
disposition authority (CDA) with exclusive authority to initiate involuntary
separation procedures for all Navy and Marine Corps personnel and is the sole
show-cause authority for all officer boards of inquiry convened pursuant to
this policy.  The Secretary of the Navy (SECNAV) is the separation authority
for all separations pursuant to reference (a).

3.  Identification of Service Members.  Commanders shall identify Service
Members subject to involuntary separation pursuant to the processes
identified in reference (a).
    a.  Commanders who already have supporting documentation from the Bureau
of Medicine and Surgery (BUMED) (e.g. a medical treatment plan, physical
health assessment, deployment or special duty waiver) documenting a diagnosis
of gender dysphoria may refer the identified Service Member to the NAVPERSCOM
Prioritizing Military Excellence and Readiness (NPC PMER) Cell as outlined in
section 4 of this NAVADMIN.
    b.  Commanders who do not already have supporting documentation that
shows a documented diagnosis of gender dysphoria will contact the BUMED
Deployability and Action Cell (DAC) at usn.ncr.bumedfchva.mbx.bumed-
deployability-action-cell@health.mil for an individualized medical record
review when a Service Member meets the reference (a) requirements for
commander's awareness that gender dysphoria separation criteria may be
present.
        (1) The email to the BUMED DAC will only contain the member's
Electronic Data Interchange Personal Identifier number and how the command
identified the member (e.g. via an exception to policy request, Defense
Enrollment Eligibility Reporting System (DEERS) sex marker change, case-by-
case as determined by a Flag Officer, etc).  No documents will be attached to
the email.
        (2) The BUMED DAC will generate a memorandum annotating the results
of the individualized medical record review and send to Navy Personnel
Command (NAVPERSCOM), Deployability Assessment Branch (PERS-454) for
generation of the applicable deployability category code and forwarding to
the originating command's point of contact.
If the Sailor is confirmed by BUMED as meeting criteria for separation
consistent with references (a) and (e), the originating commands will refer
the Sailor to the CDA via the NPC PMER Cell for separation processing as
outlined in section 4 of this NAVADMIN.

4.  Command-to-CDA Referral Process.  Commands will refer identified Service
Members for separation processing within 5 working days of confirmation that
the member has a diagnosis of, history of, or exhibits symptoms consistent
with gender dysphoria.
    a.  CDA referral packages will be submitted to the NPC PMER Cell via
encrypted email.
    b.  The Command-to-NPC Referral Letter template can be found at

https://www.mynavyhr.navy.mil/Career-Management/Personnel-Conduct-Sep/. Commands shall include all enclosures listed in the template in the package submitted to the NPC PMER Cell.

c.  If the command has issues accessing the template, they may request a copy from the NPC PMER Cell via email.

5.  Upon receipt from the command, the NPC PMER Cell will ensure all Sailors identified for involuntary separation are further referred to the CDA, pursuant to reference (a).

6.  Upon request by the Sailor, and to facilitate appropriate separation processing, commanders and commanding officers will extend the Sailor beyond their Expiration of Active Obligated Service (EAOS) or Expiration of Obligated Service (EOS), as applicable, in increments of no more than 90 days pursuant to reference (c).

a.  If an EAOS or EOS extension is executed, the command shall notify both the OPNAV N131C Point of Contact (POC) and the NPC PMER Cell via email correspondence.

b.  Enlisted Sailors not requesting an extension beyond EAOS or EOS, but who are medically verified by BUMED pursuant to reference (a) and undergoing separation processing, will be separated at EAOS or EOS with a reentry code of RE-3 and receive a separation program designator (SPD) code of JFF.

7.  The NPC PMER Cell will coordinate with the applicable offices within NAVPERSCOM to ensure all Sailors processed for separation pursuant to this policy:

a.  Are designated as non-deployable pending the outcome of the separation process.

(1) For Active Component (AC) and Training and Administration of the Reserve (TAR) Sailors, NAVPERSCOM (PERS-454) shall designate these Sailors with the applicable deployability category code.

(2) For Selected Reservists (SELRES) and Individual Ready Reserve (IRR) Sailors, Commander, Navy Reserve Forces Command will assign an "AAP MAS" code for non-deployability.

b.  Have any pending orders cancelled.  Exceptions to the cancellation of orders and issuance of orders in support of separation processing will be considered on a case-by-case basis by the NAVPERSCOM Detailing Division (PERS-4) or the NAVPERSCOM Reserve Personnel Management Department (PERS-9) as applicable.

(1) Reserve Component Service Members, with the exception of TAR Service Members, on active-duty orders will have their orders terminated and will be returned to the appropriate status. The termination of orders will include language referencing ALNAV 011/26. Termination of active-duty orders where the member is stationed in the Contiguous United States (CONUS) will occur 30 days after the command refers the Service Member to the CDA via the NPC PMER POC. For Service Members on active-duty orders and stationed Outside the Contiguous United States (OCONUS), termination will occur 60 days after the command refers the Service Member to the CDA via the NPC PMER POC.

(2) SELRES members on Inactive Duty Training (IDT) orders will have their orders terminated, will be ordered to an Administrative Processing Unit (APU) in accordance with reference (d), and be placed in an administrative absence status.

