THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COMMANDER EMILY SHILLING, et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

No. 2:25-cv-241-BHS

NOTICE PURSUANT TO THE
COURT'S ORDER (ECF 149)

Pursuant to the Court's April 21, 2026 Order (ECF 149), Defendants hereby provide notice of the named plaintiffs' military status[1]:

1.    Commander Emily Shilling, United States Navy: retired on September 1, 2025.

2.    Commander Blake Dremann, United States Navy: retired on January 1, 2026.

3.    Lieutenant Commander Geirid Morgan, United States Navy: transferred to the Permanent Disability Retirement List on April 16, 2026.

4.    Sergeant First Class Cathrine Schmid, United States Army: retired on December 1, 2025.

5.    Staff Sergeant Videl Leins, United States Air Force: voluntarily separated on November 30, 2025.

---

[1] Plaintiff Jane Doe was dismissed from this case on March 19, 2026. ECF 143.

NOTICE PURSUANT TO THE
COURT'S ORDER (ECF 149)
CASE NO. 2:25-CV-241-BHS

U.S. DEPARTMENT OF
JUSTICE
1100 L Street NW
Washington, DC 20530

6.      Sergeant First Class Sierra Moran, United States Army: voluntarily separated on March 1, 2026.

DATE: May 18, 2026          Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel

/s/ *Robert C. Bombard*
ROBERT C. BOMBARD
M. JARED LITTMAN
ELIZABETH B. LAYENDECKER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: 202.598.9509
robert.bombard2@usdoj.gov
jared.littman2@usdoj.gov
elizabeth.b.layendecker@usdoj.gov

*Counsel for Defendants*

NOTICE PURSUANT TO THE
COURT'S ORDER (ECF 149)
CASE NO. 2:25-CV-241-BHS

U.S. DEPARTMENT OF
JUSTICE
1100 L Street NW
Washington, DC 20530