THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COMMANDER EMILY SHILLING, et al.,<br>*Plaintiffs,*<br>v.<br>UNITED STATES OF AMERICA; et al.,<br>*Defendants.* | No. 2:25-cv-241-BHS<br>STIPULATED MOTION TO EXTEND DISCOVERY<br>NOTE ON MOTION CALENDAR: June 5, 2026 |

By way of this Stipulated Motion, Plaintiffs and Defendants (collectively, "Parties"), by and through their undersigned counsel, respectfully request an order extending discovery through November 30, 2026. This Stipulated Motion is noted for same day consideration pursuant to W.D. Wash. LCR 7(d)(1).

Per the Court's Order dated September 26, 2025, discovery was set to close in this matter on May 31, 2026. Dkt. 137. On April 21, 2026, the Court granted Plaintiffs' motion to compel discovery and ordered Defendants to "disclose any materials used to develop, prepare, implement, and modify the 2025 Hegseth Policy and February 26, 2025 Department of Defense Guidance. The scope of discovery shall include guidance and policies implementing Executive Orders No. 14168, 'Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government,' and No. 14183, 'Prioritizing Military Excellence and Readiness,' as well as the implementation of the President's Executive Order developed or published since February



**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

2025." Dkt. 149. The Court further stated that "[g]iven the Court's limitation on discovery pursuant to this Order and because there is no trial date set, the May 31 discovery cutoff date may be extended." *Id.*

Good cause to extend discovery exists in this case, as the deadline in the scheduling order could not be met despite Plaintiffs' diligence in seeking discovery and Defendants' timely responses and willingness to meet and confer to discuss the scope of discovery. *See Doe v. Trump*, 329 F.R.D. 262, 272 (W.D. Wash. 2018); *see also Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). The Parties are actively engaged in ongoing negotiations to reach agreement regarding the scope of discovery and corresponding production obligations without further involvement of the Court, and the Parties agree that neither party will suffer any prejudice if the Court grants the relief requested herein.

Therefore, the Parties propose and stipulate to an interim extension of discovery through November 30, 2026.

It is so stipulated, by and between the Parties.

Pursuant to W.D. Wash. LCR 7(e)(6), I certify that this memorandum contains 326 words, in compliance with the Local Civil Rules.

DATED this 5th day of June, 2026.



**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

*Presented by:*


By: */s/ Matthew P. Gordon*
Matthew P. Gordon, WSBA No. 41128
Sarah Grant, WSBA No. 63879
**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: MGordon@perkinscoie.com
E-mail: SarahGrant@perkinscoie.com

Mary Grace Thurmon (pro hac vice)
Bo Yan Moran (pro hac vice)
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
E-mail: MThurmon@perkinscoie.com
E-mail: BMoran@perkinscoie.com

Gabriella Romanos Abihabib (pro hac vice)
**Perkins Coie LLP**
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649
E-mail: GRomanos@perkinscoie.com

Sasha Buchert (pro hac vice)
**Lambda Legal Defense and Education Fund, Inc.**
815 16th St. NW, Suite 4140
Washington, DC 20006
Telephone: 202.804.6245
Facsimile: 855.535.2236
E-mail: SBuchert@lambdalegal.org

By: */s/ Robert C. Bombard*
ROBERT C. BOMBARD
M. JARED LITTMAN
ELIZABETH B. LAYENDECKER
Trial Attorneys
**United States Department of Justice Civil Division, Federal Programs Branch**
1100 L Street NW
Washington, DC 20005
Telephone: 202.616.8489
Facsimile: 202.514.1359
Jared.Littman2@usdoj.gov
Elizabeth.B.Layendecker@usdoj.gov
Robert.Bombard2@usdoj.gov

Attorneys for Defendants

Jennifer C. Pizer (pro hac vice)
**Lambda Legal Defense and Education Fund, Inc.**
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Telephone: 213.382.7600
Facsimile: 855.535.2236
E-mail: JPizer@lambdalegal.org

Camilla B. Taylor (pro hac vice)
Kenneth Dale Upton, Jr. (pro hac vice)
**Lambda Legal Defense and Education Fund, Inc.**
3656 N Halsted St.
Chicago, IL 60613
Telephone: 312.663.4413
Facsimile: 855.535.2236
E-mail: CTaylor@lambdalegal.org
E-mail: KUpton@lambdalegal.org

Omar Gonzalez-Pagan (pro hac vice)
**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585
Facsimile: 855.535.2236
E-mail: OGonzalez-Pagan@lambdalegal.org

Kell Olson (pro hac vice)
**Lambda Legal Defense and Education Fund, Inc.**
3849 E Broadway Blvd, #136
Tucson, AZ 85716
Telephone: 323.370.6915
Facsimile: 855.535.2236
E-mail: KOlson@lambdalegal.org

Cynthia Cheng-Wun Weaver (pro hac vice)
Ami Rakesh Patel (pro hac vice)
**Human Rights Campaign Foundation**
1640 Rhode Island Ave. N.W.
Washington, DC 20036
Telephone: 202.527.3669
Facsimile: 202.347.5323
E-mail: Cynthia.Weaver@hrc.org
E-mail: Ami.Patel@hrc.org

Attorneys for Plaintiffs