THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COMMANDER EMILY SHILLING, et al.,

*Plaintiffs,*

v.

UNITED STATES OF AMERICA; et al.,

*Defendants.*

No. 2:25-cv-241-BHS

ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY

THIS MATTER comes before the Court on the Parties' Stipulated Motion to Extend Discovery (the "Stipulated Motion").

The Court, having considered the papers filed and all other matters properly before the Court, and good cause appearing, HEREBY ORDERS that the Parties' Stipulated Motion is GRANTED. Discovery will remain open through November 30, 2026.

DATED this 8th day of June, 2026.

BENJAMIN H. SETTLE
United States District Judge



**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

*Presented by:*

By: */s/ Matthew P. Gordon*
Matthew P. Gordon, WSBA No. 41128
Sarah Grant, WSBA No. 63879
**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: MGordon@perkinscoie.com
E-mail: SarahGrant@perkinscoie.com

Mary Grace Thurmon (pro hac vice)
Bo Yan Moran (pro hac vice)
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
E-mail: MThurmon@perkinscoie.com
E-mail: BMoran@perkinscoie.com

Gabriella Romanos Abihabib (pro hac vice)
**Perkins Coie LLP**
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649
E-mail: GRomanos@perkinscoie.com

Sasha Buchert (pro hac vice)
**Lambda Legal Defense and Education Fund, Inc.**
815 16th St. NW, Suite 4140
Washington, DC 20006
Telephone: 202.804.6245
Facsimile: 855.535.2236
E-mail: SBuchert@lambdalegal.org

By: */s/ Robert C. Bombard*
ROBERT C. BOMBARD
M. JARED LITTMAN
ELIZABETH B. LAYENDECKER
Trial Attorneys
**United States Department of Justice**
**Civil Division, Federal Programs Branch**
1100 L Street NW
Washington, DC 20005
Telephone: 202.616.8489
Facsimile: 202.514.1359
Jared.Littman2@usdoj.gov
Elizabeth.B.Layendecker@usdoj.gov
Robert.Bombard2@usdoj.gov

Attorneys for Defendants

Jennifer C. Pizer (pro hac vice)
**Lambda Legal Defense and Education Fund, Inc.**
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Telephone: 213.382.7600
Facsimile: 855.535.2236
E-mail: JPizer@lambdalegal.org

Camilla B. Taylor (pro hac vice)
Kenneth Dale Upton, Jr. (pro hac vice)
**Lambda Legal Defense and Education Fund, Inc.**
3656 N Halsted St.
Chicago, IL 60613
Telephone: 312.663.4413
Facsimile: 855.535.2236
E-mail: CTaylor@lambdalegal.org
E-mail: KUpton@lambdalegal.org

Omar Gonzalez-Pagan (pro hac vice)
**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585
Facsimile: 855.535.2236
E-mail: OGonzalez-Pagan@lambdalegal.org

Kell Olson (pro hac vice)
**Lambda Legal Defense and Education Fund, Inc.**
3849 E Broadway Blvd, #136
Tucson, AZ 85716
Telephone: 323.370.6915
Facsimile: 855.535.2236
E-mail: KOlson@lambdalegal.org

Cynthia Cheng-Wun Weaver (pro hac vice)
Ami Rakesh Patel (pro hac vice)
**Human Rights Campaign Foundation**
1640 Rhode Island Ave. N.W.
Washington, DC 20036
Telephone: 202.527.3669
Facsimile: 202.347.5323
E-mail: Cynthia.Weaver@hrc.org
E-mail: Ami.Patel@hrc.org

Attorneys for Plaintiffs