THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COMMANDER EMILY SHILLING, et al.,

*Plaintiffs,*

v.

UNITED STATES OF AMERICA; et al.,

*Defendants.*

No. 2:25-cv-241-BHS

ORDER GRANTING PARTIES'
STIPULATED MOTION CLARIFY OR,
IN THE ALTERNATIVE, TO VACATE
DISPOSITIVE MOTION DEADLINE
AND TRIAL DATE

THIS MATTER comes before the Court on the Parties' Stipulated Motion to Clarify or, in the Alternative, to Vacate the Dispositive Motion Deadline and Trial Date (the "Stipulated Motion").

The Court, having considered the papers filed and all other matters properly before the Court, and good cause appearing, HEREBY ORDERS that the Parties' Stipulated Motion is GRANTED. The Dispositive and *Daubert* motion deadline and trial date are vacated.

The Court further ORDERS the parties to meet and confer and file a joint status report and their views on a proposed scheduling order within 14 days of the close of discovery.

//
//

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and
Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign
Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

DATED this 4th day of August, 2026.

BENJAMIN H. SETTLE
United States District Judge

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and
Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign
Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

*Presented by:*

By:   */s/ Matthew P. Gordon*
      Matthew P. Gordon, WSBA No. 41128
      Sarah Grant, WSBA No. 63879
      **Ashurst Perkins Coie US LLP**
      1301 Second Avenue, Suite 4200
      Seattle, Washington 98101-3804
      Telephone: 206.359.8000
      Facsimile: 206.359.9000
      Matthew.Gordon@ashurstperkins.com
      Sarah.Grant@ashurstperkins.com

      Mary Grace Thurmon (*pro hac vice*)
      Bo Yan Moran (*pro hac vice*)
      **Ashurst Perkins Coie US LLP**
      3150 Porter Drive
      Palo Alto, CA 94304-1212
      Telephone: 650.838.4300
      Facsimile: 650.838.4350
      MaryGrace.Thurmon@ashurstperkins.com
      BoYan.Moran@ashurstperkins.com

      Gabriella Romanos Abihabib (*pro hac vice*)
      **Ashurst Perkins Coie US LLP**
      1155 Avenue of the Americas, 22nd Floor
      New York, NY 10036-2711
      Telephone: 212.262.6900
      Facsimile: 212.977.1649
      Gabriella.Romanos@ashurstperkins.com

      Sasha Buchert (*pro hac vice*)
      **Lambda Legal Defense and Education Fund, Inc.**
      815 16th St. NW, Suite 4140
      Washington, DC 20006
      Telephone: 202.804.6245
      Facsimile: 855.535.2236
      E-mail: SBuchert@lambdalegal.org

By:   */s/ M. Jared Littman*
      BRETT A. SHUMATE
      Assistant Attorney General

      ALEXANDER K. HAAS
      Director, Federal Programs Branch

      KRISTINA WOLFE
      Assistant Branch Director

      M. JARED LITTMAN
      ELIZABETH B. LAYENDECKER
      ROBERT C. BOMBARD
      Trial Attorneys
      **United States Department of Justice**
      **Civil Division, Federal Programs Branch**
      1100 L Street NW
      Washington, DC 20005
      Telephone: 202.616.8489
      Facsimile: 202.514.1359
      Jared.Littman2@usdoj.gov
      Elizabeth.B.Layendecker@usdoj.gov
      Robert.Bombard2@usdoj.gov

      *Attorneys for Defendants*

ORDER - 3
CASE NO. 2:25-CV-241-BHS

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

Jennifer C. Pizer (*pro hac vice*)
**Lambda Legal Defense and Education Fund, Inc.**
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Telephone: 213.382.7600
Facsimile: 855.535.2236
E-mail: JPizer@lambdalegal.org

Camilla B. Taylor (*pro hac vice*)
Kenneth Dale Upton, Jr. (*pro hac vice*)
**Lambda Legal Defense and Education Fund, Inc.**
3656 N Halsted St.
Chicago, IL 60613
Telephone: 312.663.4413
Facsimile: 855.535.2236
E-mail: CTaylor@lambdalegal.org
E-mail: KUpton@lambdalegal.org

Omar Gonzalez-Pagan (*pro hac vice*)
**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212.809.8585
Facsimile: 855.535.2236
E-mail: OGonzalez-Pagan@lambdalegal.org

Kell Olson (*pro hac vice*)
**Lambda Legal Defense and Education Fund, Inc.**
3849 E Broadway Blvd, #136
Tucson, AZ 85716
Telephone: 323.370.6915
Facsimile: 855.535.2236
E-mail: KOlson@lambdalegal.org

ORDER - 4
CASE NO. 2:25-CV-241-BHS

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762

Cynthia Cheng-Wun Weaver (*pro hac vice*)
Ami Rakesh Patel (*pro hac vice*)
**Human Rights Campaign Foundation**
1640 Rhode Island Ave. N.W.
Washington, DC 20036
Telephone: 202.527.3669
Facsimile: 202.347.5323
E-mail: Cynthia.Weaver@hrc.org
E-mail: Ami.Patel@hrc.org

*Attorneys for Plaintiffs*

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY. 10005-3919
Telephone: 212-809-8585

**Human Rights Campaign Foundation**
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 568-5762