(3) Reserve Service Members in the IRR are not authorized to conduct drills or be placed on active-duty orders for the duration of administrative separation processing with the exception of orders issued to support separation proceedings.

c.  Have their promotions, advancements, and/or frockings delayed pending the outcome of the separation process. Eligibility for administrative selection boards will be removed.

(1) Commanding Officers or unit commanders are not authorized to promote, advance, or frock Sailors being processed for administrative separation or determination by SECNAV consistent with reference (e).

(2) Enlisted Sailors are not eligible for advancement or consideration by promotion selection boards. Commands shall invalidate profile sheets for enlisted sailors being processed for administrative separation.

d.  Once placed on administrative absence, have all bonus installments paused pending the outcome of the separation process.

e.  If, when placed on administrative absence, the member no longer meets the eligibility criteria for a special or incentive pay, pause payments of applicable special or incentive pays pending the outcome of the separation process. Service Members on administrative absence that continue to receive bonus or incentive payments may be subject to recoupment of these payments at the discretion of SECNAV. The Department of the Navy may recoup any bonuses for Service Members who fail to satisfy service eligibility requirements as a result of their separation.

7.  Separation Processing.

a.  The Service Member's command will be responsible for funding travel and other expenses associated with executing this policy as authorized by the Joint Travel Regulations.  SELRES and IRR Sailors who request a board will be placed on orders to attend board proceedings.

b.  Where a Service Member waives board proceedings pursuant to reference (a), the CDA will return the waiver of board proceedings and any applicable supporting documents to CNP via the NPC PMER Cell as applicable. The package will be forwarded to ASN M&RA for review.

c.  At the conclusion of each board, the CDA will forward a report of board proceedings to CNP via the NPC PMER Cell as appropriate. The package will be forwarded to ASN M&RA for review.
Once ASN M&RA has completed his review, the package will be returned to the NPC PMER Cell for processing prior to final action by SECNAV.

d.  If ASN M&RA recommends the Service Member for separation, the NPC PMER Cell will notify the Service Member and their Chain of Command via email correspondence of the member's right to submit a retention waiver request pursuant to references (a) and (f) prior to final action by SECNAV. Service Members will have 15 calendar days from the date of notification to submit a retention waiver request.
Retention waiver requests shall be endorsed by the Service Member's CO and forwarded to CNP via the NPC PMER Cell via email correspondence. If the member does not submit a retention waiver request by 2359 CST on the 15th calendar day after notification, the member shall be deemed to have accepted the ASN M&RA recommendation.

e.  If the member elects to submit a retention waiver request, the NPC PMER Cell will forward the request to the OPNAV N131C POC to assess if the Service Member is eligible for a retention waiver and whether there is a compelling government interest that directly supports warfighting capabilities, as detailed in references (a) and (f). Final determination of retention is made by SECNAV.

f.  All separation packages will include a memorandum from the Service outlining whether or not the Service Member received any bonuses, incentive pays, or similar benefits where payment was contingent upon the Service Member's satisfaction of certain service or eligibility requirements after February 26, 2025.

9. Retirements.

a. Service Members who desire to retire in lieu of board proceedings and are within six months of an approved retirement date upon notification for involuntary separation will have their administrative separation proceedings held in abeyance pending retirement. This applies to regular retirement, non-regular retirement, and early retirement under Temporary Early Retirement Authority (TERA). Requests to defer the approved retirement date will be submitted to ASN M&RA via CNP by the NPC PMER Cell.

b. Service Members who desire to retire in lieu of board proceedings and have an approved retirement date beyond six months from the date of notification may coordinate with the NPC PMER Cell to adjust their retirement date within NSIPS to a date that meets the requirements outlined in reference (a), provided the Service Member will still meet retirement eligibility requirements for the type of retirement they are requesting on the adjusted retirement date.

c. Pursuant to references (a), (e), and (g), eligible Service Members identified for separation under reference (a) with over 18 but less than 20 years of total active service may request early retirement under TERA.

(1) SELRES and IRR Service Members are not eligible for TERA consistent with reference (g).

(2) AC and TAR Service Members with over 18 years, but less than 20 years of total active-duty service are eligible to submit a request for early retirement under TERA consistent with reference (e).

(3) At any time prior to final action by SECNAV, eligible Sailors with greater than 18 but less than 20 years of active service may request early retirement pursuant to reference (a).

d. Eligible Service Members with greater than 15 but less than 18 years of active service, may request an exception to reference (e) by notifying the OPNAV N131C POC and the NPC PMER Cell and submitting the applicable supporting documents via their chain of command with proper endorsement. The Office of the Under Secretary of War for Personnel and Readiness (OUSW P&R) is the approval authority for all TERA exception to policy requests. Pursuant to reference (a), pending requests will not delay board proceedings.

e. AC and TAR Sailors with enough qualifying service or who are within 6 months of qualifying for regular or early retirement on the date of notification who do not already have an approved retirement date may submit a retirement request in lieu of involuntary separation. The requested retirement date must be within 30 days of qualifying for retirement.

f. SELRES and IRR Sailors who are in their final anniversary year of qualifying service towards a non-regular retirement on the date of notification may elect to earn non-regular retirement in lieu of involuntary separation. Service Members may earn the required points to reach non-regular retirement eligibility by completing approved correspondence courses in accordance with references (h), (i), and as listed in the applicable fiscal year's ALNAVRESFOR or the MyNavy Reserve Homeport webpage within 6 calendar months from the date of notification. The requested retirement date must be within 30 days of qualifying for non-regular retirement or transfer to the Retired Reserve.

g. Retirement requests will meet the timeline requirements outlined in reference (a) and be submitted via normal procedures with the following modifications: (1) The member will request waivers for all constraining conditions and annotate "Request submitted pursuant to ALNAV 011/26." and (2) the reporting senior must also state in their comments or endorsement "Request submitted pursuant to ALNAV 011/26." in addition to stating whether the Service Member has any pending misconduct including but not limited

to: undergoing/pending investigation, NJP, ADSEP processing, possible court martial, or civilian criminal trial.

    h.  Once submitted, the Service Member or their CO will notify the NPC PMER Cell and the OPNAV N131C POC via email of the retirement request submission via NSIPS.

10.  Sailors being processed under this policy are ineligible for referral to the Disability Evaluation System (DES) based solely upon a current diagnosis or history of, or exhibiting symptoms consistent with, gender dysphoria; none of which constitutes a physical disability pursuant to reference (j). Sailors may be referred to the DES if they have a co-morbidity or other qualifying conditions that are appropriate for disability evaluation processing consistent with reference (j), concurrent with processing for administrative separation.

11.  Service Members being processed for administrative separation for reasons other than those identified in reference (a), such as misconduct, will be processed for separation under that basis (or bases) prior to separation under this NAVADMIN. In such cases, commands shall still submit a CDA referral for the Service Member and notify the NPC PMER Cell of the status of the Service Member's administrative separation proceedings. If a Service Member is not separated through their original administrative separation, the NPC PMER Cell shall proceed with involuntary separation pursuant to reference (a).

12.  Administrative Absence.  Within 10 calendar days of referring a Service Member to the CDA for separation processing, Commanders shall place Sailors on administrative absence, as authorized in reference (a). For Reserve Component Service Members, with the exception of TAR Service Members, on active-duty orders, placement on administrative absence will be executed immediately after the member's orders are terminated.  Commands will use permissive temporary duty (PTDY) orders to document the administrative absence, pursuant to reference (k).  Commands will forward a copy of the PTDY orders and notify the NPC PMER Cell and OPNAV N131C immediately upon a Sailor's placement on administrative absence. Commands will also provide a status update on their Service Member(s) to the NPC PMER Cell and OPNAV N131C every 30 calendar days thereafter.
    a.  Commanding Officers or unit commanders are authorized to approve administrative absences in excess of 30 calendar days without further approval.
    b.  Regardless of the administrative absence duration, COs will proactively communicate with the impacted Service Member, ensure they have accurate and up to date contact information, monitor their well-being, and keep the Service Member apprised of their status.
All Service Members identified for separation pursuant to reference (a) will complete any pre-separation requirements including the Transition Assistance Program while awaiting final determination on their administration separation by SECNAV. Service Members will be afforded maximum flexibility to complete such requirements remotely or in civilian attire.
      (1) Service Members must receive prior authorization via an approved leave request before traveling outside their command's designated geographical or local area. Authorization is contingent upon the Service Member's ability to be recalled within a timeframe specified by the unit commander.
      (2) Participation in Skillbridge is not authorized pursuant to reference (l).

c.   AC and TAR Sailors placed in an administrative absence status shall be entitled to full pay and benefits, absent bonus, special, and incentive pays, until their separation is complete.
SELRES and IRR Sailors are not eligible for pay and benefits while in an administrative absence status. However, placement on administrative absence does not preclude or prohibit a Reservist from completing approved correspondence courses to earn points towards achieving a qualifying year towards non-regular retirement consistent with reference (i).

d.   Service Members placed on administrative absence in support of separation processing pursuant to reference (a) shall be excused from the Physical Fitness Assessment (PFA) and Combat Fitness Assessment (CFA) consistent with references (a) and (m).

(1) If a Service Member has not completed an official PFA or CFA prior to being referred to the CDA and placed on administrative absence, Commanding Officers will ensure a Letter of Correction (LOC) requesting the member be marked as "excused" from the applicable PFA/CFA cycle is submitted to the Physical Readiness Program Office on behalf of the Service Member. LOCs must be submitted for each PFA/CFA cycle for the duration of the Service Member's administrative absence.

(2) Commanding Officers shall use the template located at: https://www.mynavyhr.navy.mil/Support-Services/Culture-Resilience/Physical-Readiness/Forms/ and submit the signed request to the Physical Readiness Program (PRP) Office via MyNavy Career Center at askmncc@us.navy.mil.  The email subject line should read:
"PFA/CFA Letter of Correction ICO [Insert Sailor Name]."

13.  Released by Vice Admiral Jeffrey J. Czerewko, N1.//

BT
#0001
NNNN
CLASSIFICATION: UNCLASSIFIED/